Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California 92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff,
AT&T CORPORATION

**E-filing**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AT&T CORPORATION, | Case No. |
| Plaintiff, | CERTIFICATION AS TO INTERESTED PARTIES |
| v. | [F.R.C.P., Rule 1] |
| DATAWAY INC. and dba DATAWAY DESIGNS, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff AT&T Corporation, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal: AT&T Corporation, plaintiff.

DATED: April 30, 2007          AIRES LAW FIRM

By: _____
Timothy Carl Aires, Esq.
Attorney for Plaintiff,
AT&T CORPORATION

---

CERTIFICATION AS TO INTERESTED PARTIES

1