UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP,

        Plaintiff,

  v.

DATAWAY INC et al,

        Defendant.

Case Number: CV07-02440 SC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy C. Aires
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

Dated: May 8, 2007

                              Richard W. Wieking, Clerk
                              By: T. De Martini, Deputy Clerk