United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORPORATION,<br><br>   Plaintiff<br>v.<br><br>DATAWAY INC. and dba DATAWAY DESIGNS,<br><br>   Defendants<br>_____/ | No. 07-2440 MMC<br><br>**ORDER NOTIFYING COUNSEL OF REQUIREMENT TO REGISTER AS ECF USER** |

A review of the file indicates that the following attorney is not registered for electronic service in this e-filing case:

> Timothy Carl Aires
> Aires Law Firm
> 180 Newport Center Drive, Suite 260
> Newport Beach CA  92660

In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court.  See General Order 45(IX)(D).  Although the Court, as a courtesy, has directed the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail.  If counsel wish to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45.  Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 15, 2007

_____
MAXINE M. CHESNEY
United States District Judge