89

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Law Offices Of AIRES LAW FIRM<br>180 NEWPORT CENTER DRIVE<br>STE 260<br>NEWPORT BEACH, CA 92660<br>Attorney for: Plaintiff | Telephone No.:<br>(949) 718-2020<br><br>Ref. No. or File No.: | For Court Use Only |

Insert name of Court, and Judicial District and Branch Court:
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff: AT&T CORPORATION; ET AL.
Defendant: DATAWAY INC.; ET AL.

| PROOF OF SERVICE<br>(Summons) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07-02440 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies** of the:
   Summons; Order Of Recusal; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Civil Case Cover Sheet ; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Cms; Certification As To Interested Parties; Demand For Jury Trial

3. a. Party Served: DATAWAY INC. AND DBA DATAWAY DESIGNS (Defendant)
   b. Person Served: party in item 3.a.

4. Address where the party was served: 180 REDWOOD STREET
   STE 300
   SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue, Jul. 10, 2007 (2) at: 5:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant.

7. Person who served the papers:
   a. JOHNNY COLLINS
   b. **WAKEMAN PROCESS SERVICE INC.**
      22283 Main Street
      Hayward, CA 94541
   c. (510) 886-7667

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee for service was:** $85.00
   e. I am: (3) Registered California process server.
      (i) Independent Contractor
      (ii) Registration No.: 361
      (iii) County: SAN MATEO
      (iv) Expiration: May. 15, 2007

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: Jul. 12, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007

PROOF OF SERVICE

(JOHNNY COLLINS)

ARIES.51703