**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

August 6, 2007

RE:  CV 07-02440 MMC     AT&T CORP-v- DATAWAY INC

Default is entered as to Defendant Dataway Inc., and dba Data way Designs on 08/06/07. Parties notified via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89