IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORPORATION, | No. C-07-2440 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DATE TO FILE MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| DATAWAY INC dba DATAWAY DESIGNS, | |
| Defendant / | |

Before the Court is plaintiff's Case Management Statement, filed August 15, 2007.

Plaintiff having obtained entry of a clerk's default against defendant, the Case Management Conference scheduled for August 17, 2007 is hereby CONTINUED to November 9, 2007, to afford plaintiff the opportunity to seek a default judgment.

Plaintiff's motion for default judgment shall be filed no later than September 14, 2007.

**IT IS SO ORDERED.**

Dated: August 16, 2007

MAXINE M. CHESNEY
United States District Judge