DATED: August 28, 2007

Respectfully Submitted,

MATLOCK LAW GROUP

By: _____
Anne-Leith W. Matlock

_____
Guy D. Chism

Attorneys for Dataway, Inc.