# Exhibit A

180 REDWOOD STREET SAN FRA[illegible]CO, CALIFORNIA 94102 TEL 415.882.8700 FAX 415.[illegible]787 WWW.DATAWAY.COM

DATAWAY

Case Title: AT&T Corporation v. Dataway Inc.
Case Number: 3:07-cv-02440-MMC
Court: U.S. District Court, California Northern District (San Francisco)

**VERIFICATION**

I, SIMON LEWIS, agent for service of process for Defendant Datatway, Inc. in the above-entitled matter, declare:

I have reviewed the foregoing **MOTION TO VACATE** and the facts related to therein are true of my own knowledge, except as to the matters therein stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2007.

SIMON LEWIS
Agent for Service of Process
For Defendant Dataway, Inc