# Exhibit B

Attachment #1

SBC

**LETTER OF AGENCY**
**AUTHORIZATION TO ALLOW CHANGES**
**TO YOUR LOCAL TOLL SERVICE PROVIDER AND/OR**
**LONG DISTANCE SERVICE PROVIDER**

Customer Name: DataWay Designs Telephone No: 415-882-8700

By signing below, I authorize SBC California and/or SBC Long Distance Company to become my new service provider for local toll service and/or long distance service.

I authorize SBC California and/or SBC Long Distance Company to act as my agent to make this change happen.

I understand that a charge of $4.97 per line to switch providers may apply for local toll service only and a charge of $5.26 per line to switch providers may apply for long distance service only. Or a charge of $2.49 to switch my local toll provider may apply and $5.26 per line to switch my long distance service provider may apply when switching both to the same carrier. In addition, I understand that I can choose only one provider for local toll service and long distance. If I later wish to return to my current service provider, I may be required to pay a reconnection charge to that company. I also understand that SBC California and/or SBC Long Distance Company may have different rates and charges than my current service provider, and that by signing below I indicate that I understand those differences (if any). Check only one box below. I understand I may consult with my chosen provider about whether a fee will apply to my change in preferred carrier.

1. ☐ By checking here, I authorize SBC California to provide **local toll service** to my telephone number(s) listed below, and no others.

or

2. ☒ By checking here, I authorize SBC Long Distance Company to provide **local toll service** to my telephone number(s) listed below, and no others.

Telephone numbers to be changed: If more space is needed, please attach a separate list, each page to be initialed by the person signing below.

| | | |
|---|---|---|
| 415·8828700 | 415·503·0886 | |
| 415·255·1633 | | |

NOTE: The above listed telephone number(s) represent the billed telephone number and all associated working telephone numbers unless stated otherwise.

(X) Authorized Signature: [signature] Date: 1/19/03

3. ☒ By checking here, I authorize SBC Long Distance Company to provide **long distance service** to my telephone number (s) listed below, and no others.

Telephone numbers to be changed: If more space is needed, please attach a separate list, each page to be initialed by the person signing below.

415-882-8700 415-503-0886
415-255-1633

NOTE: The above listed telephone number(s) represent the billed telephone number and all associated working telephone numbers unless stated otherwise.

(X) Authorized Signature: [signature] Date: 1/15/03

I certify that I have read and understand this Letter of Agency. I further certify that I am at least eighteen years of age, and that I am authorized to change companies for services to the telephone numbers listed above.

(X) Authorized Signature: ______ Date: ______
Authorized Name (PRINT): Simon Lewis
Company Name (For businesses only): DataWay Designs
Telephone number of individual authorized to make this change(s) ______

[redacted]
Mail to: ______

**Or FAX to:** 925-281-2720

Form Retention Period: 2 Years