# Exhibit C

SBC

# CARRIER SLAMMING PROTECTION FORM FOR LARGE BUSINESS CUSTOMERS

Customer Name: DataWay Designs Billing Telephone No: 415-882-8700

Dear Customer:

"Slamming" is a practice in which your local toll and/or long-distance service provider is switched without your permission.

SBC California offers Long Distance (PIC) Slamming Protection for your long distance carrier and Local Toll (LPIC) Slamming Protection for your local toll carrier, which helps to prevent slamming from happening to you. SBC California will not accept any change of carrier covered by this Slamming Protection until you call us to remove it. This helps to prevent carriers from making changes that you do not authorize. Carrier Slamming Protection is optional and there is no charge for this service. You may request to add or remove Slamming Protection at any time.

If you select Carrier Slamming Protection for your account, you must contact SBC California to remove the slamming protection before you change your service provider.

1. [X] Check here to authorize LPIC Slamming Protection for local toll service on account with Billing Telephone Number (BTN) 415-882-8700 and all working telephone numbers associated with this Billing Telephone Number. (Please attach list of Working Telephone Numbers)

2. [X] Check here to authorize PIC Slamming Protection for long-distance service on account with Billing Telephone Number (BTN) 415-882-8700 and all working telephone numbers associated with this Billing Telephone number. (Please attach list of Working Telephone Numbers)

(X) ______________ [signature]
Authorized Signature

1/19/03
Date

I also authorize SBC California to provide LPIC/PIC Slamming Protection as checked above to any future working telephone numbers associated with the above Billing Telephone Number, from this date: 1/21/03 onward, or until I give notice to SBC California to stop.

(X) Authorized Signature [signature] Date: 1/19/03

Customer Name (PRINT): Simon Lewis

Company Billing Name: DataWay Designs
Company Billing Address: 180 Redwood
San Francisco, CA

[redacted]

Return this form to: SBC California
<address>
<address>
Or FAX to: 925-281-2720

Form Retention Period: 2 years