**Matlock Law Group**
A Professional Corporation
Anne-Leith W. Matlock, SBN 244351, Application Pending in Northern District of CA
Guy D. Chism, SBN 244284, Admitted in the Northern District of California
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Office: 925-944-7131
Fax: 925-938-4625

Attorneys for Movant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>               PLAINTIFF,<br><br>      v.<br><br>Dataway, Inc.<br><br>              DEFENDANT. | **CASE NO. C07-02440 SC**<br><br>**DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>**Date:     Friday, October 12, 2007**<br>**Time:     9 a.m.**<br>**Courtroom:  No. 7**<br><br>**Judge: Honorable Judge Maxine M. Chesney** |

We, ANNE-LEITH W. MATLOCK and GUY D. CHISM, declare:

DELCARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT

1     1.  I, GUY D. CHISM, am an attorney at law licensed to practice before the

2   courts of the State of California and am admitted before the Northern District of

3   California, and am a contract attorney for the law firm Matlock Law Group, attorneys

4   of record for Defendant, Dataway, Inc.

5          2.      I, ANNE-LEITH W. MATLOCK, am an attorney at law licensed

6   to practice before the courts of the State of California, admitted in the Eastern District

7   of California, and have a pending application for admittance to the Northern District

8   of California, and a Principle of the law firm Matlock Law Group, attorneys of record

9   for Defendant, Dataway, Inc.

10          3.   Attached as Exhibit A is a true and correct copy of Movant's

11   Verification and Declaration.

12          4.      Attached as Exhibit B is a true and correct copy of the Letter of

13   Agency.

14          5.   Attached as Exhibit C is a true and correct copy of the Carrier

15   Slamming Protection Form for Large Business Customers.

16          6. On  August  8,  2007  Francisco  Molieri,  Dataway,  Inc.'s

17   Comptroller, of Dataway, Inc., on the instruction of Simon Lewis, sought legal advice

18   of Matlock Law Group giving a description of the incidents. After we agreed to

19   represent the case on August 9, 2007 we learned from the Court Docket on August

20   10, 2007 that the case had been reassigned to Honorable Judge Maxine M. Chesney

21   for all further proceedings.  Further, we learned from the court docket that the proof

22   of service of process had been changed as well as filed on August 6, 2007 and entry

23   of default had been entered by the clerk on August 6, 2007.

24

25

26

27

DELCARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT