1      We declare under penalty of perjury under the laws of the State of

2   California that the foregoing is true and correct, if called upon to testify, we could

3   or would competently testify thereto and that this declaration was executed this

4   28th of August 2007, at Walnut Creek, California.

5

6

7

8      DATED: August 28, 2007

                                          Respectfully Submitted,

9                                         MATLOCK LAW GROUP

10

11

12      By: _____
                                            Anne-Leith W. Matlock

13

14                                          _____
                                            Guy D. Chism

15                                          Attorneys for Dataway, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

DELCARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT