**Matlock Law Group**
A Professional Corporation
Anne-Leith W. Matlock, SBN 244351, Application Pending in Northern District of CA
Guy D. Chism, SBN 244284, Admitted in the Northern District of California
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Office: 925-944-7131
Fax: 925-938-4625

Attorneys for Movant

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp. | **CASE NO. C07-02440 SC** |
| PLAINTIFF, | |
| v. | **[Proposed] ORDER** |
| Dataway, Inc. | |
| | **Date:** **Friday, October 12, 2007** |
| DEFENDANT. | **Time:** **9 a.m.** |
| | **Courtroom:** **No. 7** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT:

The default entered by this Court against Dataway, Inc. on behalf of AT&T

Corporation is hereby SET ASIDE.

IT IS SO ORDERED.

Dated: _____          _____

[PROPOSED ORDER]                              Hon. Maxine M. Chesney

                                                       U.S. District Court Judge