180 REDWOOD STREET  SAN FR/        CO, CALIFORNIA 94102   TEL  415.882.8700   FAX  415.8      '87   WWW.DATAWAY.COM

**DATAWAY**

| | |
|---|---|
| Case Title: | AT&T Corporation v. Dataway Inc. |
| Case Number: | 3:07-cv-02440-MMC |
| Court: | U.S. District Court, California Northern District (San Francisco) |

## VERIFICATION

I, SIMON LEWIS, agent for service of process for Defendant Datatway, Inc. in the above-entitled

matter, declare:

I have reviewed the foregoing **MOTION TO VACATE** and the facts related to therein are true of

my own knowledge, except as to the matters therein stated on information and belief, and as to those

matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2007.

SIMON LEWIS
Agent for Service of Process
For Defendant Dataway, Inc

EXHIBIT A