Case 3:07-cv-02440-EDL   Document 20-4   Filed 08/31/2007   Page 1 of 2



**LETTER OF AGENCY**
**AUTHORIZATION TO ALLOW CHANGES**
**TO YOUR LOCAL TOLL SERVICE PROVIDER AND/OR**
**LONG DISTANCE SERVICE PROVIDER**

Customer Name: _Datakay Designs_          Telephone No: 415-882-8700

By signing below, I authorize SBC California and/or SBC Long Distance Company to become my new service provider for local toll service and/or long distance service.

I authorize SBC California and/or SBC Long Distance Company to act as my agent to make this change happen.

I understand that a charge of $4.97 per line to switch providers may apply for local toll service only and a charge of $5.26 per line to switch providers may apply for long distance service only. Or a charge of $2.49 to switch my local toll provider may apply and $5.26 per line to switch my long distance service provider may apply when switching both to the same carrier. In addition, I understand that I can choose only one provider for local toll service and long distance. If I later wish to return to my current service provider, I may be required to pay a reconnection charge to that company. I also understand that SBC California and/or SBC Long Distance Company may have different rates and charges than my current service provider, and that by signing below I indicate that I understand those differences (if any). Check only one box below. I understand I may consult with my chosen provider about whether a fee will apply to my change in preferred carrier.

1. ☐ By checking here, I authorize SBC California to provide **local toll service** to my telephone number(s) listed below, and no others.

                                            or

2. ☒ By checking here, I authorize SBC Long Distance Company to provide **local toll service** to my telephone number(s) listed below, and no others.

Telephone numbers to be changed: If more space is needed, please attach a separate list, each page to be initialed by the person signing below.

415·882·8700          415·503·0886

415·255·1633

NOTE: The above listed telephone number(s) represent the billed telephone number and all associated working telephone numbers unless stated otherwise.

Ⓧ Authorized Signature: _____          Date: 1/19/0?

3. ☒ By checking here, I authorize SBC Long Distance Company to provide **long distance service** to my telephone number (s) listed below, and no others.

Telephone numbers to be changed: If more space is needed, please attach a separate list, each page to be initialed by the person signing below.

| 415·882·8700 | 415·503·0886 | _____ |
| 415·255·1633 | _____ | _____ |

NOTE: The above listed telephone number(s) represent the billed telephone number and all associated working telephone numbers unless stated otherwise.

Authorized Signature: _____    Date: 1/18/03

I certify that I have read and understand this Letter of Agency. I further certify that I am at least eighteen years of age, and that I am authorized to change companies for services to the telephone numbers listed above.

Authorized Signature: _____    Date: _____
Authorized Name (PRINT): Simon Lewis
Company Name (For businesses only): DextaWay Designs
Telephone number of individual authorized to make this change(s) _____

Mail to: _____
_____
_____

Or FAX to:   925·281·2720

Form Retention Period: 2 Years

**EXHIBIT B**
**-- Page 2 --**