

# CARRIER SLAMMING PROTECTION FORM
## FOR LARGE BUSINESS CUSTOMERS

Customer Name: _Dataway Designs_          Billing Telephone No: _415-882-8700_

Dear Customer:

"Slamming" is a practice in which your local toll and/or long-distance service provider is switched without your permission.

SBC California offers Long Distance (PIC) Slamming Protection for your long distance carrier and Local Toll (LPIC) Slamming Protection for your local toll carrier, which helps to prevent slamming from happening to you. SBC California will not accept any change of carrier covered by this Slamming Protection until you call us to remove it. This helps to prevent carriers from making changes that you do not authorize. Carrier Slamming Protection is optional and there is no charge for this service. You may request to add or remove Slamming Protection at any time.

If you select Carrier Slamming Protection for your account, you must contact SBC California to remove the slamming protection before you change your service provider.

1. [X] Check here to authorize LPIC Slamming Protection for local toll service on account with Billing Telephone Number (BTN) _415-882-8700_ and all working telephone numbers associated with this Billing Telephone Number. (Please attach list of Working Telephone Numbers)

2. [X] Check here to authorize PIC Slamming Protection for long-distance service on account with Billing Telephone Number (BTN _415-882-8700_ and all working telephone numbers associated with this Billing Telephone number. (Please attach list of Working Telephone Numbers)

(X) _____          _1/18/03_
Authorized Signature                                    Date

I also authorize SBC California to provide LPIC/PIC Slamming Protection as checked above to any future working telephone numbers associated with the above Billing Telephone Number, from this date: _1/21/03_ onward, or until I give notice to SBC California to stop.

(X) Authorized Signature _____          Date: _1/18/03_

Customer Name (PRINT): _Simon Lewis_

Company Billing Name: _Dataway Designs_
Company Billing Address: _180 Redwood_
_San Francisco, CA_

Return this form to:   SBC California
                       <address>
                       <address>
                       Or FAX to: _925-281-2720_

Form Retention Period: 2 years

EXHIBIT C