1 **Matlock Law Group,** A Professional Corporation
2 Anne-Leith W. Matlock, SBN 244351, Application Pending in Northern District of CA
  Guy D. Chism, SBN 244284, Admitted in the Northern District of California
3 961 Ygnacio Valley Road
  Walnut Creek, CA 94596
4 Office: 925-944-7131
  Fax: 925-938-4625
5 e-mail: matlocklawgroup@sbcglobal.net

6 Attorneys for Movant

7

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11           SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  AT&T Corp. | **CASE NO. C07-02440 MMC** |
| 14              PLAINTIFF, | |
| 15          v. | **DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| 16  Dataway, Inc. | |
| 17 | |
| 18              DEFENDANT. | **Date:**  Friday, October 12, 2007<br>**Time:**  9 a.m.<br>**Courtroom:** No. 7 |
| 19 | |
| 20 | **Judge: Honorable Judge Maxine M. Chesney** |

21

22

23

24      We, ANNE-LEITH W. MATLOCK and GUY D. CHISM, declare:

25

26

27

---
Page 1
DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT    CASE NO. C07-02440 MMC

1. I, GUY D. CHISM, am an attorney at law licensed to practice before the courts of the State of California and am admitted before the Northern District of California, and am a contract attorney for the law firm Matlock Law Group, attorneys of record for Defendant, Dataway, Inc.

2. I, ANNE-LEITH W. MATLOCK, am an attorney at law licensed to practice before the courts of the State of California, admitted in the Eastern District of California, and have a pending application for admittance to the Northern District of California, and a Principle of the law firm Matlock Law Group, attorneys of record for Defendant, Dataway, Inc.

3. Attached as Exhibit A is a true and correct copy of Movant's Verification and Declaration.

4. Attached as Exhibit B is a true and correct copy of the Letter of Agency.

5. Attached as Exhibit C is a true and correct copy of the Carrier Slamming Protection Form for Large Business Customers.

6. On August 8, 2007 Francisco Molieri, Dataway, Inc.'s Comptroller, of Dataway, Inc., on the instruction of Simon Lewis, sought legal advice of Matlock Law Group giving a description of the incidents. After we agreed to represent the case on August 9, 2007 we learned from the Court Docket on August 10, 2007 that the case had been reassigned to Honorable Judge Maxine M. Chesney for all further proceedings. Further, we learned from the court docket that the proof of service of process had been changed as well as filed on August 6, 2007 and entry of default had been entered by the clerk on August 6, 2007.