1   We declare under penalty of perjury under the laws of the State of
2   California that the foregoing is true and correct, if called upon to testify, we could
3   or would competently testify thereto and that this declaration was executed this
4   28th of August 2007, at Walnut Creek, California.

DATED: August 28, 2007

Respectfully Submitted,

MATLOCK LAW GROUP

By: _____
Anne-Leith W. Matlock

_____
Guy D. Chism

Attorneys for Dataway, Inc.