180 REDWOOD STREET SAN FRANCISCO, CALIFORNIA 94102   TEL 415.882.8700   FAX 415.f   '87   WWW.DATAWAY.COM

# DATAWAY

Case Title:      AT&T Corporation v. Dataway Inc.
Case Number:  3:07-cv-02440-MMC
Court:           U.S. District Court, California Northern District (San Francisco)

### VERIFICATION

I, SIMON LEWIS, agent for service of process for Defendant Datatway, Inc. in the above-entitled matter, declare:

I have reviewed the foregoing **MOTION TO VACATE** and the facts related to therein are true of my own knowledge, except as to the matters therein stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2007.

SIMON LEWIS
Agent for Service of Process
For Defendant Dataway, Inc

EXHIBIT A