

## LETTER OF AGENCY
### AUTHORIZATION TO ALLOW CHANGES TO YOUR LOCAL TOLL SERVICE PROVIDER AND/OR LONG DISTANCE SERVICE PROVIDER

Customer Name: __DataWay Designs__    Telephone No: __415-882-8700__

By signing below, I authorize SBC California and/or SBC Long Distance Company to become my new service provider for local toll service and/or long distance service.

I authorize SBC California and/or SBC Long Distance Company to act as my agent to make this change happen.

I understand that a charge of $4.97 per line to switch providers may apply for local toll service only and a charge of $5.26 per line to switch providers may apply for long distance service only. Or a charge of $2.49 to switch my local toll provider may apply and $5.26 per line to switch my long distance service provider may apply when switching both to the same carrier. In addition, I understand that I can choose only one provider for local toll service and long distance. If I later wish to return to my current service provider, I may be required to pay a reconnection charge to that company. I also understand that SBC California and/or SBC Long Distance Company may have different rates and charges than my current service provider, and that by signing below I indicate that I understand those differences (if any). Check only one box below. I understand I may consult with my chosen provider about whether a fee will apply to my change in preferred carrier.

1. ☐   By checking here, I authorize SBC California to provide local toll service to my telephone number(s) listed below, and no others.

or

2. ☒   By checking here, I authorize SBC Long Distance Company to provide local toll service to my telephone number(s) listed below, and no others.

Telephone numbers to be changed: If more space is needed, please attach a separate list, each page to be initialed by the person signing below.

__415.882.8700__   __415.503.0886__   _____
__415.255.1633__   _____   _____

NOTE:  The above listed telephone number(s) represent the billed telephone number and all associated working telephone numbers unless stated otherwise.

(X) Authorized Signature: _____   Date: __1/15/03__

3. ☒   By checking here, I authorize SBC Long Distance Company to provide long distance service to my telephone number (s) listed below, and no others.

EXHIBIT B
-- Page 1--

Attachment #1

JAN 21 2003 14:27 FR 00          9258060649 TO 14158828787          P.08/13

Telephone numbers to be changed: If more space is needed, please attach a separate list, each page to be initialed by the person signing below.

415-882-8700     415-503-0886     _____
415-255-1633     _____   _____

NOTE: The above listed telephone number(s) represent the billed telephone number and all associated working telephone numbers unless stated otherwise.

(X) Authorized Signature: _____ Date: 1/15/03

I certify that I have read and understand this Letter of Agency. I further certify that I am at least eighteen years of age, and that I am authorized to change companies for services to the telephone numbers listed above.

(X) Authorized Signature: _____ Date: _____
Authorized Name (PRINT): Simon Lewis
Company Name (For businesses only): Doylaway Designs
Telephone number of individual authorized to make this change(s) _____

Mail to:    _____
            _____
            _____

Or FAX to:  925-281-2720

Form Retention Period: 2 Years

JAN 21 2003 14:27 FR 00          9258060649 TO 14158828787         P.09/13



## CARRIER SLAMMING PROTECTION FORM
## FOR LARGE BUSINESS CUSTOMERS

Customer Name: Dataway Designs    Billing Telephone No: 415-882-8700

Dear Customer:

"Slamming" is a practice in which your local toll and/or long-distance service provider is switched without your permission.

SBC California offers Long Distance (PIC) Slamming Protection for your long distance carrier and Local Toll (LPIC) Slamming Protection for your local toll carrier, which helps to prevent slamming from happening to you. SBC California will not accept any change of carrier covered by this Slamming Protection until you call us to remove it. This helps to prevent carriers from making changes that you do not authorize. Carrier Slamming Protection is optional and there is no charge for this service. You may request to add or remove Slamming Protection at any time.

If you select Carrier Slamming Protection for your account, you must contact SBC California to remove the slamming protection before you change your service provider.

1. ☒ Check here to authorize LPIC Slamming Protection for local toll service on account with Billing Telephone Number (BTN) 415-882-8700 and all working telephone numbers associated with this Billing Telephone Number. (Please attach list of Working Telephone Numbers)

2. ☒ Check here to authorize PIC Slamming Protection for long-distance service on account with Billing Telephone Number (BTN) 415-882-8700 and all working telephone numbers associated with this Billing Telephone number. (Please attach list of Working Telephone Numbers)

(X) _____    __1/16/03__
   Authorized Signature                Date

I also authorize SBC California to provide LPIC/PIC Slamming Protection as checked above to any future working telephone numbers associated with the above Billing Telephone Number, from this date: 1/21/03 onward, or until I give notice to SBC California to stop.

(X) Authorized Signature _____    Date: 1/16/03
Customer Name (PRINT): Simon Lewis
Company Billing Name: Dataway Designs
Company Billing Address: 180 Redwood
                         San Francisco, CA

Return this form to:    SBC California
                        <address>
                        <address>
                        Or FAX to: 925-281-2720

Form Retention Period: 2 years

EXHIBIT C