1  U.S. District Court California Northern District (San Francisco)
   CASE NO.: C07-02440 MMC
2  CASE NAME: AT&T Corporation v. Dataway Inc.

3  **PROOF OF SERVICE**

4  I, Kyle Matlock, declare:

5  I am a citizen of the United States, employed in the County of Contra Costa, State of California.
   My business address is 961 Ygnacio Valley Rd, Walnut Creek, CA 94596. I am over the age of
6  18 years and not a party to the above-entitled action.

7  I am readily familiar with Matlock Law Group, PC's practice for collection and processing of
   correspondence for mailing with the United States Postal Service. Pursuant to said practice, each
8  document is placed in an envelope, the envelope sealed, the appropriate postage is placed thereon and the
   sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a
9  U.S. mailbox at or before the close of each day's business. (CCP Section 101a(3) or Fed.R.Civ.P.E(a) and
   4.1; USDC (E.D. CA) L.R. 5-135(a).)

10
   On September 04, 2007, I caused the within, Response to the Answer to the Statement of Claim to be
11 served via

12  __X__  U.S. FIRST CLASS MAIL--
           Placed in the United States Postal Office at 2070 N Broadway in
13         Walnut Creek, CA in a first class mail envelope.
   _____  FACSIMILE--
14         By transmitting (or causing to be transmitted) such document(s) by use of facsimile
15         machine telephone number (925) 944-7131 to the parties at the facsimile numbers listed
           on the service list below. The facsimile machine used complies with California Rules of
16         Court, Rule 2003(3). The transmission was reported as complete and no error was
           reported by the machine. I caused the transmitting machine to print a record of the
17         transmission, a copy of which is attached to this declaration.

18 Timothy Carl Aires
   Aires Law Firm
19 180 Newport Center Drive, Suite 260
   Newport Beach, CA 92660
20
   I declare that I am employed in the office of Matlock Law Group at whose direction the service was made
21 and that this Declaration is executed on September 04, 2007 at Walnut Creek, California. I declare under
   penalty under the laws of the State of California that the foregoing is true and correct.
22

23                                          _Kyle Matlock_____
                                                  Kyle Matlock
24

25

26

27

28

                                          -1-