1  U.S. District Court California Northern District (San Francisco)
   CASE NO.: C07-02440 MMC
2  CASE NAME: AT&T Corporation v. Dataway Inc.

3                           **PROOF OF SERVICE**

4  I, Kyle Matlock, declare:

5  I am a citizen of the United States, employed in the County of Contra Costa, State of California.
   My business address is 961 Ygnacio Valley Rd, Walnut Creek, CA 94596. I am over the age of
6  18 years and not a party to the above-entitled action.

7  I am readily familiar with Matlock Law Group, PC's practice for collection and processing of
   correspondence for mailing with the United States Postal Service. Pursuant to said practice, each
8  document is placed in an envelope, the envelope sealed, the appropriate postage is placed thereon and the
   sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a
9  U.S. mailbox at or before the close of each day's business. (CCP Section 101a(3) or Fed.R.Civ.P.E(a) and
   4.1; USDC (E.D. CA) L.R. 5-135(a).)
10
   On September ~~04~~ 07, 2007, I caused the within, ~~Response to the Answer to the Statement of Claim~~ <u>Motion</u>
11 <u>to Set Aside Entry of Default and accompanying documents</u> to be served via

12 _____  U.S. FIRST CLASS MAIL--
          Placed in the United States Postal Office at 2070 N Broadway in
13        Walnut Creek, CA in a first class mail envelope.
     X   FACSIMILE--
14       By transmitting (or causing to be transmitted) such document(s) by use of facsimile
         machine telephone number (925) 944-7131 to the parties at the facsimile numbers listed
15       on the service list below. The facsimile machine used complies with California Rules of
         Court, Rule 2003(3). The transmission was reported as complete and no error was
16       reported by the machine. I caused the transmitting machine to print a record of the
         transmission, a copy of which is attached to this declaration. This corrected caption proof
17       of service was faxed to opposing counsel on September 07, 2007.
18
   Timothy Carl Aires
19 Aires Law Firm
   180 Newport Center Drive, Suite 260
20 Newport Beach, CA 92660
   Fax: (949) 718-2021
21
22 I declare that I am employed in the office of Matlock Law Group at whose direction the service was made
   and that this Declaration is executed on September 04, 2007 at Walnut Creek, California. I declare under
23 penalty under the laws of the State of California that the foregoing is true and correct.

24                                          _____
25                                                  Kyle Matlock

26
27
28
                                              -1-

HP Officejet 6210  
Personal Printer/Fax/Copier/Scanner

Log for

Sep 07 2007 3:37PM

---

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Sep 7 | 3:36PM | Fax Sent | 19497182021 | 1:19 | 2 | OK |