**Matlock Law Group**, A Professional Corporation
Anne-Leith W. Matlock, SBN 244351, Admitted in the Northern District of California
Guy D. Chism, SBN 244284, Admitted in the Northern District of California
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Office: 925-944-7131
Fax: 925-938-4625
e-mail: matlocklawgroup@sbcglobal.net

Attorneys for Movant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp. | **CASE NO. C07-02440 MMC** |
| PLAINTIFF, | |
| v. | **RE-DESIGNATION OF LEAD ATTORNEY** (Without Court Order) |
| Dataway, Inc. | |
| DEFENDANT. | |

It is hereby stipulated and consented, and the Court and all Parties are notified that

Dataway, Inc. makes the following re-designation of attorneys:

Anne-Leith W. Matlock is re-designated as lead attorney for Defendant Dataway, Inc,

in place of former lead attorney Guy D. Chism, in the above-captioned matter.

By: Guy D. Chism
Former Lead Attorney for Defendant

Dated: September 27, 2007

By: Anne-Leith W. Matlock
Superseding Attorney for Defendant
Matlock Law Group, PC

Dated: September 27, 2007

Page 1