**Matlock Law Group,** A Professional Corporation
Anne-Leith W. Matlock, SBN 244351, Application Pending in Northern District of CA
Guy D. Chism, SBN 244284, Admitted in the Northern District of California
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Office: 925-944-7131
Fax: 925-938-4625
e-mail: matlocklawgroup@sbcglobal.net

Attorneys for Movant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp. | **CASE NO. C07-02440 MMC** |
| PLAINTIFF, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT** |
| Dataway, Inc. | |
| DEFENDANT. | |

    Good cause having been shown by defendant, IT IS ORDERED THAT defendant's motion to set aside the default is hereby GRANTED, and the default entered by the Clerk is hereby SET ASIDE.

    Defendant shall file its response to the complaint no later than October 17, 2007.

    The hearing scheduled for October 12, 2007, is VACATED.

    IT IS SO ORDERED.

Dated: October 3, 2007

*/s/ Maxine M. Chesney*
Hon. Maxine M. Chesney
U.S. District Court Judge