1  **Matlock Law Group,** A Professional Corporation
2  Anne-Leith W. Matlock, SBN 244351
   961 Ygnacio Valley Road
3  Walnut Creek, CA 94596
   Office: 925-944-7131
4  Fax: 925-938-4625
   e-mail: anne-leith@matlocklawgroup.com
5
   Attorney for Defendant/Counterclaimant.
6  Dataway, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 AT&T Corp.                          | CASE NO. C07-02440 MMC

13             PLAINTIFF,

14      v.                             | DECLARATION OF ANNE-LEITH
                                         MATLOCK IN SUPPORT OF ANSWER
15                                       TO COMPLAINT FILED BY AT&T
   Dataway, Inc.                         AND COUNTER-CLAIM
16

17             DEFENDANT.

18 ─────────────────────────────

19 Dataway, Inc.

20             COUNTERCLAIMANT

21      v.

22 AT&T Corp.

23             COUNTERDEFENDANT

24 ─────────────────────────────

25      I, ANNE-LEITH MATLOCK, declare:

26      1.   I am an attorney at law licensed to practice before all Courts of the State

27

28 ──────────────────────────────────────────────────────────────
                                    1
   DECLARATION ALM IN SUPPORT OF ANSWER AND COUNTER-CLAIM         CASE NO. C07-02440 MMC

of California and before the Courts of the Eastern and Northern District of California. I am a partner of the law firm Matlock Law Group, attorneys of record for Defendant and Counter-Claimant Dataway, Inc. (hereinafter "Dataway").

2. Attached hereto as Exhibit "A" is a true and correct copy of the Anti-Slamming Agreement and the telecommunication contract entered into by SBC/AT&T and Dataway, Inc. that authorized SBC to become Dataway's new and only service provider for local and long distance services.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Service Bill in which AT&T claims charges in the amount of $ 11,534.67 for the disputed calls.

4. Attached hereto as Exhibit "C" is the Declaration of Simon Lewis, President of Dataway, which I hereby incorporate herein by reference.

5. Attached hereto as Exhibit "D" is AT&T's Disconnect Notice.

6. Attached hereto as Exhibit "E" is a form that Dataway sent on demand to AT&T's Fraud Resolution Group.

7. I have reviewed the facts set forth in AT&T's Complaint and conclude that AT&T's Complaint is without merit and that the facts at hand provide the basis for affirmative defenses set forth in the Answer and causes of action set forth in the Counter-Claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I could and would competently testify thereto, if called upon as a witness.

This declaration is executed this 17th of October 2007, at Walnut Creek, California.

_____
Anne-Leith W. Matlock
Attorney for Dataway, Inc.