

```
00000603 01 MB    0.326 01  FMC
IIhIuIIuIuIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
DATAWAY DESIGNS
180 REDWOOD ST
SAN FRANCISCO CA 94102-3280
```

Attachment #4

# \*\*\*DISCONNECT NOTICE\*\*\*

November 3, 2006

Account Number: 0517883374001                Total Due $  11534.67

Dear Valued Customer:

We are concerned about your account. Our records indicate that you have an unpaid AT&T bill in the amount of $ 11534.67, of which $ 11534.67 is past due.

If you have already mailed your payment, thank you, and please disregard this letter. If you have not yet sent your payment, please do so now.

Please remit your payment immediately to:

AT&T
1820 E. Sky Harbor Circle South
Phoenix, AZ 85034-9700
800-542-2232

If AT&T does not receive your payment of $ 11534.67 by 4:00 PM CST on 11/13/06, AT&T may immediately, or thereafter, exercise its right to suspend or disconnect your local and/or toll services, as permitted by law, and/or require a deposit. We must inform you that once disconnected, you must pay all past due amounts in full to re-establish your service. In addition, you must place a new order to re-establish your service and may be subject to paying full connection charges and a security deposit. Service will resume after a reconnection interval. If disconnection is necessary and your balance remains unpaid, your account may be referred to an Outside Collection Agency for handling. Your account may be subject to referred to a Credit Bureau. We hope this action will not be required.

000000713



YOUR RIGHTS: In some states, your local service cannot be disconnected for nonpayment of nonregulated charges. Please call the number above to advise if your unpaid balance is for nonregulated charges only. If your questions are not resolved after you have called AT&T, customers may contact your state public utilities commission.

CA customers: The California Public Utilities Commission (PUC) requires that AT&T make available to you the list of telephone numbers associated with this account and subject to this notice. If you would like a list of the telephone numbers residing on this account, please call 800-542-2232. The California PUC contact information is as follows: 505 Van Ness Ave, San Francisco, CA 94102, or 800-649-7570. You may qualify to pay your bills in installments and avoid shut-off, but you must contact the local exchange carrier's business office by the close of business on the last day to pay printed on this notice and ask for a delayed arrangement.

NM customers: You may be eligible for a temporary waiver of disconnection in the event of an emergency or serious illness.

If you have questions regarding your account, please call 800-542-2232. AT&T's working hours are from 7:00AM to 7:00PM Central time. You can also pay your bills online by logging into your AT&T BusinessDirect account at:

      http://www.att.com/smallbusinesslogin

and accessing the "Pay Your Bills" option.

Thank you for your immediate attention.

AT&T