# CERTIFICATE OF SERVICE

I, Donna L. Westphal, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 961 Ygnacio Valley Road, Walnut Creek, California 94596. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On October 26, 2007, following ordinary business practice, I caused service of the following documents:

**DEFENDANT DATAWAY'S ADR CERTIFICATION BY PARTIES AND COUNSEL**
**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

to be completed by:

Electronic service in accordance with the Subject Rule and/or General Orders in this Matter upon:

Timothy Carl Aires
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

and

ADR Program
United States District Court
Northern District of California
Fax: 415.522.4112

____X____ (VIA FAX) I served said document(s) by transmitting via facsimile from facsimile number (925) 938.4625 to the facsimile number(s) set forth above on this date. A statement that this document was successfully transmitted without error is hereby attached to the Proof of Service.

1

2       I declare under penalty of perjury under the laws of the United States that the

3   above is true and correct and that this declaration was executed at Walnut Creek,

4   California.

5

6

7   DATED: October 26, 2007

8                                         Donna Westphal

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C07-02440 MMC

**HP Officejet 6210**
Personal Printer/Fax/Copier/Scanner

Log for

Oct 26 2007 5:57PM

---

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Oct 26 | 5:56PM | Fax Sent | 14155224112 | 1:38 | 4 | OK |