UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AT&T Corporation

      Plaintiff(s),

   v.

Dataway, Inc

      Defendant(s).

CASE NO. 07-02440 MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
✓  request an Early Settlement Conference with a Magistrate Judge

    Date of Case Management Conference 11-9-2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Timothy Carl Aires | AT&T Corporation | 949/ 718-2020 | tca@arlawyers.com |
| Anne-Leith Matlock | Dataway, Inc. | 925 / 944-7131 | anne-leith@matlocklawgroup.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10-26-2007

                Timothy Carl Aires
                Attorney for Plaintiff

Dated: 10-26-2007

                Anne-Leith Ferguson W Matlock
                Attorney for Defendant

Rev 12.05