**Matlock Law Group,** A Professional Corporation
Anne-Leith W. Matlock, SBN 244351,
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Office: 925-944-7131
Fax: 925-938-4625
e-mail: anne-leith@matlocklawgroup.com

Attorneys for Defendant/Counter-Claimant.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>        PLAINTIFF,<br><br>    v.<br><br>Dataway, Inc.<br><br>        DEFENDANT. | **CASE NO. C07-02440 MMC**<br><br>**DEFENDANT DATAWAY, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| Dataway, Inc.<br><br>        COUNTERCLAIMANT<br><br>    v.<br><br>AT&T Corp.<br><br>        COUNTERDEFENDANT | |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule
2  40.2, the undersigned, counsel of record for Dataway, Inc. (Dataway) certifies that
3  Dataway is a privately held company and has no parent corporation or public company
4  that owns 10% or more of Dataway stock..

6  DATED: October 30, 2007                    Respectfully Submitted,

8                                             MATLOCK LAW GROUP

10                                            By: /s/ Anne-Leith Matlock
11                                            Anne-Leith Matlock
12                                            Attorney for Defendant and
                                              Counterclaimant
13                                            DATAWAY, INC.

**CERTIFICATE OF SERVICE**

I, Donna L. Westphal, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 961 Ygnacio Valley Road, Walnut Creek, California 94596. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On October 30, 2007, following ordinary business practice, I caused service of the following documents:

**DEFENDANT DATAWAY'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

to be completed by:

Electronic service in accordance with the
Subject Rule and/or General Orders in this
Matter upon:

Timothy Carl Aires
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: October 30, 2007                  _____
                                          Donna Westphal

CERTIFICATE OF SERVICE
Case No. C07-02440 MMC