Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California 92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff,
AT&T CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DATAWAY INC. and dba DATAWAY DESIGNS,<br><br>Defendants. | Case No. C07-02440 MMC<br><br>JOINT FEDERAL RULE OF CIVIL PROCEDURE, RULE 26(f) REPORT<br><br>[F.R.C.P., Rule 26(f)]<br><br>S/C DATE: November 9, 2007<br>TIME: 10:30 a.m.<br>CTRM: 7 |

The parties, through their undersigned attorneys, hereby submit their Rule 26(f) report, as follows:

(1) The parties intend to take limited written discovery and depositions of party witnesses (February 29, 2008 discovery cut-off date);

(2) Both parties anticipate motions for summary judgment or partial summary judgment (April 30, 2008 dispositive motion cut-off date);

(3) Settlement negotiations occurred prior to commencement of litigation; court sponsored meditation may prove beneficial to the prospects of settlement;

(4) 3-4 day jury trial (May 20, 2008 FSC; June 2, 2008 trial).

(5) No addition of parties is anticipated.

(6) Jury trial.

(7) The case presents no unusual issues affecting the status or management of the case.

(8) Neither severance nor bifurcation is warranted.

DATED: October 30, 2007

AIRES LAW FIRM

By: ______________________
Timothy Carl Aires, Esq.
Attorney for Plaintiff,
AT&T CORPORATION

DATED: October 30, 2007

MATLOCK LAW GROUP

By: ______________________
Anne Leith-Matlock, Esq.
Attorney for Defendant,
DATAWAY INC. and dba DATAWAY DESIGNS

**CERTIFICATE OF SERVICE**

I, Donna L. Westphal, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 961 Ygnacio Valley Road, Walnut Creek, California 94596. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On November 2, 2007, following ordinary business practice, I caused service of the following documents:

**JOINT FEDERAL RULE OF CIVIL PROCEDURE, RULE 26(F) REPORT**

to be completed by:

Electronic service in accordance with the Subject Rule and/or General Orders in this Matter upon:

Timothy Carl Aires
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: November 2, 2007

____________________________

Donna Westphal