1  **Matlock Law Group,** A Professional Corporation
2  Anne Leith W. Matlock, SBN 244351,
   961 Ygnacio Valley Road
3  Walnut Creek, CA 94596
   Office: 925-944-7131
4  Fax: 925-938-4625
   e-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for DATAWAY, INC.
6  Defendant and Counterclaimant

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
13 | AT&T Corp.                        | CASE NO. C07-02440 MMC
14 |                    PLAINTIFF,     |
15 |          v.                       | NOTICE OF MOTION TO DISMISS
   |                                   | AT&T's COMPLAINT
16 | Dataway, Inc.
17 |
18 |                    DEFENDANT.
19 |                                   | Date:       Friday, December 7, 2007
   |                                   | Time:       9 a.m.
20 |                                   | Courtroom:  No. 7
21
22

23                              **NOTICE**

24     Defendant Dataway, Inc. ("Dataway") hereby gives notice that on Friday,

25 December 7, 2007, in Courtroom No. 7 before the Honorable Judge Maxine M.

26 Chesney this Motion to Dismiss which is incorporated in Defendant Dataway's

27 Answer and Counterclaim filed on October 17, 2007, Docket No. 31 will be heard.

---

## RELIEF SOUGHT

Defendant Dataway, Inc. ("Dataway") is seeking an order to dismiss in its entirety Plaintiff's Complaint for Relief filed on May 7, 2007, Docket No. 1.

DATED: November 1, 2007

Respectfully submitted,

MATLOCK LAW GROUP

By: *[signature]*
ANNE-LEITH MATLOCK

Attorneys for DATAWAY, INC.
Defendant and Counterclaimant