1  **Matlock Law Group,** A Professional Corporation
2  Anne Leith W. Matlock, SBN 244351,
   961 Ygnacio Valley Road
3  Walnut Creek, CA 94596
   Office: 925-944-7131
4  Fax: 925-938-4625
   e-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for DATAWAY, INC.
6  Defendant and Counterclaimant

7

8
                  **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10
                     **SAN FRANCISCO DIVISION**
11

12

13  AT&T Corp.                              | **CASE NO. C07-02440 MMC**

14                    PLAINTIFF,

15          v.                              | **[PROPOSED] ORDER GRANTING DEFENDANT DATAWAY, INC.'S MOTION TO DISMISS**
16  Dataway, Inc.

17

18                    DEFENDANT.

19
                                            | **Date:       Friday, December 7, 2007**
20                                          | **Time:       9 a.m.**
                                            | **Courtroom:  No. 7**
21

22

23                         **<u>ORDER</u>**

24      GOOD CAUSE BEING SHOWN by Defendant Dataway, Inc. ("Dataway")

25      IT IS ORDERED THAT  Defendant Dataway's Motion to Dismiss which is

26  incorporated in its Answer and Counterclaim Against AT&T is hereby GRANTED.

27

                                Page 1

[Proposed] Order                                    CASE NO. C07-02440 MMC

1
2  **IT IS SO ORDERED.**
3
4
5  DATED: _____, 2007        _____
6                                      Honorable Maxine M. Chesney
7                                      United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27