Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California 92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff,
AT&T CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AT&T CORPORATION, | Case No. C07-02440 MMC |
| Plaintiff, | ORDER RE: REQUEST TO APPEAR BY TELEPHONE AT STATUS CONFERENCE |
| v. | |
| DATAWAY INC. and dba DATAWAY DESIGNS, | [F.R.C.P., Rules 16 and 26] |
| Defendants | S/C DATE: November 9, 2007<br>TIME: 10:30 a.m.<br>CTRM: 7 |

The request of Plaintiff AT&T Corporation to appear by telephone at status conference having come on before this Court, now, therefor,

IT IS HEREBY ORDERED that the request is GRANTED.

All parties shall appear at the November 9, 2007 conference by telephone; no party shall appear in person.

DATED: November 7, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
JUDGE, UNITED STATES DISTRICT COURT

ORDER RE: REQUEST TO APPEAR BY TELEPHONE

1