**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

**E-Filing**

Date: NOV - 9 2007

C - 07 - 2440 - MMC

AT & T CORPORATION  v  DATAWAY INC.

Attorneys: Timothy Aires      Anne Leith Matlock

Deputy Clerk: **TRACY LUCERO**      Reporter: NOT REPORTED

**PROCEEDINGS:**      **RULING:**

1. _____

2. _____

3. _____

4. _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference — INITIAL (By phone)

**ORDERED AFTER HEARING:**

Both sides agree to proceed before a Magistrate-Judge for all purposes.

( ) ORDER TO BE PREPARED BY:  Plntf___ Deft___ Court___
(✓) Referred to ~~Magistrate~~ ADR For: Mediation - by agreement of parties.
(✓)By Court
(✓) CASE CONTINUED TO 2/8/08 @ 10:30 for Continued Case Management Conf. (Joint statement due by 2/1/08).

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date_____ Trial Date_____ Set for ___ days
Type of Trial: ( )Jury  ( )Court
Notes: _____