1  **Matlock Law Group,** A Professional Corporation
2  Anne Leith W. Matlock, SBN 244351,
   961 Ygnacio Valley Road
3  Walnut Creek, CA 94596
   Office: 925-944-7131
4  Fax: 925-938-4625
   e-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for DATAWAY, INC.
6  Defendant and Counterclaimant

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  AT&T Corp. | CASE NO. C07-02440 MMC |
| 14            PLAINTIFF, | |
| 15       v. | NOTICE OF MOTION AND MOTION TO DISMISS AT&T's COMPLAINT FOR |
| 16  Dataway, Inc. | |
| 17 | 1. LACK OF SUBJECT MATTER JURISDICTION |
| 18            DEFENDANT. | 2. IMPROPER VENUE |
| 19 | 3. INSUFFICIENCY OF PROCESS |
|    | 4. INSUFFICIENCY OF SERVICE OF PROCESS |
| 20  Dataway, Inc. | 5. FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |
| 21            COUNTERCLAIMANT | |
| 22       v. | |
| 23  AT&T Corp. | |
| 24            COUNTERDEFENDANT | |
| 25 | Date:      Friday, December 14, 2007 |
|    | Time:      9 a.m. |
| 26 | Courtroom: No. 7 |

27

---

Page 1

Notice of Motion and Motion to Dismiss                                CASE NO. C07-02440 MMC

1   PLEASE TAKE NOTICE that on Friday, December 14, 2007, in Courtroom
2   No. 7 of this Court, located at 450 Golden Gate Avenue, San Francisco, California
3   94102, before the Honorable Judge Maxine M. Chesney Defendant Dataway, Inc.'s
4   Motion to Dismiss AT&T's Complaint which is incorporated in Defendant Dataway's
5   Answer and Counterclaim filed on October 17, 2007, Docket No. 31 will be heard.

DATED: November 9th, 2007        MATLOCK LAW GROUP

                                 By: _____
                                     Anne-Leith Matlock

                                 Attorney for Defendant and Counterclaimant
                                 DATAWAY, INC.