Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California 92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff and Counterdefendant,
AT&T CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AT&T CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DATAWAY INC. and dba DATAWAY DESIGNS,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C07-02440 MMC<br><br>NOTICE OF CONTINUANCE OF HEARING ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED<br><br>[F.R.C.P., Rule 12(b)(6)]<br><br>NEW DATE:　December 14, 2007<br>TIME:　9:00 a.m.<br>CTRM:　7 |

PLEASE TAKE NOTICE that the hearing on the motion of Plaintiff and Counterdefendant AT&T Corporation to dismiss the first, second, third, and fifth claims for relief of the Counterclaim of Defendant and Counterclaimant Dataway Inc. and dba Dataway Designs (Docket No. 31) for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) has been continued to 9:00 a.m.

///
///
///
///
///

1  on December 14, 2007 in Courtroom 7 of this Court, located at 450 Golden Gate Avenue,
2  San Francisco, California 94102.

4  DATED: November 9, 2007          AIRES LAW FIRM

6                                    By: _____
7                                    Timothy Carl Aires, Esq.
                                     Attorney for Plaintiff,
                                     AT&T CORPORATION

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Timothy Carl Aires, am employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address is: 180 Newport Center Drive, Suite 260, Newport Beach, California 92660.

On November 9, 2007, I served the document entitled: *Notice of Continuance of Hearing on Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted* on all interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Anne Leith-Matlock, Esq. (anne-leith@matlocklawgroup.com)
Matlock Law Group, PC
961 Ygnacio Valley Blvd.
Walnut Creek, CA 94596

(check applicable paragraphs)

__X__ (BY MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On this date, the above-named correspondence was placed for deposit at Newport Beach, CA and placed for collection and mailing following ordinary business practices.

__ (BY PERSONAL SERVICE) I caused such document to be served by hand on the addressee.

__ (BY EXPRESS SERVICE) I caused such document to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

__ (State) I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (Federal) I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 9, 2007 _____
Signature of Declarant

---

NOTICE OF CONTINUANCE OF HEARING ON MOTION TO DISMISS

3