**Matlock Law Group,** A Professional Corporation
Anne-Leith W. Matlock, SBN 244351
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Office: 925-944-7131
Fax: 925-938-4625
e-mail: anne-leith@matlocklawgroup.com

Attorney for Defendant/Counterclaimant.
Dataway, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>PLAINTIFF,<br><br>v.<br><br>Dataway, Inc.<br><br>DEFENDANT. | CASE NO. C07-02440 MMC<br><br>**DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF MOTION TO DISMISS COMPLAINT FILED BY AT&T** |
| Dataway, Inc.<br><br>COUNTERCLAIMANT<br><br>v.<br><br>AT&T Corp.<br><br>COUNTERDEFENDANT | **Date:  Friday, December 14, 2007**<br>**Time: 9:00 am**<br>**Courtroom: No. 7** |

I, ANNE-LEITH MATLOCK, declare:

1. I am an attorney at law licensed to practice before all Courts of the State

---

1

of California and before the Courts of the Eastern and Northern District of California. I am a partner of the law firm Matlock Law Group, attorneys of record for Defendant and Counter-Claimant Dataway, Inc. (hereinafter "Dataway").

2. Attached hereto as Exhibit "A" is a true and correct copy of the Anti-Slamming Agreement and the telecommunication contract entered into by SBC/AT&T and Dataway, Inc. that authorized SBC to become Dataway's new and only service provider for local and long distance services.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Service Bill in which AT&T claims charges in the amount of $ 11,534.67 for the disputed calls.

4. Attached hereto as Exhibit "C" is the Declaration of Simon Lewis, President of Dataway, which I hereby incorporate herein by reference.

5. Attached hereto as Exhibit "D" is AT&T's Disconnect Notice.

6. Attached hereto as Exhibit "E" is a form that Dataway sent on demand to AT&T's Fraud Resolution Group.

7. I have reviewed the facts set forth in AT&T's Complaint and conclude that AT&T's Complaint is without merit and that the facts at hand provide the basis for this motion to dismiss AT&T's complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I could and would competently testify thereto, if called upon as a witness.

This declaration is executed this 9th of November 2007, at Walnut Creek, California.

_____
Anne-Leith W. Matlock
Attorney for Dataway, Inc.