| Account Number | Bill Close Date | Payment Due | | Page 1 |
|---|---|---|---|---|
| 051 788 3374 001 | 8/25/06 | 9/25/06 |  at&t | |

DATAWAY DESIGNS

AT&T Business Service

REF # 415 882 8700
For Billing Inquiries 1 877 288 9000
To Place an Order 1 800 222 0400
For Repair Service 1 800 222 3000

| Total Current Charges | | Account Status | |
|---|---|---|---|
| LONG DISTANCE CHARGES | | PREVIOUS BALANCE | .00 |
| DIRECT DIALED | 9,407.26 | TOTAL CURRENT CHARGES | $11,534.67 |
| TOTAL LONG DISTANCE CHARGES | $9,407.26 | TOTAL AMOUNT DUE | $11,534.67 |
| TOTAL SURCHARGES | 1,322.66 | | |
| TOTAL TAXES | 804.75 | | |
| TOTAL CURRENT CHARGES | $11,534.67 | | |

****IMPORTANT MESSAGES ABOUT YOUR ACCOUNT****

**Account Status**

Attention Customer!  You are receiving this bill from AT&T because these calls were dialed on and completed over the AT&T network.  Your preferred long distance carrier has not been changed.  In the future, you will continue to receive a separate bill from AT&T for those calls that use the AT&T Network.
*****
Please submit all telephone line or calling card additions, deletions or changes directly to AT&T, by calling the billing inquiry number on the first page of your bill.

---

**Regulatory News**

If your business makes outbound telephone solicitations, you must comply with federal do-not-call laws and regulations (47 C.F.R. 64.1200, and 16 C.F.R. 310) and any applicable state laws.

*See next page for more news!*

PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT.
MAKE SURE THAT THE AT&T P.O. BOX ADDRESS SHOWS THROUGH THE ENVELOPE WINDOW.
AT&T WILL NO LONGER REPLY TO COMMENTS ON THIS DOCUMENT. SUBMIT ALL CORRESPONDENCE TO www.att.com/customercare

---

TO ENSURE PROPER CREDIT, PLEASE DETACH AND RETURN WITH REMITTANCE.

004551 2 AB   .554 F19

DATAWAY DESIGNS
180 REDWOOD ST
SAN FRANCISC, CA 94102-3280

 at&t

| | |
|---|---|
| Account Number: | 051 788-3374 001 |
| Bill Close Date: | 8/25/06 |
| Payment Due: | 9/25/06 |

| Total Amount Due | $11,534.67 |
|---|---|
| Amount Enclosed: | $ |

☐ ck here for name/ address/telephone number corrections only. See reverse side.

AT&T
P.O. BOX 78225
PHOENIX, AZ   85062-8225

051788337400106000000011534670001153467000000000003

| Account Number | Bill Close Date | Payment Due | | Page 3 |
|---|---|---|---|---|
| 051 788 3374 001 | 8/25/06 | 9/25/06 |  at&t | |

DATAWAY DESIGNS                                                          REF # 415 882-8700

## Surcharges

```
ITEM    EXPLANATION                                    CHARGES


SURCHARGES BILLED TO: 0517883374001
LONG DISTANCE
    1    UNIVERSAL CONNECTIVITY CHARGE                  987.76
    2    ADMINISTRATIVE EXPENSE FEE                      82.78
    3    PROPERTY TAX ALLOTMENT                         140.17
    4    FEDERAL REGULATORY FEE                         111.95
TOTAL LONG DISTANCE SURCHARGES:                                     $1,322.66
TOTAL BILLED TO: 0517883374001                                      $1,322.66

TOTAL SURCHARGES:                                                   $1,322.66
```

## Taxes

```
ITEM    EXPLANATION                                    CHARGES

CHARGES BILLED TO: 0517883374001
LONG DISTANCE
    5    UTILITY USERS TAX                              804.75
TOTAL LONG DISTANCE TAXES:                                            $804.75
TOTAL BILLED TO: 0517883374001                                        $804.75

TOTAL TAXES:                                                          $804.75
```

## Call Detail

| No | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|

```
LONG DISTANCE CALLS
LONG DISTANCE CHARGES BILLED TO: 051 788 3374 001
LONG DISTANCE CALLS BILLED TO: 415 882-8700
  6.  JUL 24   4:53A   PHILIPPINE PH     06324302509     419    DDC    STAN    2,415.06
  7.  JUL 24   4:59A   PHILIPPINE PH     06324317817     411    DDC    STAN    2,371.00
  8.  JUL 24   5:03A   PHILIPPINE PH     06324472954       1    DDC    STAN        9.50
  9.  JUL 24   5:05A   PHILIPPINE PH     06324472954     402    DDC    STAN    2,322.91
 10.  JUL 24   5:08A   PHILIPPINE PH     06324310199     395    DDC    STAN    2,288.79
TOTAL CHARGES                                                                 $9,407.26

TOTAL AT&T CALL CHARGES                                                       $9,407.26
```