

**Fraud Resolution Group**
*Daniela Carswell*

30 Knightsbridge Rd, Room 33D42
Piscataway, NJ 08854
v: 732-652-1765
f: 732-652-1768/1769

October 12, 2006

**Via US Mail**

Francisco Molieri
Dataway Inc
180 Redwood St, Ste 300
San Francisco, CA 94102

Re:   FTS Case #: 1773958
      Account #:   0517883374001

Dear Francisco Molieri,

On behalf of AT&T, we would like to acknowledge receipt of your toll fraud dispute and outline the procedure for formalizing your claim. We understand the seriousness of this type of occurrence and are committed to resolving this matter promptly and amicably.

This investigation is only intended to document and substantiate your claim. In order to facilitate claim processing and proceed with our investigation, please document the details of your claim in the blanks below.

*Note: You may receive invoices from your Local Exchange Carrier that contain AT&T billing charges. The Local Exchange Carriers may bill you as our billing agent. When there is a disputed charge, such as toll fraud, the Local Exchange Carrier may remove these charges from the invoice and refer it back to AT&T to resolve. This process is for administrative purposes ONLY and should not be construed as our waiver of payment for these charges.*

Total dollar amount of the disputed calls, including taxes: __$11,534.67__
Account number(s): __051 988 3374 001__
Name of AT&T Account Executive (if applicable): __N/A__
Telecommunications equipment involved (manufacturer of your telecommunications system / PBX, voice mail, etc.): _____
To the best of your knowledge, has the fraud stopped?: __YES__
First date of fraudulent calls: __07·24·2006__ Last date of fraudulent calls: __07·24·2006__
Date system was installed: _____ Date system was secured: _____
A brief synopsis of how the fraud occurred (please attach additional sheets, if necessary):
__THIS ACCOUNT IS AN UNAUTHORIZED ACCOUNT__
__WE NEVER REQUESTED AT&T TO CREATE THIS ACCOUNT__
__NOR DID WE CONSENT IT BE CREATED.__
What security measures has your company taken to prevent this type of fraud from happening again?:
__HAVE REINFORCED SECURITY MEASURES & APPLIED MORE__
__STRINGENT PASSWORD POLICIES.__

Business Name (if different than above): _DATAWAY, INC._
Business Address: _180 REDWOOD STREET, STE. 300 SF CA 94102_
Customer Signature: _Francisco Molieri_    Printed Name: _FRANCISCO MOLIERI_
Title: _COMPTROLLER_    Date: _11.10.2006_
Reach Number: _(415) 882-8711_    email address: _FMOLIERI@DATAWAY.COM_

This completed form ALONG WITH COPIES OF YOUR BILLS DETAILING THE CALLS YOU BELIEVE WERE UNAUTHORIZED (YOU ONLY NEED TO PROVIDE THE PAGES THAT DISPLAY THE DISPUTED CALLS AND THE SUMMARY OF CHARGES PAGE), must be mailed or faxed on or before 10/26/2006 in order to avoid any collection activity on your account. WITHOUT APPROPRIATE DOCUMENTATION, YOUR CLAIM MAY BE DENIED. All other amounts not in dispute should be paid by their appropriate due date to the address listed on your invoice. Please forward this documentation to the following address or the fax number on page one:

Daniela Carswell
AT&T FRG
30 Knightsbridge Rd, Room 33D42
Piscataway, NJ 08854

If you have any questions regarding this matter, you can reach me at 732-652-1765.

Sincerely,

_Cynthia Re_
_for_
Daniela Carswell
Enclosure

_ORIGINAL BILL FOR DISPUTED ACCOUNT._
_STATEMENT TO DISPUTE ENTIRE ACCOUNT._

---

To learn more about NetPROTECT Services and how to protect your company from future toll fraud, contact the Service Establishment Group at 1-800-NET-SAFE or visit our web site at http://www.att.com/netprotect. Additionally, AT&T maintains a Toll Fraud Security Group around the clock to help businesses that suspect unauthorized use of their telephone systems. If you believe your company is experiencing toll fraud please contact Network Security at 1-800-821-8235.