1 **Matlock Law Group,** A Professional Corporation
2 Anne Leith W. Matlock, SBN 244351,
  961 Ygnacio Valley Road
3 Walnut Creek, CA 94596
  Office: 925-944-7131
4 Fax: 925-938-4625
  e-mail: anne-leith@matlocklawgroup.com
5
  Attorneys for DATAWAY, INC.
6 Defendant and Counterclaimant

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN FRANCISCO DIVISION**
11

12

13 AT&T Corp.                          | **CASE NO. C07-02440 MMC**

14              PLAINTIFF,

15         v.                          | **[PROPOSED] ORDER GRANTING DEFENDANT DATAWAY, INC.'S MOTION TO DISMISS**
16 Dataway, Inc.

17

18              DEFENDANT.

19
                                       | **Date:      Friday, December 14, 2007**
20                                     | **Time:      9 a.m.**
                                       | **Courtroom: No. 7**
21

22

23                           **<u>ORDER</u>**

24     GOOD CAUSE BEING SHOWN by Defendant Dataway, Inc. ("Dataway")

25     IT IS ORDERED THAT Defendant Dataway's Motion to Dismiss AT&T's

26 Complaint in its entirety is hereby GRANTED.

27

Page 1

[Proposed] Order                                           CASE NO. C07-02440 MMC

1
2    **IT IS SO ORDERED.**
3
4
5    DATED: _____, 2007            _____
6                                            Honorable Maxine M. Chesney
7                                            United States District Court
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27