# CERTIFICATE OF SERVICE

I, Donna L. Westphal, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 961 Ygnacio Valley Road, Walnut Creek, California 94596. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On November 9, 2007, following ordinary business practice, I caused service of the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS AT&T'S COMPLAINT**
**DEFENDANT DATAWAY. INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**
**DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF MOTION TO DISMISS WITH EXHIBITS A, B, C, D AND E**
**PROPOSED ORDER GRANTING DEFENDANT DATAWAY'S MOTION TO DISMISS**

to be completed by:

Electronic service in accordance with the Subject Rule and/or General Orders in this Matter upon:

Timothy Carl Aires
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: November 9, 2007

*/s/ Donna Westphal*
Donna Westphal