UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT&T Corporation

        Plaintiff(s),

    v.

Dataway, Inc.

        Defendant(s).

No. C 07-2440-MMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 9, 2007

Signature

Counsel for Defendant, Dataway, Inc.
(Plaintiff, Defendant or indicate "pro se")

*If available please assign U.S. Magistrate Judge Elizabeth D. Laporte or Magistrate Maria-Elena James. Thank-you*