**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T CORPORATION,                    No. C 07-2440 MMC

    Plaintiff,                  **ORDER OF REFERENCE TO**
                                     **MAGISTRATE JUDGE FOR TRIAL**
  v.                                 **UPON CONSENT; DIRECTIONS TO**
                                     **CLERK**
DATAWAY, INC.,

    Defendant                                   /

    All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge, and defendant further having requested assignment to either Magistrate Judge Elizabeth D. Laporte or Magistrate Judge Maria-Elena James, IT IS HEREBY ORDERED that the case is referred to a magistrate judge for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

    In light of defendant's request, the Clerk is hereby DIRECTED to reassign the case to either Magistrate Judge Laporte or Magistrate Judge James.

    **IT IS SO ORDERED.**

Dated: November 15, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge