# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| AT&T Corporation,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Dataway Inc,<br><br>    Defendant(s). | 07-02440 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**David M. Bluhm**
Law Office of David M. Blum
4289 Piedmont Ave., #207
Oakland, CA 94611-4757
510-420-0456

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
07-02440 EDL MED                              - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: November 27, 2007

5                                                  RICHARD W. WIEKING
                                                   Clerk
6                                                  by:    Claudia M. Forehand

7    

8                                                  ADR Case Administrator
                                                   415-522-2059
9                                                  Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Mediator**
07-02440 EDL MED                  - 2 -