1 | **Matlock Law Group,** A Professional Corporation
  | Anne Leith W. Matlock, SBN 244351
2 | 1485 Treat Blvd., Suite 200
  | Walnut Creek, CA 94597
3 | Office: 925-944-7131
  | Fax: 925-944-7138
4 | E-mail: anne-leith@matlocklawgroup.com

5 | Attorneys for Defendant,
  | Dataway, Inc.
6 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| AT&T Corp. | **CASE NO. C07-02440 EDL** |
|---|---|
| PLAINTIFF, | |
| v. | |
| Dataway, Inc. | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S COUNTERCLAIM** |
| DEFENDANT. | |
| Dataway, Inc. | |
| COUNTERCLAIMANT | |
| v. | **Date: January 8, 2008**<br>**Time: 2:00 PM** |
| AT&T Corp. | **Courtroom: E** |
| COUNTERDEFENDANT | |

///

---

1

PROPOSED ORDER                    CASE NO. C07-02440EDL

Matlock Law Group, PC.

## **ORDER**

GOOD CAUSE BEING SHOWN by Defendant Dataway, Inc. ("Dataway"), IT IS ORDERED THAT Plaintiff AT&T's Motion to Dismiss the First, Second, Third and Fifth counts of Dataway's Counterclaim is hereby DENIED.

Dated: January 8, 2008                   _____
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge