**Matlock Law Group,** A Professional Corporation
Anne-Leith W. Matlock, SBN 244351
1485 Treat Blvd, Suite 200
Walnut Creek, CA 94597
Telephone: 925.944.7131
Facsimile: 925.944.7138
e-mail: anne-leith@matlocklawgroup.com

Attorneys for Defendant
Dataway, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>PLAINTIFF,<br><br>v.<br><br>Dataway, Inc.<br><br>DEFENDANT. | **CASE NO. C07-02440 EDL**<br><br>**NOTICE OF CHANGE OF ADDRESS AND FACSIMILE NUMBER** |
| Dataway, Inc.<br><br>COUNTERCLAIMANT<br><br>v.<br><br>AT&T Corp.<br><br>COUNTERDEFENDANT | |

PLEASE TAKE NOTICE that effective December 1, 2007, Matlock Law Group, PC will have relocated its Walnut Creek office and changed its facsimile number as shown below:

> MATLOCK LAW GROUP, PC
> 1485 Treat Blvd., Suite 200
> Walnut Creek, CA 94597
> Telephone: 925.944.3171
> Facsimile: 925.944.7138

All notices and other documents regarding this action should be sent to the above address and faxed to the above facsimile number as of December 1, 2007.

DATED: December 7, 2007                MATLOCK LAW GROUP

By:_____/s/_____
    Anne-Leith W. Matlock
    Attorneys for

Matlock Law Group, PC.

Notice of Change of Address                                CASE NO. C07-02440 EDL

2