**United States District Court**
For the Northern District of California

1
2
3
4
5   IN THE UNITED STATES DISTRICT COURT
6   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   AT&T CORP,                                    No. C-07-02440 (EDL)
9            Plaintiff,                           **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND MOTIONS HEARING**
10     v.
11  DATAWAY INC,
12           Defendant.
                                        /
13
14      It is hereby ORDERED that the hearing on the motions to dismiss and case management
15  conference scheduled for January 8, 2008 are hereby continued to **January 15, 2008 at 2:00 p.m.**
16  Counsel for AT&T Corporation, Timothy Aires, must appear in person as required by the Court's
17  Order Setting Motions Hearing and Case Management Conference, unless excused for good cause.
18  If the case settles before that date, the parties shall immediately notify the Court.
19      **IT IS SO ORDERED.**
20
21
22  Dated: January 8, 2008
                                                _____
23                                              ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
24
25
26
27
28