**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:   January 8, 2008

Case No:  **C-07-02440 EDL**

Case Name:  **AT&T Corporation v Dataway, Inc.**

    Attorneys:   Pltf:  Elizabeth MacDonald    Deft:  Anne-Leith Matlock

    Deputy Clerk:  Lili M. Harrell    Reporter: Lydia Zinn
        (2:09pm - 2:18pm)

**PROCEEDINGS:**
- Plaintiff's Motion to Dismiss First, Second, Third and Fifth Claims of Defendant's Counterclaim
- Defendant's Motion to Dismiss
- Case Management Conference

**ORDERED AFTER HEARING:**
Court continues the hearing. Lead counsel for plaintiff shall appear personally unless excused by the Court.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:** January 15, 2008 at 2:00pm.

**Notes:**

cc: