In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   January 15, 2008

Case No:  **C- 07-02440 EDL**

Case Name:  **AT&T CORP v. DATAWAY INC**

| Attorneys: | Pltf: Timothy Aires | Deft: Anne Leith Matlock |

Deputy Clerk:  Lili M. Harrell          Court Reporter: Juanita Gonzalez
                                                                        (2:09pm - 2:24pm)

**PROCEEDINGS:**                                                **RULING:**

1. Plaintiff's Motion to Dismiss [44]                          Denied
   Defendant's Motion to Dismiss [53]

2.


**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 4/15/08 for further case management conference.


**PRETRIAL SCHEDULE:**

Discovery cutoff: 4/15/08
Initial expert disclosure deadline: 7/15/08
Expert discovery cutoff: 8/15/08
Dispositive Motion filing deadline: 6/10/08
Dispositive Motions hearing date: 7/15/08 at 9:00am
Pretrial Conference:   9/16/08 at 2:00pm
Trial: 10/6/08  at 8:30 a.m., set for 4 days.
        [X] Jury  [ ]  Court

Notes:
cc: