**FILED**

FEB 0 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

AT&T Corporation,

    Plaintiff(s),

v.

Dataway Inc,

    Defendant(s).

No. C 07-02440 EDL MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _Friday 25 January 2008_

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated? _No more - Tried_
   ☐ another session scheduled for (date) _by telephone for two days_
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: _29 January 2008_

Mediator, David M. Bluhm
Law Office of David M. Blum
4289 Piedmont Ave., #207
Oakland, CA 94611-4757

Certification of ADR Session
07-02440 EDL MED