**CERTIFICATE OF SERVICE**

I, Victoria X. Griswold, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On April 9, 2008, following ordinary business practice, I caused service of the following documents:

**UNILATERAL CASE MANAGEMENT STATEMENT**

to be completed by:
by U.S. First Class Mail:

Timothy Carl Aires
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660
949 718-2021
tca@arlawyers.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

DATED: April 9, 2008

Victoria Griswold

CERTIFICATE OF SERVICE
CASE NO. C07-02440EDL