Matlock Law Group, PC
Anne Leith Matlock, SBN 244351
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Office: 925-944-7131
Fax: 925-944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Defendant/Counterclaimant
Dataway, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>　　　　　PLAINTIFF,<br><br>　　v.<br><br>Dataway, Inc.<br><br>　　　　　DEFENDANT. | CASE NO. C07-02440 EDL<br><br>**RE-NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date: May 20, 2008<br>Time: 9:00 a.m.<br>Courtroom: E |
| Dataway, Inc.<br><br>　　　　　COUNTERCLAIMANT<br><br>　　v.<br><br>AT&T Corp.<br><br>　　　　　COUNTERDEFENDANT | |

**TO AT&T CORPORATION AND ITS ATTORNEYS OF RECORD:**

---

1

RE-NOTICE OF MOTION AND MOTION TO COMPEL
RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS　　　　　　　　　　　CASE NO. C07-02440-EDL

1     **PLEASE TAKE NOTICE THAT ON** May 20, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled Court located at 725 Court Street, Martinez, CA 94553, Dataway will and hereby does move this Court for an order compelling AT&T Corporation to respond to Dataway's Request for Production of Documents served upon Plaintiff on January 17, 2008, in accordance with the Federal Rules of Civil Procedure and the Northern District Local Rules. Dataway also moves for an order that AT&T pay to the moving party the sum of $ 3,375.00 as the reasonable costs and attorney fees incurred by the moving party in connection with this proceeding. This motion is made on the grounds that said Request for Production of Documents were relevant to the subject matter of the action and did not relate to privileged matters, and the refusal to respond is without justification.

    This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the declaration of Anne-Leith Matlock, Request for Production of Documents and Responses, copies of which are attached hereto and incorporated herein as Exhibit A.

Dated: April 11, 2008                              MATLOCK LAW GROUP

By: _/s/ Anne-Leith Matlock_

Anne-Leith Matlock, Esq.
Attorneys for Defendant/
Counterclaimant Dataway, Inc.

2

RE-NOTICE OF MOTION AND MOTION TO COMPEL
RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS      CASE NO. C07-02440-EDL