IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP, | No. C-07-02440 (EDL) |
| Plaintiff, | **FURTHER CASE MANAGEMENT ORDER** |
| v. | |
| DATAWAY INC, | |
| Defendant. | |

Following the April 15, 2008 case management conference in this case, it is hereby ORDERED that:

1) This case is referred to a magistrate judge for a settlement conference.

2) The trial date in this case is continued to October 20, 2008 at 8:30 a.m.

3) AT&T Corp. shall take the two depositions that it previously noticed. Dataway, Inc. shall take two depositions, which shall include one person most knowledgeable deposition to take place within 21 days and one local customer service employee deposition to take place in 14 days. By April 16, 2008, counsel for AT&T shall provide Dataway's counsel with a concise written description of the status and job responsibilities of the two local customer service employees, including their titles, dates of employment, whether or not they are still employed, and how long they have been employed in customer service. By April 17, 2008, counsel from Dataway shall inform AT&T which of the two it will depose.

4) AT&T shall file its motion for summary judgment on June 10, 2008.

//

//

5) Counsel are reminded that they should set aside their personal animosity, which is counterproductive to the just, speedy, and inexpensive resolution of this matter, in the best interests of their respective clients, and as required by Federal Rule of Civil Procedure 1.

**IT IS SO ORDERED.**

Dated: April 15, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge