**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 15, 2008

Case No:  **C- 07-02440 EDL**

Case Name:  **AT&T CORP v. DATAWAY INC**

    Attorneys:     Pltf: Timothy Aires   Deft: Ane-Leith Matlock

    Deputy Clerk: Frank Justiliano            FTR digital recording 10:33 - 10:50 a.m.

    [X] Further Case Management Conference - Held.

**ORDERED AFTER HEARING:**

This case will be referred to another Magistrate Judge for Settlement Conference.

cc: chambers, Wings