Matlock Law Group, PC
Anne Leith Matlock, SBN 244351
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Office: 925-944-7131
Fax: 925-944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Defendant/Counterclaimant
Dataway, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>          PLAINTIFF,<br><br>v.<br><br>Dataway, Inc.<br><br>          DEFENDANT. | CASE NO. C07-02440 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DATAWAY, INC.'S MOTION TO COMPEL** |
| Dataway, Inc.<br><br>          COUNTERCLAIMANT<br><br>v.<br><br>AT&T Corp.<br><br>          COUNTERDEFENDANT | Date:     May 20, 2008<br>Time:    9 a.m.<br>Courtroom: E |

## ORDER

**THIS MATTER** having been brought before the Court by Defendant Dataway, Inc., by and through its attorneys, Matlock Law Group, Anne-Leith Matlock, Esq., appearing,

1  for an Order compelling Plaintiff to respond to Defendant's Request for Production of
2  Documents, the Court having considered the papers submitted in support and opposition,
3  and argument of counsel,
4      **GOOD CAUSE BEING SHOWN,** by Defendant Dataway, Inc.
5  ("Dataway"), it is hereby
6      **ORDERED** that Defendant Dataway's Motion to Compel complete
7  responses to its Request for Production of is hereby GRANTED; it is further
8      **ORDERED** that Plaintiff produce complete responses to Defendant's Request
9  for Production, including, but not limited to, Privilege Logs, in compliance with
10 FRCP 34 and Local Rule 34-1 and all Standing Orders of this Court within
11 _____ days of the date of this Order.
12
13
14     **IT IS SO ORDERED.**
15
16
17 DATED: _____, 2008    _____
18                                                     Honorable Elizabeth D. LaPorte
                                                    United States District Court
19
20
21
22
23
24
25
26
27
28