**Timothy Carl Aires**

| | |
|---|---|
| From: | "Timothy Carl Aires" <tca@arlawyers.com> |
| To: | <anne-leith@matlocklawgroup.com> |
| Cc: | "Griswold Victoria" <vgriswold@matlocklawgroup.com>; "Zucker Laura" <lauraz@matlocklawgroup.com>; "MLG" <matlocklawgroup@sbcglobal.net>; "Chase Hayford" <chayford@arlawyers.com>; "Bethune, Gary" <gbethune@bethunelaw.com>; "Santangelo, Michael" <msantangelo@bethunelaw.com> |
| Sent: | Monday, March 31, 2008 3:31 PM |
| Subject: | ATT v. Dataway |

Do you intend to respond to my efforts to "meet and confer" by providing me with a detailed written analysis as to why my objections are without merit or not?

Do you intend to narrow the breadth of the discovery requests as previously requested in order to find a compromise on this discovery dispute or not?

- Timothy Carl Aires

EXHIBIT C

4/29/2008