IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP,     No. C-07-02440 (EDL)

    Plaintiff,

    v.

**ORDER RE DATAWAY'S MOTION TO COMPEL AND MAY 20, 2008 HEARING**

DATAWAY INC,

    Defendant.
                               /

    Defendant Dataway Inc. filed a motion to compel scheduled for hearing on May 20, 2008. In light of the fact that counsel's disputes have impeded efficient management of the case thus far, and in light of the fact that counsel appear unable to move this case forward in an efficient manner, especially where only approximately $12,000 is in dispute, it is HEREBY ORDERED that supervising in-house counsel for both parties shall appear at the hearing along with lead counsel. While the Court prefers that in-house counsel appear in person, they are permitted to participate by telephone if personal attendance is not feasible.

    **IT IS SO ORDERED.**

Dated: May 19, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge