UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  **Date:  May 20, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-02440 EDL

**Title:**     AT&T CORPORATION  v. DATAWAY, INC.

**Attorneys:**   Plaintiff: Timothy Carl Aires    Defendant: Anne-Leith Matlock

**Deputy Clerk:**    Lili M. Harrell    **Court Reporter:**  Margo Gurule
(Time: 9:48am-10:15am  )

| **PROCEEDINGS:** | **RULINGS:** |
|---|---|
| Defendant's Motion to Compel | Granted |

**ORDERED AFTER HEARING:**
 - Last day to hear dispositive motions extended to **8/5/08 at 9:00am.**
 - Last day for filing dispositive motions **7/1/08.**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:  Walid S. Abdul-Rahim, General Attorney for AT&T present
    Cynthia Mahowald, Associate General Counsel for AT&T (phone)
    Francisco Molieri, Controller for Dataway (phone)

cc: