**MLG** *Matlock*
Law Group, PC

June 24, 2008

Magistrate Judge Maria-Elena James
United States District Court
Northern District of California
San Francisco Division
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *AT&T Corp. v. Dataway, Inc.*
       *Case #07-2440-EDL*

Dear Magistrate James:

With regards to the above-referenced case, please accept this letter as notice for a new Settlement Conference Hearing that was originally set for June 23, 2008, at 2:00 p.m.

Both parties have agreed to reset the Settlement Conference Hearing to ***Wednesday, September 3, 2008, at 10:00 a.m.***


Respectfully submitted,

*Anne-Leith Matlock*

Anne-Leith Matlock
Attorney for Defendant


cc:    Timothy Aires, Esq.


ALM/lm


1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
925.944.7131 p • 925.944.7138 f

matlocklawgroup@sbcglobal.net
www.matlocklawgroup.com

50 California St., Suite 1500
San Francisco, CA 94111
415.277.5499 p