**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: June 29, 2007

**TARIFF F.C.C. NO. 30**
2nd Revised Title Page
Cancels 1sr Revised Title Page
Effective: July 1, 2007

## AT&T BUSINESS TELECOMMUNICATIONS SERVICE
### TITLE PAGE

This tariff applies to Business Telecommunications Service furnished for interstate or foreign telecommunications in accordance with the Communications Act of 1934, as amended. BTS is furnished:

**1.** Between one or more stations in the Mainland and one or more stations:

- In different states in the Mainland,
- In Alaska, Hawaii, Puerto Rico, or the U.S. Virgin Islands,
- In Midway or Wake Island,
- In the Commonwealth of the Northern Mariana Islands (CNMI), Guam or     C
  American Samoa     C
- In a foreign country or area, ), Guam or American Samoa
- In a different LATA for connection to a Coastal Harbor, VHF, or
  Air-Ground Service furnished by another carrier.

**2.** Between one or more stations in the Mainland and a point of connection for service to locations in Mexico and certain locations in Canada.

**3.** Between one or more stations in Midway and one or more stations in Wake Island; or for one or more stations in Midway or Wake Island and one or more stations:

- In the Mainland, Alaska, Hawaii, Guam, CNMI, Puerto Rico, American
  Samoa or the U.S. Virgin Islands,
- In a foreign country or area, and     C
  -    On ships served through High Seas Service.

**4.** Between one or more stations in Hawaii and one or more stations:

- In a foreign country or area,
- In different states in the Mainland or
- In Alaska, Guam, CNMI, Puerto Rico, American Samoa or the U.S. Virgin
  Islands.     C

**5.** Between one or more stations in Alaska and one or more stations:

-    In different states in the Mainland
-    In Hawaii, Puerto Rico, U.S Virginia Islands, Guam or CNMI
-    In a foreign country or area

**6.** Between one or more stations in Puerto Rico or the U.S. Virgin Islands and one or more stations:

- In a foreign country or area.

AT&T Business Telecommunications Service is furnished by means of wire, radio, satellite, fiber optics, or any suitable technology or combination of technologies.

**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  August 9, 2001

**TARIFF F.C.C. NO. 30**
1st Revised Page 2
Cancels Original Page 2

Effective:  August 10, 2001

## AT&T BUSINESS TELECOMMUNICATIONS SERVICE

## MASTER TABLE OF CONTENTS

### Page

Check Sheet................................................   1                                                    T
                                                                                                             .

Table of Contents.........................................   3

How To Use This Tariff....................................      10

Section 1 - General Tariff Information....................   10
Section 2 - Application of Tariff.........................   17
Section 3 - General Regulations...              19
Section 4 - Initial Subscription to AT&T As Primary Long
        Distance Carrier         ........................ 58
Section 5 - Casual Calling Services........................... 71
Section 6 - Collect Calls Received From International
            Countries/Areas .   ...........................   74          .
Section 7 - On Demand Satellite.............   ............   134         T
Section 8 - Service Classifications, Rate Application
        and Rates....                  136

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 3

Effective: July 31, 2001

## AT&T BUSINESS TELECOMMUNICATIONS SERVICE

## TABLE OF CONTENTS

Page

Title Page........................................................... Title
Check Sheet........................................................ 1
Master Table of Contents............................................ 2

### Section 1 - General Tariff Information

1.1. General..................................................... 10
    1.1.1. How to Use This Tariff................................ 10
        A. Tariff Structure................................... 10
        B. Tariff Format..................................... 11
        C. Check Sheets..................................... 11
        D. Supplements...................................... 11
    1.1.2. Lists of Concurring, Connecting and Other
        Participating Carriers................................ 12
    1.1.3. Explanation of Symbols - Coding of Tariff Revisions... 13
    1.1.4. Explanation of Abbreviations.......................... 13
        Abbreviations and Definitions....................    14
    1.1.5. Trademarks and Service Marks.......................... 15

### Section 2 - Application of Tariff

2.1. APPLICATION.................................................. 17
    2.1.1. General............................................. 17
    2.1.2. Jurisdiction......................................... 17

### Section 3 - General Regulations

3.1. UNDERTAKING OF THE COMPANY..................................... 19
    3.1.1. General............................................. 19
    3.1.2. Transmission Medium.................................. 19
    3.1.3. Provision of Customer Equipment....................... 19
    3.1.4. Through Transmission of Signals....................... 19
    3.1.5. Availability of BTS.................................. 19
        A. Availability...................................... 19
    3.2. USE................................................... 20
    3.2.1. General............................................. 20
    3.2.2. Non-Voice Transmission............................... 20
    3.2.3. Abuse and Fraudulent Use............................. 20
    3.2.4. Abuse.............................................. 20
    3.2.5. Fraudulent Use...................................... 21

    3.2.7. Use of AT&T Marks................................... 22

3.3. RESPONSIBILITIES OF THE COMPANY............................... 23
    3.3.1. Liability........................................... 24



EXHIBIT A

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  August 9, 2001

TARIFF F.C.C. NO. 30
1st Revised Page 4
Cancels Original Page 4
Effective:  August 10, 2001

## AT&T BUSINESS TELECOMMUNICATIONS SERVICE

### TABLE OF CONTENTS

Page

**Section 3 - General Regulations (continued)**

3.4. RESPONSIBILITIES OF THE CUSTOMER............................ 25
    3.4.1. General............................................. 25
        A. Placement of Orders, Payment of Bills and
           Compliance with Regulations...................... 25
        1. Information The Customer Must Provide............ 25
           2.    Automatic Number Identification/Charge
                Number Service.                        25
        B. Agency Agreement................................. 26
        C. Establishing Identity............................ 26
        D. Responsibilities Of Aggregators.................. 26
        E. Access to Customer's Premises.................... 26
        F. Locations Involving High Voltage Power........... 26
        G. Availability for Maintenance, Testing or
           Modifications.................................... 26
        H. Damage to BTS.................................... 27
        I. Loss............................................ 27
3.5. PAYMENTS AND CHARGES......................................... 28
    3.5.1.  General.............................................. 28
    3.5.2.  Application of Charges............................... 28
    3.5.3.  Payment of Charges.................................. 28
    3.5.4.  Late Payment Charge ................................ 28
    3.5.5.  Deposits............................................ 28
    3.5.5.  Notice of Discontinuance                           29
    3.5.5.  Types of Charges.................................... 29
        1. Monthly Charges....................................29.1
        2. Usage Charges................................... 29.1
        Universal Connectivity Charge....................  29.2
        Other Universal Service Charges.............   29.3
        Carrier Line Charge            .............. 29.3
    3.5.8.  Monetary Units...................................... 30
        3.5.9.     Optional Billing Arangements........................ 30
           A. Collect Calls                        30
        B. Third Number Billing                 30
    3.5.10. Gross Receipts Allotment............................ 31
    3.5.11. Other Miscellaneous Rates and Charges................ 36
        A. Property Tax Allotment               36
    3.5.12. Return Check Charge................................. 36
    3.5.13. Advance Payment                      36
    3.5.14. Collection Fees                     36
    3.5.15. Restoral of Disconnected Service                 36

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: August 9, 2001

**TARIFF F.C.C. NO. 30**
1st Revised Page 5
Cancels Original Page 5
Effective: August 10, 2001

## AT&T BUSINESS TELECOMMUNICATIONS SERVICE

## TABLE OF CONTENTS

Page

### Section 3 - *General Regulations* (continued)

3.5.16. Fractional Charges and Credits ........................... 37

   3.6.1. General............................................... 39

      A. Interruptions to Established Calls. .............. 39

      B. Wrong Numbers..................................... 39

      C. When Credit Allowances Do Not Apply.............. 39

   3.6.2. Use of Another Means of Communication................. 39

   3.7    CONNECTIONS.............................................40

   3.7.1. General............................................... 40

   3.7.2. Responsibilities of the Customer...................... 40

      A. Compatibility with BTS ............................ 40

      B. Interface Information............................. 40

      C. Interference and Hazard........................... 40

      D. Changes to BTS................................... 40

      E. Testing and Maintenance........................... 40

   3.7.3. Responsibilities of the Company....................... 41

      A. General.......................................... 41

      B. Changes in Components, Operations, or Procedures.. 41

   3.7.4. Connection to a Customer-provided Communications
      System or to Service(s) Provided by Others............ 41

      A. Answer Supervision................................ 41

      B. Minimum Protection Criteria....................... 41

      C. Customer-Provided Communications System Failures.. 41

      D. Use of Satellite Facilities...................... 41

   3.7.5. Minimum Protection Criteria........................... 42

      A. General.......................................... 42

      B. All Connections.................................. 42

      C. Direct Electrical Connections.................... 43

      D. Acoustic or Inductive Connections................ 44

   3.7.6. Recording of Two-Way Telephone Conversations.......... 44

      A. Recording Requirements........................... 44

      B. Exceptions....................................... 45

   3.7.7. Connections to Other Services Provided by the Company. 45

3.8. RATE DETERMINATION.......................................... 46

   3.8.1. Distance Measurements................................. 46

   3.8.2. Time-of-Day and Day-of-Week........................... 47

   3.8.3. *Class of Service*.................................... 47

      A. Dial Station..................................... 48

C

C

**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  August 9, 2001

**TARIFF F.C.C. NO. 30**
1st Revised Page 6
Cancels Original Page 6
Effective:  August 10, 2001

## AT&T BUSINESS TELECOMMUNICATIONS SERVICE
### TABLE OF CONTENTS

Page

### Section 3 - General Regulations (continued)

3.8.4.  Determining the Chargeable Time of a Call............. 49
3.8.5.  Determining the Applicable Rate In Effect............. 50
3.8.6.  Call Forwarding                          51
3.8.7.  International Terminations                 51
3.9.  VIOLATION OF REGULATIONS................................ 52
3.9.1.  General................................................ 52
3.9.7.  Access Arbitrage  ..................................... 53.1
3.10  DEFINITIONS............................................. 54

### Section 4 - Initial Subscription to AT&T

4.1.  GENERAL....................................................... 58
  4.1.1.  Dial Station.......................................... 58
    A.  State-to-State Dial Station Calls Billed
        To The Customer's Domestic Residential
        Telephone Account................................ 59
    A.1.  Application Of Rates........................... 59
    (a).  Distance Measurements........................ 59
    (b).  Rate Periods................................. 59
    (c).  Computing The Charge For A Call.............. 60
    (d).  Rates Applicable for Persons with
          Hearing and/or Speech Disabilities........... 60
    (e).  Rates........................................ 61
    (f).  Single Bill Fee.............................. 61
    B.  International Dial Station Calls................ 62
        General........................................ 62
    B.1.  Regulations................................... 62
    (a)  Availability of Service...................... 62
    B.2.  International Mobile Termination Charge........ 63
    B.3.  Mainland - Canada Service..................... 64
    B.4.  Mainland - Mexico Service..................... 65
    B.5.  Mainland Service To Foreign Countries or
          Areas Other Than Canada or Mexico............. 66
    B.6.  Hawaii Service to Foreign Countries or Areas.. 67
    B.7.  Puerto Rico Service to Foreign Countries
          or Areas..................................... 68
    B.8.  US Virgin Islands Service to Foreign Countries
          or Areas..................................... 69

C

**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 7

Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### TABLE OF CONTENTS

Page

### Section 5 - Casual Calling Services

5.1.  General...................................................... 71
    5.1.1.  Non-Subscriber 1010288 Service........................ 71
        A.  Internet Service Connections..................... 71
        B.  AT&T Satellite Service Calls..................... 71
5.2.  Non-Subscriber 1010288 Service................................ 72
    5.2.1.  General.............................................. 72
    5.2.2.  Calls Not Subject To Non-Subscriber 1010288 Charges... 72
    5.2.3.  Credits.............................................. 72
    5.2.4.  Availability......................................... 72
    5.2.5.  Rates and Charges.................................... 72

### Section 6 - Collect Calls Received From International Countries/Areas

6.1.  General...................................................... 74
    6.1.1.  Regulations.......................................... 74
        A.  Collect Calls.................................... 74
        B.  Availability of Service.......................... 74
6.2.  Canada - Mainland Service.................................... 75
6.3.  Mexico - Mainland Service.................................... 76
6.4.  Mainland Service from Foreign Countries or Areas other
    than Canada or Mexico........................................ 77
6.5.  Hawaii Service from Foreign Countries or Areas............... 78
6.6.  Puerto Rico Service from Foreign Countries or Areas........... 79
6.7.  US Virgin Islands Service from Foreign
    Countries or Areas........................................... 80
6.8.  Mainland Service from Foreign Countries or Areas other
    than Canada or Mexico........................................ 81
    6.8.1.  Rate Periods......................................... 81
    6.8.2.  Collect Calls Accepted............................... 87
6.9.  Hawaii Service from Foreign Countries or Areas............... 95
    6.9.1.  Rate Periods......................................... 95
    6.9.2.  Collect Calls Accepted............................... 104
6.10. Puerto Rico Service from Foreign Countries or Areas........... 112
    6.10.1. Rate Periods......................................... 112
6.11. US Virgin Islands Service from Foreign
    Countries or Areas........................................... 119
    6.11.1. Rate Periods......................................... 119
6.12. Puerto Rico and US Virgin Islands Service
    from Foreign Countries or Areas.............................. 126
    6.12.1.  Collect Calls Accepted.............................. 126

**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 8

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### TABLE OF CONTENTS

Page

**Section 7 – Global Satelite Service**
7.1. General...................................................... 134
    7.1.1. Availabilty…........................................... 134
    7.1.2. Rates and Charges.................................... 134

**Section 8 - Rate Schedules and Tables**

8.1. General...................................................... 136
8.1.1.Rate Periods................................................. 136
8.2. Domestic Dial Station Rates................................... 139
..... Non-Subscriber Service Charge................................ 140
8.3. International Dial Station Rates .............................. 142
..... Mobile Termination Charges.................................... 144
..... International Non-Subscriber Service Charge................... 148
8.4. Availabilty Customer Account Charge........................... 151
8.5. Local Exchange Company Billing Availabilty................... 151
8.6. Customer Account Charge........................................153
8.7. Collect Usage Rates Overseas to Mainland..................... 155
8.8. Collect Usage Rates Overseas to Hawaii........................ 166
8.9. Operator Handled Collect Call Service Charge Canada........... 177
    Operator Handled Collect Call Service Charge Mexico........... 178
8.10. AT&T Global Satelite Charges................................. 179
8.11. BTN Requirement Billing Capability........................... 180



**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 9

Effective: July 31, 2001

**BUSINESS TELECOMMUNICATIONS SERVICE**

**SECTION 1**

**GENERAL TARIFF INFORMATION**

EXHIBIT A

**AT&T COMMUNICATIONS** TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs Original Page 10
Bridgewater, NJ 08807
Issued: July 30, 2001 Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### HOW TO USE THIS TARIFF

**General -** This tariff contains the regulations and rates applicable to interstate and foreign Business Telecommunications Service.

BTS provides the capability for communications between two or more stations. Other BTS offerings, such as Custom Network Services, Conference Services, and AT&T MultiQuest Service are also available.

**A. Tariff Structure -** This tariff is subdivided into fourteen major sections and rate tables which describe the terms, conditions, and rates under which BTS is offered. The rates for certain services are listed in rate tables. See individual service sections and the Rate Table Check Sheet for applicable rate tables. The tariff's major sections are:

Section 1. General Tariff Information - defines the scope of this tariff.

Section 2. Application - defines the scope of this tariff.

Section 3. General Regulations - the General Regulations applicable to
        BTS.

Section 4. Initial Subscription to AT&T as Primary Long Distance Carrier

Section 5. Casual Calling Services.

Section 6. Collect Calls Received from International Countries/Areas.

Section 7. On Demand Satellite

Section 8. Rate Schedules

### B. Tariff Format

**1. Page Numbering -** Page numbers appear in the upper-right corner of the page. Pages are numbered sequentially. When a new page is added between existing pages with whole numbers, a decimal is added. For example, a new page added between pages 34 and 35 would be 34.1.

**2. Page Revision Numbers -** Revision numbers also appear in the upper- right corner of the page. These numbers are used to determine the most current page version on file with the FCC. For example, the 4th revised page 34 cancels the 3rd revised page 34. Because of deferrals, notice periods, etc., the most current page revision number on file with the FCC is not always the tariff page in effect. Consult check sheets and supplements for the page currently in effect.

**EXHIBIT A**

**AT&T COMMUNICATIONS**                                      **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                                 Original Page 11
Bridgewater, NJ  08807
Issued:  July 30, 2001                                          Effective:  July 31, 2001

### BUSINESS TELECOMMUNICATIONS SERVICE

### HOW TO USE THIS TARIFF

**B.  Tariff Format (Cont.)**

**3. Numbering Sequence -** There are nine levels of alpha-numeric coding.   Each level is subservient to its next higher level.  The following is an example of the numbering sequence used in this tariff.

    2.
    2.1.
    2.1.1.
    2.1.1.A.
    2.1.1.A.1.
    2.1.1.A.1.(a)
    2.1.1.A.1.(a)I.
    2.1.1.A.1.(a)I.(i)
    2.1.1.A.1.(a)I.(i)(1)

**4. References To Other Tariffs -** Whenever reference is made to other tariffs, the reference is to the tariffs in force as of the effective date of the reference, and to amendments thereto and successive issues thereof.

**C.  Check Sheets and Supplements**

**Check Sheets -** When a tariff filing is made with the FCC, an updated check sheet accompanies the tariff filing.

The check sheet lists the pages contained in the tariff, with a cross reference to the current revision number on file with the FCC.  When new pages are added, the check sheet is changed to reflect the revision.  All revised pages contained in a given filing are designated by an asterisk (*) on the check sheet.  A supplement put into effect is also reflected on the check sheet.

The tariff user should refer to the latest check sheet to determine if a particular page is the most current page on file with the FCC.

**D.  Supplements -** A supplement can be used to list a group of tariff pages or rate tables that are being deferred, suspended or advanced.   A supplement contains a brief explanation of the circumstances and a list of the pages involved.  It also informs the user of the disposition of these pages.  The supplements in effect are listed on the check sheet of the tariff.  When a supplement is no longer in effect, it is deleted from the subsequent check sheet.  A supplement can also be used to cancel a complete tariff.

**EXHIBIT A**

**AT&T COMMUNICATIONS**                                        **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                              Original Page 12
Bridgewater, NJ  08807
Issued:  July 30, 2001                                          Effective:  July 31, 2001

## LISTS OF CONCURRING, CONNECTING AND OTHER PARTICIPATING CARRIERS

### 1.1.2  Concurring Carriers -

Alascom, Inc.; Anchorage, AK
All America Cables and Radio, Incorporated; New York, NY
AT&T Communications of California, Inc.; San Francisco, CA
AT&T Communications of Delaware, Inc.; Philadelphia, PA
AT&T Communications of Illinois, Inc.; Springfield, IL
AT&T Communications of Indiana, Inc.; Indianapolis, IN
AT&T Communications of Maryland, Inc.; Oakton, VA
AT&T Communications of Michigan, Inc.; Lansing, MI
AT&T Communications of Nevada, Inc.; San Francisco, CA
AT&T Communications of New England, Inc.; Boston, MA
AT&T Communications of New Jersey, Inc.; Newark, NJ
AT&T Communications of New York, Inc.; New York, NY
AT&T Communications of Ohio, Inc.; Columbus, OH
AT&T Communications of Pennsylvania, Inc.; Philadelphia, PA
AT&T Communications of the Midwest, Inc.; Omaha, NE
AT&T Communications of the Mountain States, Inc.; Denver, CO
AT&T Communications of the Pacific Northwest, Inc.; San Francisco, CA
AT&T Communications of the South Central States, Inc.; Birmingham, AL
AT&T Communications of the Southern States, Inc.; Atlanta, GA
AT&T Communications of the Southwest, Inc.; Kansas City, MO
AT&T Communications of Virginia, Inc.; Oakton, VA
AT&T Communications of Washington D.C., Inc.; Oakton, VA
AT&T Communications of West Virginia, Inc.; Oakton, VA
AT&T Communications of Wisconsin, Inc.; Milwaukee, WI
AT&T Communications dba CONNECT 'N SAVE (described in Section
3.2.1.I.7.)
Cuban American Telephone and Telegraph Company; New York, NY
IDB Mobile Communications, Inc.; Rockville, MD*
ITT Communications, Inc. - Virgin Islands; New York, NY
Mobile Marine Radio; Mobile, AL
RCA Global Communications, Inc.; New York, NY

### 2.  Connecting Carriers - None

### 3.  Other Participating Carriers -

All local exchange carriers except those listed herein as Concurring
Carriers who have switched access tariffs on file under Part 69 of
the  Federal Communications Commission's Rules and Regulations.

Communications Satellite Corporation; Washington, DC
RCA Global Communications, Inc.; New York, NY

**EXHIBIT A**

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

TARIFF F.C.C. NO. 30
Original Page 13

Effective: July 31, 2001

### 1.1.3 EXPLANATION OF SYMBOLS - Coding Of Tariff Revisions

Revisions to this tariff are coded through the use of symbols. These symbols appear in the right margin of the page. The symbols and their meanings are:

R - to signify reduction.
I - to signify increase.
C - to signify changed regulation.
T - to signify a change in text but no change in rate or regulation.
S - to signify reissued matter.
M - to signify matter relocated without change.
N - to signify new rate or regulation.
D - to signify discontinued rate or regulation.
Z - to signify a correction.

Other marginal codes are used to direct the tariff reader to a footnote for specific information. Codes used for this purpose are lower case letters of the alphabet, e.g., x, y and z. These codes may appear beside the page revision number in the page header or in the right margin opposite specific text.

### 1.1.4 EXPLANATION OF ABBREVIATIONS

ACAP   - AT&T Commercial
           Affiliation Program
Addn'l - additional
Adm.   - Administrator
AGTCS - Audiographics Tele-
           conference Service
AK     - Alaska
AL     - Alabama
ANI    - Automatic Number
           Identification
AR     - Arkansas
Assn.  - Association
AT&T   - American Telephone and
           Telegraph Company
AZ     - Arizona
CA     - California
CCCS   - College Connect
           Calling Service
CCITT  - International Telegraph
           and Telephone
           Consultative Committee
CIID   - Card Issuer Identifier
CO     - Colorado
Co.    - Company
Coop.  - Cooperative
Corp.  - Corporation
CT     - Connecticut
dB     - decibel
DE     - Delaware
Dept.  - Department

DPR     - Dual Party Relay
ea.     - each
FCC     - Federal Communications
(F.C.C.)   Commission
FL      - Florida
GA      - Georgia
HI      - Hawaii
HICAP   - High Capacity
Hz      - hertz
IA      - Iowa
ID      - Idaho
IL      - Illinois
IN      - Indiana
Inc.    - Incorporated
Ind.    - Independent
kbps    - kilobits per second
kHz     - kilohertz
KS      - Kansas
KY      - Kentucky
LA      - Louisiana
LATA    - Local Access and
            Transport
BTS     - Long Distance Message
            Telecommunications
            Service
MA      - Massachusetts
MD      - Maryland

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                              Original Page 14
Bridgewater, NJ  08807
Issued:  July 30, 2001                                      Effective:  July 31, 2001

### 1.1.4  EXPLANATION OF ABBREVIATIONS (continued)

ME   - Maine
MHz  - megahertz
MI   - Michigan
MN   - Minnesota
MO   - Missouri
MS   - Mississippi
MT   - Montana
MTS  - Message Telecommuni-
       cations Service
NC   - North Carolina
ND   - North Dakota
NE   - Nebraska
NH   - New Hampshire
NJ   - New Jersey
NM   - New Mexico
No.  - Number
NPA  - Numbering Plan Area
NV   - Nevada
NY   - New York
O.L. - "Other Line"
OH   - Ohio
OK   - Oklahoma
OR   - Oregon
PA   - Pennsylvania
PBX  - Private Branch
       Exchange
PIN  - Personal Identification
       Number
PV   - Puerto Rico/U.S. Virgin
       Islands (also PR/VI)
RI   - Rhode Island
RTCS - Rate Table Check Sheet

SC   - South Carolina
TDD  - Telecommunications
       Device for the Deaf
TN   - Tennessee
TX   - Texas
U.S. - United States
UT   - Utah
V&H  - Vertical and Horizontal
VA   - Virginia
VNS  - Virtual Network Service
VT   - Vermont
WA   - Washington
WATS - Wide Area
       Telecommunications
WI   - Wisconsin
WV   - West Virginia
WY   - Wyoming

**Abbreviations and Definitions -** In the front of this tariff is a list of the abbreviations used (see Explanation of Abbreviations, page 12).  In addition, the General Regulations section contains a Definitions subsection which defines terms which have a specific meaning within the context of this tariff (see Definitions, page 44).

EXHIBIT A

**AT&T COMMUNICATIONS**                                      **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                           Original Page 15
Bridgewater, NJ  08807
Issued:  July 30, 2001                                      Effective:  July 31, 2001

**1.1.5 TRADEMARKS AND SERVICE MARKS -** The following marks, to the extent, if any, used throughout this tariff, are trademarks and service marks of the American Telephone and Telegraph Company.

| Trademarks | Service Marks |
|---|---|
| None | |
| | ALLIANCE® |
| | ASSURITY |
| | AT&T Clear Advantage |
| | AT&T CustomNet |
| | AT&T DIRECTory LINK |
| | AT&T EasyReach® |
| | AT&T INTERNATIONAL REDIAL |
| | AT&T MultiQuest® |
| | AT&T OPTIMUM |
| | AT&T PRO® |
| | AT&T SMALL BUSINESS |
| | COLLEGE CONNECT |
| | MEGACOM® |
| | OneNet® |
| | NetPROTECT |
| | REACH OUT® |
| | USADirect® |
| | UNIPLAN® |
| | WorldSource |
| | AT&T WorldPlus® |

**Location of Material -** To locate material in this tariff, refer to the Master Table of Contents on Page 2 for the page number of the Section desired.  For a more precise listing, refer to the detailed Table of Contents which starts on Page 3.

**Computation of Charges -** The charge for an BTS call is based on such factors as: (1) the distance between the rate centers of the originating (calling) and terminating (called) stations; (2) the time of day and the day of the week when the call takes place; (3) the duration of the call; (4) the class of service; and (5) Other Line charges or service charges, when applicable.  The specific factors which apply to a given BTS call are listed in the rate section applicable to the service.

EXHIBIT A

**AT&T COMMUNICATION**
**TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

Original Page 16

Effective: July 31, 2001

**BUSINESS TELECOMMUNICATIONS SERVICE**

**SECTION 2**

**APPLICATION OF TARIFF**

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                              Original Page 17
Bridgewater, NJ  08807
Issued:  July 30, 2001                                          Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE
## SECTION 2 - APPLICATION OF TARIFF

## 2.1. APPLICATION

### 2.1.1. General

**A.** This tariff contains the regulations and rates applicable to interstate and foreign (international) Business Telecommunications Service as described on the Title Page.

**2.1.2. Jurisdiction -** Jurisdiction refers to the classification of an BTS call as interstate (subject to the jurisdiction of the Federal Communications Commission) or as intrastate (subject to the jurisdiction of a state regulatory body).  Jurisdiction is a matter of law, not of Company discretion or policy, or Customer preference.  The law describing what constitutes interstate jurisdiction is the Communications Act of 1934, as amended.  The Title Page of this tariff describes the jurisdictional scope of this tariff.

**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 18

Effective:  July 31, 2001

**BUSINESS TELECOMMUNICATIONS SERVICE**

**SECTION 3**

**GENERAL REGULATIONS**

EXHIBIT A

**AT&T COMMUNICATIONS**  
Adm. Rates and Tariffs  
Bridgewater, NJ 08807  
Issued: August 1, 2001

**TARIFF F.C.C. NO. 30**  
1st Revised Page 19  
Cancels Original Page 19  
Effective: August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

## SECTION 3 - GENERAL REGULATIONS

### 3.1. UNDERTAKING OF THE COMPANY

**3.1.1. General** – Business Telecommunications Service (BTS) is furnished for the transmission of voice communications but may also be used for data, facsimile, signaling, metering, or other similar communications, subject to the transmission capabilities of the service and as specified in 3.2.2 following.

BTS is available twenty-four hours a day, seven days per week.

The Company does not transmit messages. However, BTS may be used for that purpose.

**3.1.2. Transmission Medium** - The Company selects and/or arranges for the channels and/or service components used to provide BTS. Any suitable technology or combination of technologies may be used. The Company may modify or change the channels and service components used to furnish BTS at any time subject to the regulations in 3.7.3.

**3.1.3. Provision of Customer Equipment** - Customer equipment may be used with BTS. The Company does not provide Customer equipment.

**3.1.4. Through Transmission of Signals** - The Company is responsible for the provision of BTS from station to station. It is not responsible for the quality of transmission or signaling on the Customer's side of the interface at a Customer's premises.

### 3.1.5. Availability of BTS -

#### A. Availability

**1.** Subject to compliance with C. following, where a shortage of service components exists at any time either for temporary or protracted periods, the establishment of two-point Business Telecommunications Service, provided under Sections 4 and 5 of this tariff and two-point AT&T Business Telecommunications Service, provided under Section 3.1.5 of AT&T Tariff F.C.C. No. 30, shall take precedence over all other services provided by the Company.

**2.** Service is furnished subject to the availability of the service components required. The Company will determine which of those components shall be used and make modifications to those components at its option. "Service components" shall include, but not be limited to, the existence of access and/or billing arrangements on an originating and/or terminating basis. In the absence of access arrangements between the Company and the access provider at a particular Station, a Customer may be unable to place. calls from or to the affected Station.

**B. Conditions Under Which Service is Furnished** - The Company does not undertake to bring a called party to a station who cannot be readily reached at the called station.

N  
.  
N

**C. Restoration of Service** - The use and restoration of BTS will be in accordance with Part 64, Subpart D, of the Federal Communications Commission's Rules and Regulations.

N  
.  
N

EXHIBIT A

**AT&T COMMUNICATIONS**    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs    Original Page 20
Bridgewater, NJ  08807
Issued:  July 30, 2001    Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.2.  USE

**3.2.1.  General -** BTS may be used for any lawful purpose consistent with the transmission and switching parameters of the telecommunications network.  BTS is furnished for use by the Customer but may be used by others when so authorized by the Customer, provided that all such usage shall be subject to the provisions of the tariff.

**3.2.2.  Non-Voice Transmission -** BTS may be used for non-voice transmission to points other than Mexico (except non-voice facsimile transmission may be used to Mexico).  BTS may not be used for non-voice transmission to certain other international countries or areas.

**3.2.3  Abuse and Fraudulent Use** – Service is furnished subject to the condition that there will be no abuse or fraudulent use of the service.  The Company may, immediately and upon written notice to the Customer, discontinue or suspend, or refuse to furnish any and/or all service(s) without incurring any liability if the Company deems that such action is necessary to prevent or to protect against abuse or fraud or to otherwise protect its personnel, agents, facilities, assets or services.

Except for willful misconduct, the discontinuance or suspension of service by the Company does not relieve the Customer of any obligation to pay the Company for charges due and owed for service furnished up to the time of discontinuance or suspension.

**3.2.4.  Abuse -** The abuse of BTS is prohibited.  The following activities constitute abuse:

 **A.** Using BTS to make calls which might reasonably be expected to frighten, abuse, torment, or harass another, or

 **B.**    Using BTS in such a way that it interferes unreasonably with the use of the service by others.

 **C.** Artificially stimulating calling or other usage volumes: to numbers advertised or intended for accessing information programs and services, including but not limited to chat lines or Audiotex programs ("Audiotex"); or to routing codes or international area or city codes reserved or used by the subject telecommunications administration for Audiotex; or to special routing codes or international area or city codes for which the cost of terminating switched access is higher than that incurred for terminations to other areas or city codes within the same jurisdiction; or to Multiquest 900 Service, Toll Free Service, Premium Rate Service or Personal Number Service, or other similar services where the party(ies) causing the artificial stimulation derives revenues or other financial benefit from, or is compensated based upon said calling or other usage volumes in a capacity other than as a communications carrier, or, if acting as a communications carrier, earns a surcharge or similar increment (or an entity with a common financial interest with the party stimulating the traffic earns a surcharge or similar increment) merely by virtue of the termination of calls to the subject service.  Such artificial stimulation may include, but is not limited to, use of electronic or other automatic means to generate such call volumes, or hiring of agents or contractors principally to make calls or otherwise generate usage to such numbers or types of services, but does not, without more, include advertising or promotion of Audiotex or similar programming to stimulate calling by third parties with no financial or other beneficial interest in the service or called program.

EXHIBIT A

**AT&T COMMUNICATIONS**                                      **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                              1st Revised Page 21
Bridgewater, NJ  08807                                        Cancels Original Page 21
Issued:  August 1, 2001                                     Effective:  August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.2.4.  Abuse  (cont'd)

**D.**  Using BTS in connection with Access Arbitrage.  Access Arbitrage is the practice of using BTS as [N] a substitute for terminating switched exchange access obtained from local exchange providers, for the termination of domestic calls originated over the network of another interexchange carrier (through 1+ access, special access, carrier access code dial around, or otherwise) or routed through a call processing system (such as a prepaid card, calling card, or teleconferencing platform); provided that (1) the percentage of High Cost minutes routed to AT&T using BTS is more than 11.1%, or (2) calls are segregated within the other interexchange carriers' network or the call processing system and the calls with higher termination costs are systematically routed to AT&T.

If AT&T reasonably suspects that BTS is being used in connection with Access Arbitrage, the Customer will permit AT&T to inspect the premises from which the calls originate (as reflected in AT&T's records) and will cooperate reasonably with AT&T's efforts to investigate the manner in which calls are being routed to AT&T.

For purposes of this provision:

**1.**  High Cost Calls are calls that terminate at numbers for which the terminating switched exchange access cost per minute exceeds $0.025 (or the benchmark rate for Competitive Local Exchange Carrier's interstate switched exchange access services established by the Commission, if lower than $0.025)

**2.**  The terminating switched exchange access cost per minute will be the sum of the per minute charges imposed by the terminating Local Exchange Carrier, plus the prorated portion of all other charges imposed by the terminating Local Exchange Carrier for terminating switched exchange access, expressed on a cost per minute basis.

**3.**  If the percentage of High Cost minutes routed to AT&T using BTS is more than the percentage set forth above, and AT&T's investigation shows that any such calls are originated over the network of another interexchange carrier or routed through a call processing system, then all such calls will be presumed to be Access Arbitrage.

### 3.2.5.  Fraudulent Use - The fraudulent use of, or the intended or attempted fraudulent use of, BTS is prohibited.  The following activities constitute fraudulent use: [N]

**A.**  Using BTS to transmit a message, locate a person, or otherwise give or obtain information, without payment for the service,

**EXHIBIT A**

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  August 1, 2001

TARIFF F.C.C. NO. 30
Original Page 21.1

Effective:  August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.2.5. Fraudulent Use  (cont'd)

**B.** Using or attempting to use BTS with the intent to avoid the payment, either in whole or in part, of    M
any of the Company's tariffed charges by:                                                                      .

**1.** Rearranging, tampering with, or making connections not authorized by this tariff to any service
components used to furnish BTS, or

**2.** Using fraudulent means or devices, tricks, schemes, false or invalid numbers, false representation,
false credit devices, or electronic devices.

**C.** 800 callers using BTS with the intent of gaining access to a BTS Customer's outbound calling
capabilities on an unauthorized basis.

**D.** Using fraudulent means or devices, tricks, schemes, false or *invalid numbers, false*
*representation*, false credit devices or electronic devices to defraud or mislead callers.

**E.** Refusing to provide, or providing false information to the Company regarding the Customer's
*identity, address, credit worthiness,* current or past use of telecommunications services or its planned
use of the Company's service.

**F.** Refusing to provide payment, or security for the payment for service(s), advance payments or    .
deposits as specified in this tariff.                                                                    M

**G.**                                                                                                    D
                                                                                                         .

                                                                                                         .
                                                                                                         D

Certain material on this page formerly appeared on Page 21.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 22

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**3.2.6. Use of AT&T Marks** – When BTS is resold, neither the Customer nor any other reseller or intermediary in the sales chain between the Customer and an end user may make any use (including but not limited to use in advertising, promotional materials, Internet or other on-line website, stationery, business cards, billing material or signage) of AT&T's name, logo, trademarks and service marks (registered and unregistered), trade dress or other symbols that serve to identify and distinguish AT&T from its competitors ("AT&T's Marks"), or of any confusingly similar name, logo, trademarks and service marks (registered and unregistered), trade dress or other symbols, except that a reseller may:

**A.** use AT&T's Marks in comparative advertising solely to identify AT&T as a competitor, or to identify AT&T's competing services, provided such use is not made in a factually incorrect or misleading context or in a manner that is likely to cause confusion or mistake, or to deceive or to identify AT&T as an underlying provider of the reseller's service;

**B.** use AT&T's Marks pursuant to the terms of a separate written brand licensing agreement;

**C.** use AT&T's name to the extent it is specifically required by statute, regulation or other government requirement to do so, and;

**D.** indicate, in response to an unsolicited inquiry from an end user (including a prospective end user), that it uses AT&T as its underlying carrier, provided the reseller also:

1. advises the end user that a portion of its service will be provided using reseller's own switching or transmission facilities (if applicable);

2. identifies any other long distance providers the reseller uses in providing service to the end user;

3. advises the end user it will not be an AT&T Customer for the resold service, and;

4. does not emphasize AT&T's name more than either its own name or that of any other long distance provider the reseller uses.

For purposes of this provision, BTS is resold if the Customer (or any other reseller or intermediary in the sales chain between the Customer and an end user) uses BTS to reoffer telecommunications service to others (with or without "adding value") for profit.

EXHIBIT A

AT&T COMMUNICATIONS                                    TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                      Original Page 23
Bridgewater, NJ 08807
Issued:  July 30, 2001                                   Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.3. RESPONSIBILITIES OF THE COMPANY

#### 3.3.1. Liability

**A.** The Company's liability, if any, for its willful misconduct is not limited by this tariff.  With respect to any other claim or suit, by a Customer or by any others, for damages associated with the installation, provision, termination, maintenance, repair or restoration of BTS, and subject to the provisions of B. through H. following, the Company's liability, if any, shall not exceed an amount equal to the initial period charge provided for under this tariff for the BTS call for the period during which the call was affected.  This liability for damages shall be in addition to any amounts that may otherwise be due the Customer under this tariff as a credit allowance (see Credit Allowances for Interruptions, Section 3.6.).

**B.** The Company is not liable for damages associated with service, channels, or equipment which it does not furnish.

**C.** The Company is not liable for damages to a premises resulting from the furnishing of BTS, including the installation and removal of equipment and associated wiring, unless the damage is caused by the Company's negligence.

**D.** The Company shall be indemnified, defended, and held harmless by the Customer and User against all claims, losses, or damages arising from the use of BTS furnished pursuant to this tariff, involving:

**1.** Claims for libel, slander, invasion of privacy, or infringement of copyright arising from any communication;

**2.** Claims for patent infringement arising from combining or using BTS furnished by the Company in connection with facilities or equipment furnished by others; or

**3.** All other claims arising out of any act or omission of others relating to BTS provided pursuant to this tariff.

**E.** The Company does not guarantee or make any warranty with respect to BTS when used in an explosive atmosphere.  The Company shall be indemnified, defended, and held harmless by the Customer and User against all claims, losses or damages by any person relating to BTS provided pursuant to this tariff when used in an explosive atmosphere.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                          Original Page 24
Bridgewater, NJ  08807
Issued:  July 30, 2001                                    Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.3.1.  Liability (continued)

**F.** No license under patents (other than the limited license to use) is granted by the Company or shall be implied or arise by estoppel, with respect to any service offered under this tariff.  The Company will defend the Customer and User against claims of patent infringement arising solely from the use by the Customer or User of BTS offered under this tariff and will indemnify such Customer or User for any damages awarded based solely on such claims.

**G.** The Company's failure to provide or maintain service under this tariff shall be excused by labor difficulties, governmental orders, civil commotions, acts of God, and other circumstances beyond the Company's reasonable control, subject to the Credit Allowances for Interruptions provisions of this tariff.

**H.** The applicable terms, rates and conditions specified in this tariff constitute the only agreement between the parties with respect to the service(s) to which the Customer has subscribed.  Statements (whether written or oral) may have been made about the service(s) specified in this tariff.  Such statements, however, do not constitute warranties, shall not be relied upon by the Customer and are not part of the parties' relationship.   All prior agreements, proposals, representations or understandings concerning the service(s) are also deemed superseded upon
the Customer's subscription.   The applicable tariff sections constitute the complete and exclusive expression of the parties' relationship.  These
tariff provisions may only be modified by: (1) a subsequent tariff filing; or (2) a written agreement, signed by an authorized Company representative, which identifies both the tariff provision being modified or superseded, if
applicable, and the specific nature of the change.

All implied warranties, including the implied warranty of merchantability, are disclaimed.  The Company does not warrant that the service(s) are fit for any particular purpose of the Customer.  The Company makes no warranties with respect to the service(s) other than that the service(s) will conform to the description contained in this tariff.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

TARIFF F.C.C. NO. 30
Original Page 25

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

## 3.4. RESPONSIBILITIES OF THE CUSTOMER

**3.4.1. General -** The Customer's general responsibilities are described in this section. When Customer equipment or a Customer-provided communications system is connected to BTS, the Customer assumes additional responsibilities that are described in the Connections section of this tariff (see Connections, Section 3.7.).

**A. Placement of Orders, Payment of Bills and Compliance with     Regulations -** The Customer is responsible for placing any necessary orders and complying with tariff regulations for BTS and for assuring that its Users comply with tariff regulations. The Customer is also responsible for the payment of bills for BTS. This includes payment for BTS calls or services:

- Originated at the Customer's number(s),
- Accepted at the Customer's number(s) (e.g., Collect Calls),
- Billed to the Customer's number via Third Number Billing if the
  Customer is found to be responsible for such call or service,
  or the use of a Company-assigned
  Special Billing Number, and
- Incurred at the specific request of the Customer.

The Customer may appoint an agent to act on its behalf, as specified in B. following.

**1. Information the Customer Must Provide -** When a Customer places an order for BTS, the following information must be provided:

- The Customer contact name, telephone number, and address at each
  premises where installation will be made, and

- The Customer's billing name and address.

**2. Automatic Number Identification/Charge Number Service -** Customers who obtain a caller's Billing Number through Automatic Number Identification or Charge Number Service must comply with the following regulations adopted by the Federal Communications Commission:

- Customers are permitted to use the caller's telephone number and billing information for billing and collection, routing, screening and completion of the originating call or transaction, or for services directly related to the originating call or transaction;

- Customers are prohibited from reusing or selling the telephone number or billing information without 1) first notifying the originating caller and 2) obtaining the affirmative consent of such caller for such reuse or sale; and

- Customers are prohibited from disclosing, except as permitted by 1) and 2), above, any information derived from the Billing Number Service for any purpose other than: 1) performing the services or transactions that are the subject of the originating caller's call, 2) ensuring network performance security and the effectiveness of call delivery, 3) compiling, using and disclosing aggregate information, and 4) complying with applicable law or legal process.

EXHIBIT A

**AT&T COMMUNICATIONS**                                  **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                       2nd Revised Page 26
Bridgewater, NJ 08807                                  Cancels 1st Revised Page 26
Issued: September 28, 2001                                Effective: Octber 1, 2001

## 3.4. Responsibilities of the Customer (continued)

**5. Proof of Authorization for Carrier Change -** A Customer that is a telecommunications carrier (or that is acting on behalf of a telecommunications carrier) may not submit an order that will result in a change in a telecommunications subscriber's Primary Interexchange Carrier (PIC) (including PIC changes that do not involve CIC changes) unless it first has obtained authorization from the subscriber, in compliance with any applicable FCC rules and without misleading the subscriber as to the identity of the carrier soliciting the carrier change or the relationship of that carrier to the Company. A Customer that submits such a carrier change order shall provide to the Company adequate proof of authorization and compliance within fifteen days after the Company makes a written request therefor.

**B. Agency Agreement -** The Company will accept orders from an agent appointed by the Customer. An agency appointment must be sent to the Company in writing. If directed by the Customer, the bill for BTS will be sent to the agent. The bill will be issued in the name of the Customer, in care of the agent.

The Customer retains responsibility for compliance with tariff regulations and any act or omission of the agent, regardless of any limitations the Customer may place on the agent's authority.

## C. Establishing Identity

**1.** The calling party is responsible for establishing its identity as often as necessary during the course of a call.

**2.** The calling party assumes full responsibility for identifying the station, party, or person with whom connection is made at the called number or numbers.

**D.**                                                                    D
                                                                          .



                                                                          .
                                                                          D

Certain material previously found on this page can now be found on Page 26.2.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  September 28, 2001

**TARIFF F.C.C. NO. 30**
1st Revised Page 26.1
Cancels Original Page 26.1
Effective:  October 1, 2001

** All material on this page has been deleted. **

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                          Original Page 26.2
Bridgewater, NJ  08807
Issued: August 1, 2001                                    Effective:  August 2, 2001

## 3.4.  Responsibilities of the Customer (continued

**E.  Floor Space, Conduit and Electrical Power at a Customer's        Premises -** The    M
Customer must provide any equipment space, supporting structure, conduit and electrical power    .
required to terminate BTS at a premises without charge to the Company.  The space, structure,
conduit and power must be made available in sufficient time to permit the installation of BTS to be
completed prior to its due date.  Selection of ac or dc power will be a matter of mutual agreement
between the Customer and the Company.

**F.  Access to Customer's Premises -** The Customer is responsible for arranging premises
access at any reasonable time so that Company personnel may install, repair, maintain, inspect or
remove BTS components.  Premises access must be made available at a time mutually agreeable to
the Customer and Company.

**G.  Locations Involving High Voltage Power -** When a Customer orders BTS installed at a
location where high voltage power is present, the Customer shall:

**1.** Install, maintain and pay for any special facilities and protective apparatus required by federal,
state or local regulations.

**2.** Pay for protective apparatus recommended for the location by the Company.

**H.  Availability for Maintenance, Testing or Modifications -** The Customer must make BTS
available for maintenance, testing, or implementation of changes it has ordered, at any reasonable,
mutually agreeable time.  Occasionally an impairment may only be evident at certain times (e.g., a
certain hour of the day).  In such cases, BTS must be made available for testing during the same time
periods if the trouble condition is to be corrected.

                                                                                            .
                                                                                            M

Certain material on this page formerly appeared on Page 26.

EXHIBIT A

**AT&T COMMUNICATIONS**                                              **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                                        Original Page 27
Bridgewater, NJ  08807
Issued:  July 30, 2001                                                  Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.4. Responsibilities of the Customer (continued)

**H.  Damage to BTS -** The Customer must pay the Company for replacement or repair of any BTS component(s) when damage results from:

- The negligence or willful act of the Customer or others,
- Improper use of BTS, or
- Any use of equipment or systems provided by the Customer or others.

After receipt of payment for the damages, the Company will cooperate with the Customer in its claim against any third party causing the damage.

**I.  Loss -** The Customer must pay for the loss through theft of any Company-provided equipment installed at a Customer's premises.

EXHIBIT A

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: August 1, 2001

TARIFF F.C.C. NO. 30
1st Revised Page 28
Cancels Original Page 28
Effective: August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

## 3.5. PAYMENTS AND CHARGES

**3.5.1. General -** The charges for a BTS call are applied on a per call basis. Applicable charges are contained in Section 8. of this tariff.

**3.5.2. Application of Charges -** The rates and charges that are in effect in this tariff when BTS is furnished are the rates and charges used to determine the Customer's bill.

**3.5.3. Payment of Charges -** Payment for BTS is due upon presentation of the bill, or upon N presentation of an estimated bill (based on actual BTS usage already incurred in the current billing month) at such earlier time as specified in Sections 3.5.3.B. and 3.5.3.H., following. AT&T may bill Customers on other than a monthly basis (e.g., every other month, every third month) unless a Customer requests monthly billing. In no case will AT&T issue bills less frequently than once every three months. BTS may be denied for nonpayment of a bill (see Violation of Regulations, Section 3.9.3.) or for non-payment of other AT&T services. In addition, the following payment provisions are also applicable to BTS.

**A.** AT&T may bill low usage Customers every other month unless a Customer billed in such a manner requests monthly billing. Low usage Customers are those who have consistently demonstrated an average monthly total AT&T BTS usage bill which does not exceed $10.00. In month(s) when BTS charges exceed a pre-determined amount, a monthly bill will be issued. The pre-determined amount may vary by state and will not exceed $25.00.

**B.** If the Company has reason to believe at any time after the presentation of an BTS bill or an estimated bill, based on objective information, that a Customer may not be able to pay its BTS charges, the Company may require, upon written notice, that the Customer pay its bill or estimated bill, in full or installments, within a specified number of days and to make such payments in cash or the equivalent of cash. If the Customer refuses to make such payments, the Company may, immediately and upon written notice to the Customer and without incurring any liability except for willful misconduct, restrict, suspend, or discontinue providing the service.

**C.** The Company may refuse to provide or to continue to furnish BTS service to a Customer or its affiliate if the Customer or its affiliate owes the Company for tariffed telecommunications services or wireless services provided to the Customer or its affiliate. If the Company determines, at any time after a BTS account for a Customer or its affiliate has been discontinued for either non-payment of tariffed charges or any other breach of its tariffed obligations, that the Customer or its affiliate has established a new BTS account without having first resolved the prior breach, the Company may, immediately and upon written notice to the Customer and without incurring any liability except for willful misconduct, restrict, suspend, or discontinue providing the new service.

Certain material previously found on this page can now be found on Page 28.3.

N

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: August 1, 2001

**TARIFF F.C.C. NO. 30**
Original Page 28.1

Effective: August 2, 2001

** All material on this page is new. **

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5. PAYMENTS AND CHARGES

**D.** If a Customer does not provide the Company with written notice of a dispute with respect to BTS charges within six months from the date the bill was first presented to the Customer for payment, such charges shall be deemed to be correct and binding on the Customer.

**E.** In the event the Company incurs fees and expenses, including attorney's fees, in collecting or attempting to collect, any charges owed by the Customer, the Customer shall be liable to the Company for the payment of all such fees and expenses incurred.

**F.** If a Customer subscribes to multiple BTS accounts, the Company will not transfer, except to resolve a misapplied or excessive Customer payment, the amount of any credits or credit balance applicable to one BTS account in order: (1) to resolve in whole or in part, a delinquent balance on any other of the same Customer's BTS account(s); (2) to post a required deposit to establish or maintain the same Customer's BTS account; or (3) to apply such credit to a Customer's BTS account that was established within two calendar months of the same Customer's request for such a credit transfer.

**G.** Unless otherwise specified in this tariff regarding a specific credit for which a Customer may be eligible or to resolve a misapplied or excessive Customer payment, no credits provided by the Company to an BTS account shall be redeemed, in whole or in part, for cash.

EXHIBIT A

**AT&T COMMUNICATIONS**                                   **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                      Original Page 28.2
Bridgewater, NJ  08807
Issued:  August 1, 2001                                    Effective:  August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5. PAYMENTS AND CHARGES (Continued)

**\*\* All material on this page is new. \*\***

**H.** If the Company has reason to believe that a Customer may not be able to pay its BTS charges because of (1) a proven history of late payments to the Company by either the Customer or an affiliate of the Customer; (2) financial history which is not a matter of public record; or (3) other objective information, the Company may, at its option, require the Customer to provide an advance payment of estimated monthly BTS charges before BTS service is established or, upon reasonable notice, at a later date in connection with existing service. Such advance payment shall be an amount equal to the Customer's estimated monthly usage BTS charges. This payment shall be increased and/or continued, as necessary, so that an amount equal to an estimated month's advance payment remains posted on the account after each month's BTS charges are assessed. If the Customer fails to make such payments, the Company may, immediately and upon written notice to the Customer and without incurring any liability except for willful misconduct, restrict, suspend, or discontinue providing the service.

**3.5.4.  Late Payment Charge -** Subject to billing and systems availability, when a bill or estimated bill for BTS charges is presented to the Customer, any amounts for which payment has not been received within 30 calendar days of the invoice date will be considered delinquent. The Customer shall be assessed a Late Payment Charge on any delinquent account balance, when that balance exceeds $25.00. The minimum Late Payment Charge is $5.00. The period subject to the Late Payment Charge shall commence on the 31st calendar day after the invoice date, and continue from month to month until the delinquent balance is resolved. The Late Payment Charge shall be assessed monthly, based on the delinquent balance maintained on the account at that time. The Late Payment Charge shall be an amount equal to the outstanding delinquent balance multiplied by the applicable interest rate. The applicable interest rate shall be 18% annually, simple interest (1.5% per month, simple interest) unless an applicable law or regulation specifies a lower rate to be charged, and that lower rate shall then apply. The Customer shall not be charged a Late Payment Charge on a delinquent balance, however, if an applicable law or regulation prohibits the imposition of such charges.

In the event a Customer disputes, in good faith, the validity of any BTS charges appearing on its invoice, as specified in Section 3.5.3.D. preceding, the amount of these disputed charges will be excluded from the total delinquent balance while the dispute is pending. If the Company sustains the charges after investigating the dispute, the applicable Late Payment Charge will apply and shall be deemed correct and binding on the Customer. If, alternately, the Company credits the charges after investigating the dispute, the Late Payment Charge will not apply.

When a local exchange company provides the billing function on behalf of the Company, the local exchange company's local exchange service late payment charge applies. Late payment charges do not apply until after the due date of the bill on which the usage charges first appear.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                        Original Page 28.3
Bridgewater, NJ  08807
Issued: August 1, 2001                                    Effective:  August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.  PAYMENTS AND CHARGES (Continued)

**3.5.5.  Deposits -** The following deposit provisions are applicable to BTS:                M
.

 **A.** The Company may require a deposit to guarantee payment of bills for services rendered if the Company establishes that the Customer or applicant (1) has an unsatisfactory credit rating, or (2) has an insufficient credit history upon which a credit rating may be based, or (3) has illegally or without appropriate authorization used or interfered with the service of the Company within the last five (5) years, or (4) is determined by the Company to be high risk due to past, or current, delinquencies.

The fact that a deposit has been made in no way relieves the Customer or applicant from complying with the Companies regulations as to the payment of bills. Service may be denied or discontinued for failure to furnish a deposit. When a deposit is required in connection with existing service, the deposit shall be paid within the period specified by the Company, which shall be a minimum of 10 days after the date of the deposit notification.  If the Customer refuses to pay a deposit required under this Section, the Company may refuse to provide new service, or restrict or deny existing service for which the deposit is required.  If as a result of a Customer's refusal to pay such a deposit, the existing service is ultimately disconnected, the Customer shall be liable for all applicable termination charges. In lieu of a cash deposit, the Company will accept as a deposit or as a portion of the deposit amount, irrevocable and commercially sound Bank Letters of Credit, Surety Bonds, pledges of assets as security under the Uniform Commercial Code or similar statutes, or Guarantees, or any combination of cash and these instruments.

To determine the financial responsibility of a Customer and/or the specific amount of any deposit required, AT&T will rely upon commercially reasonable factors to assess and manage the risk of non-payment.  These factors may include, but are not limited to, payment history for telecommunications service, the number of years in business, history of service with AT&T, bankruptcy history, current account treatment status, financial statement analysis, and commercial credit bureau rating

 **1.  Deposit Amount -** The deposit for BTS will not exceed an amount equal to the estimated nonrecurring charges and three times the estimated average monthly usage charges and/or the monthly recurring charges.

 **2.  Interest on a Cash Deposit -** Interest will be paid to a Customer for the period that a cash deposit is held by the Company.  The interest rate used will be simple interest at the rate of six percent annually unless a different rate has been established by the appropriate legal authority in the state where the BTS offering is located.

.
M

Certain material on this page formerly appeared on Page 28.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: August 1, 2001

**TARIFF F.C.C. NO. 30**
1st Revised Page 29
Cancels Original Page 29
Effective: August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.5.A. Deposits (continued)

**3. Return of a Deposit** - Deposits received from Customers who have made nondelinquent payments of undisputed bills for service over a period of twelve (12) consecutive billing months shall be returned to the Customer. At such time as service is terminated, the amount of the deposit is credited to the Customer's account and any credit balance, which may remain, is refunded.

**B.** When a local exchange company provides the billing function on behalf of the Company, the local exchange company's local exchange service deposit regulation will apply. Interest on the cash deposit and return of the deposit will also be as specified in the local exchange company's local exchange service deposit regulation.

**C. Refusal or Failure to Furnish Security** - If, as a result of a Customer's refusal to comply with Sections 3.5.3.B., 3.5.3.H., or 3.5.5.  the service is ultimately disconnected by AT&T, the Customer shall be liable for all applicable charges.

**D. Establishment of BTS Usage Limits** - After the Company has made a request to the Customer for a payment (actual or estimated) or a deposit, pursuant to Sections 3.5.3.B., 3.5.3.H., or 3.5.5., the Company may, at its option, establish commercially reasonable usage limits for applicants for BTS service or existing Customers.  This usage limit may be increased or decreased by the Company as it deems necessary in light of changing Customer circumstances.  If the Customer exceeds such limits, the Company may immediately and upon written notice to the Customer and without incurring any liability except for willful misconduct, restrict, suspend, or discontinue providing the service.

**E. Application of Deposit to Other Services** – If a Customer posts a deposit to secure the payment of BTS charges and the Company possesses such a deposit, the Company may, at its option and with reasonable advance written notice to the Customer, apply the proceeds of that deposit to resolve the outstanding delinquent balance on another AT&T service.  If, however, the Customer maintains an outstanding delinquent balance on multiple AT&T services, the proceeds of the deposit shall be applied to resolve the outstanding delinquent balances on BTS services first.  After such proceeds are applied, the Customer shall remain obligated to post additional security and/or replenish the dollar amount of the deposit consistent with the requirements of this tariff.

**3.5.6.  Notice of Discontinuance** - AT&T requires notice when BTS is to be discontinued.  Discontinuance will be effective as of the date AT&T is notified that the Customer is no longer subscribed to AT&T.

**3.5.7. Types of Charges** -  The following usage charges and applicable per call service charges are associated with BTS.

Certain material previously found on this page can now be found on Page 29.1.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  May 31, 2002

**TARIFF F.C.C. NO. 30**
1st Revised Page 29.1
Cancels Original Page 29.1
Effective:  June 01, 2002

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.7.A.  Types of Charges (continued)                                T

**A. Recurring Charges -** Recurring charges are incurred on a monthly or per unit of use basis, as specified for each BTS offering.

**1. Monthly Charge -** A flat charge applies for each month in which service is furnished and is prorated for a fractional month of service. Monthly charges start on the day after the service is installed, but not before the due date of the order unless the Customer agrees to an earlier installation.  Charges accrue through and include the day that service is discontinued.  Monthly charges are billed in advance, except where prohibited by law.  When the billing date and the date that the service is started, changed, or discontinued do not coincide, the charges will be adjusted to reflect the fractional part of the month involved (see Fractional Charges and Credits, Section 3.5.18.).  For billing purposes, each month is considered to have 30 days.

**2. Usage Charge -** Usage charges are stated as a function of, and vary with, use (e.g., per connection or per unit of time).  Usage charges are billed in arrears.

**B. Nonrecurring Charges -** A nonrecurring charge applies for each activity, such as an installation or a change, ordered by the Customer and performed by the Company.  Charges may differ according to the work activity involved, as specified for each BTS offering.

**1. Installation Charge -** A fixed charge per unit applies when certain BTS components are furnished.

**2. Service Ordering Charge -** A fixed charge applies for receiving, recording and processing a Customer order for installation, move, or record change related to BTS.  The service ordering charge varies according to the type of activity involved.  When an order contains more than one activity, the highest service ordering charge will apply.

**C. Miscellaneous Rates and Charges -** AT&T may adjust its rates and charges or impose additional rates and charges on its Customers in order to recover amounts that it, either directly or indirectly, pays to or is required by governmental or quasi-governmental authorities to collect from others to support statutory or regulatory programs, plus associated administrative costs.  Examples of such programs include, but are not limited to, the Universal Service Fund, the Primary Interexchange Carrier Charge, and compensation to payphone service providers for the use of their payphones to access AT&T service.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  March 31, 2003

**TARIFF F.C.C. NO. 30**
4th Revised Page 29.2
Cancels 3rd Revised Page 29.2
Effective:  April 1, 2003

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.7.C. Miscellaneous Rates and Charges (continued)

**1. Universal Connectivity Charge -** Services provided pursuant to
this tariff (not including the exempt Services listed below) are subject to an undiscountable monthly C
Universal Connectivity Charge. The Universal Connectivity Charge ("UCC")  will be applied as a  ·
percentage against the Customer's total net interstate and international charges, after application of all
applicable discounts and credits. With respect to charges billed on or after April 1, 2003 the UCC
percentage will be equal to (subject to rounding) the quarterly Universal Service Fund contribution
factor established by the Federal Communications Commission and in effect for that bill period.  The
applicable     quarterly     contribution     factor     can     be     found     at
http://www.fcc.gov/wcb/universal_service/quarter.html
                                                                                              ·
                                                                                              C
This  change  is  required  by  the  Federal  Communications  Commission  in  a  December  13,  2002  N
decision.  In that decision the FCC allows a carrier to recover its Universal Service Fund assessment  ·
payments directly from its customers in a separate line item at a rate which does not exceed the
applicable USF contribution factor paid by the carrier.  The Federal Communications Commission
specifies, on a quarterly basis, what the Universal Service Fund contribution factor  will be and the
FCC may change the factor on less than 14 days notice.
                                                                                              ·
                                                                                              N
**(a)** AT&T will waive the Universal Connectivity Charge with respect to specifically identified AT&T
charges to the extent that the Customer demonstrates to AT&T's reasonable satisfaction that:

**I.** the Customer either, (a) has filed a Universal Service Worksheet with the Universal Service
Administrator covering the twelfth month prior to the month for which the Customer seeks the waiver
(i.e., to be eligible for a waiver in February 2001, the Customer must have filed a Universal Service
Worksheet with the Universal Service Administrator covering February 2000), or (b) was not required  C
to file a Universal Service Worksheet covering such period, either because it was not then providing
telecommunications services or because it was then subject to the FCC's de minimis exception to the  C
filing requirement;
                                                                                              C
**II.** the charges with respect to which the waiver is sought are for services purchased by Customer
for resale; and

**III.** the Customer either (a) will file a Universal Service Worksheet with the Universal Service
Administrator in which the reported billed revenues will include all billed revenues associated with the
Customer's resale of services purchased from AT&T for the period during which the waiver is sought
or (b) will not be required to file a Universal Service Worksheet covering such period, because it will
be subject to the FCC's de minimis exeption to the filing requirement.
                                                                                              C

*Material formerly appearing on this page now appears on Page 29.3.*

**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  December 29, 2006

**TARIFF F.C.C. NO. 30**
12th Revised Page 29.3
Cancels 11th Revised Page 29.3
Effective: January 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.7.C.  Miscellaneous Rates and Charges (continued)

**(b)** The Universal Connectivity Charge will <u>not</u> be waived with respect to:

I.  charges for services purchased by Customer for its own use as an end user; or

II.  charges for which the bill date is on, prior to, or within thirty days after, the date on which the Customer applies for a waiver with respect to those charges; or

III.  charges for services resold by the Customer, if the Customer (or another provider that buys services directly or indirectly from the Customer)is not subject to direct universal service contribution requirements.

The following are exempt Services, and are not subject to the Universal Connectivity Charge in this tariff: AT&T SDN Direct World Connect Service, AT&T SDN OneNet NRA Overseas Expanded, AT&T UNIPLAN Service ORPOs Direct World Connect, AT&T Commercial Direct World Connect Service, and AT&T Busniess Network Direct Service, only for international calls that both originate and terminate in foreign points.

In the case for Customers who are billed by a Local Exchange Company other than AT&T, AT&T may, at its option, mark up the charge of a particular call to account for the Universal Connectivity Charge in lieu of having the Universal Connectivity Charge assessed as a separate line item on the bill.

### 2.  Other Universal Service Charges

**(a)**

**(b)  South Carolina Universal Service Charge** - Services provided pursuant to this Tariff are subject to an undiscountable monthly South Carolina Universal Service Charge.  Subject to billing system availability, this Charge will be applied as a percentage of the Customer's total net interstate and international monthly recurring and usage-based charges for
calls that are billed within the state of South Carolina, after application of all applicable discounts and credits.  For Customer invoices beginning December 1, 2006, the South Carolina Universal Service Charge is 3.45% of applicable charges.

(I)(C)



EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  January 31, 2005

**TARIFF F.C.C. NO. 30**
10th Revised Page 29.4
Cancels 9th Revised Page 29.4
Effective: February 1, 2005

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.7.C.  Miscellaneous Rates and Charges (continued)

**3. Carrier Line Charge -** Customers who either presubscribe to or generate usage on outbound services provided pursuant to this Tariff are subject to an undiscountable Carrier Line Charge (CLC) which is a monthly recurring charge.  The Carrier Line Charge will be applied subject to billing availability.

| | | |
|---|---|---|
| $3.95 | per single-line, | |
| $3.95 | per multi-line, | (I) |
| $0.10 | per Centrex Line, | (I) |
| $0.00 | per LEC-provided BRI line, and | |
| $0.00 | per switched access LEC-provided PRI line | |

**4. Administrative Expense Fee -** Services provided pursuant to this tariff are subject to an undiscountable monthly Administration Expense Fee.  The Administrative Expense Fee is 0.74% of the Customer's total net interstate and international charges, after application of all applicable discounts and credits with respect to charges billed on or after April 1, 2003.

The Administrative Expense Fee recovers a portion of AT&T's internal costs associated with the Federal Communications Commission's Universal Service Fund.  Prior to April 1, 2003, these internal costs were recovered as part of AT&T's Universal Connectivity Charge ("UCC").  As a result of a Decision by the FCC on December 13, 2002, beginning on April 1, 2003 carriers who want to collect this type of expense as a line item charge must do so through a line item separate from that used for recovery of actual USF assessments.

AT&T will waive the Administrative Expense Fee with respect to specifically identified AT&T charges to the extent that the Customer demonstrates to AT&T's reasonable satisfaction that they have met the requirements to be exempt from the Universal Connectivity Charge.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: June 29, 2007

TARIFF F.C.C. NO. 30
2nd Revised Page 30
Cancels 1st Revised Page 30
Effective: July 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.8 Monetary Units                                      M

**A.** For BTS from foreign countries or areas, including ships or aircraft, to stations in the United States, M when the charges to Customers are made by a company or administration not subject to the Communications Act of 1934, as amended, the following conditions apply:

**1.** For service from foreign countries or areas, the charges are quoted in the currency of the country or area involved.

**2.** For service from ships of United States registry, the charges from this tariff are quoted in United States dollars.

**3.** For service from ships of foreign registry, the charges from this tariff are quoted in United States dollars or are converted to the currency of the country of ship registry at the current rate of exchange with respect to United States dollars.

**B.** When this Company bills the charges for BTS from foreign countries or areas including ships or aircraft, to stations in the United States, the charges from this tariff, plus charges of foreign administrations and Ship Station Charges, if any, in United States dollars, apply to all calls.

M

### 3.5. PAYMENTS AND CHARGES (continued)

**3.5.9. Optional Billing Arrangements -** When a BTS call is not billed to the calling station, the Company offers certain billing options depending on the type of call. These options are:

**A. Collect Calls -** This option allows a call to be billed to the called station, if the charges are accepted by the called party, station, or number. Collect calls cover by this tariff are limited to BTS Collect calls received from international countries/areas that are billed to the Customer's telephone account as specified in Section 6.1 following.

**B. Third Number Billing\* -** This option allows a call to be billed to a telephone number identified with a station other than the calling or called one. Charges to be billed to a third number are subject to verification by the Company that they will be accepted at the third number, prior to completion of the call. Other efforts may be undertaken subsequently by the Company, as necessary, to determine responsibility for payment of such calls. Third Number Billed Calls are not permitted to be billed to stations located in CNMI, Guam, or American Samoa.

C

\*Information regarding rates and regulations for state-to-state and international
         Third Number Billed calls and Collect calls not covered by this tariff
         are contained in AT&T's BUSINESS Service Agreement. Such information
         along   with   the   AT&T's   Service   Guides   can   be   viewed   at
         www.att.com/serviceguide/

Certain material on this page formerly appeared on Page 29.

EXHIBIT A

AT&T COMMUNICATIONS                                    TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                      10th Revised Page 31
Bridgewater, NJ  08807                                   Cancels 9th Revised Page 31
Issued:  May 31, 2007                                      Effective:  June 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.  PAYMENTS AND CHARGES (continued)

**3.5.10.  Gross Receipts Allotment** When utility or telecommunications assessments, franchise fees, privilege, license, occupational, excise, or other similar taxes or fees, based on interstate receipts or assets are imposed by certain taxing jurisdictions upon the Company or upon local exchange companies and passed on to the Company through or with interstate access charges, the amounts of such taxes or fees will be billed to Customers in such a taxing jurisdiction on a prorated basis.  The amount of charge that is prorated to each Customer's bill is determined by the interstate telecommunications services provided to and billed to a Customer service location in such a taxing jurisdiction with the aggregate of such charges equal to the amount of the tax or fee imposed upon or passed on to the Company.  The taxing jurisdictions in which the charges will be applicable
are:

**(a).  Gross Receipts Allotment -**

| Jurisdiction | Tax Factors | |
|---|---|---|
| District of Columbia | 11.00% | |
| State of Colorado | 0.82% | |
| State of Florida | 0.00% | |
| State of Hawaii | 1.61% | |
| State of Indiana | 0.00% | |
| State of Kentucky | 1.31% | I |
| State of Maryland | 2.04% | |
| State of New Mexico | 4.25% | |
| | | |
| State of New York | | |
| Bronx County | 3.16% | |
| Kings County | 3.16% | |
| New York County | 3.16% | |
| Queens County | 3.16% | |
| Richmond County | 3.16% | |
| Dutchess County | 3.16% | |
| Nassau County | 3.16% | |
| Orange County | 3.16% | |
| Putnam County | 3.16% | |
| Rockland County | 3.16% | |
| Suffolk County | 3.16% | |
| Westchester County | 3.16% | |
| All Other New York Counties | 2.56% | |
| | | |
| State of North Dakota | 2.50% | R |
| State of Oregon | | |
| Eugene | | 6.6% |
| Wilsonville | | 7.0% |
| State of Pennsylvania | | 5.0% |
| State of Rhode Island | 2.32% | |

**EXHIBIT A**

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  May 31, 2007

TARIFF F.C.C. NO. 30
2nd Revised Page 31.1
Cancels 1st Revised Page 31.1
Effective:  June 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment (continued)

State of South Carolina

| | | |
|---|---|---|
| Abbeville | 1.00% | I |
| Aiken | 1.00% | . |
| Allendale | 1.00% | . |
| Anderson | 1.00% | . |
| Andrews | 1.00% | . |
| Arcadia Lakes | 1.00% | . |
| Atlantic Beach | 1.00% | . |
| Awendaw | 1.00% | . |
| Aynor | 1.00% | . |
| Bamberg | 1.00% | . |
| Barnwell | 1.00% | . |
| Batesburg-Leesville | 1.00% | I |

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  May 31, 2007

**TARIFF F.C.C. NO. 30**
3rd Revised Page 32
Cancels 2nd Revised Page 32
Effective:  June 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment -  (continued)

Jurisdiction                              Tax Factors

| Jurisdiction | Tax Factors | |
|---|---|---|
| Beaufort | 1.00% | I |
| Belton | 1.00% | . |
| Bennettsville | 1.00% | . |
| Bethune | 1.00% | . |
| Bishopville | 1.00% | . |
| Blacksburg | 1.00% | . |
| Blackville | 1.00% | . |
| Blenheim | 1.00% | . |
| Bluffton | 1.00% | . |
| Blythewood | 1.00% | . |
| Bonneau | 1.00% | . |
| Bowman | 1.00% | . |
| Branchville | 1.00% | . |
| Briarcliff Acres | 1.00% | . |
| Brunson | 1.00% | . |
| Burnettown | 1.00% | . |
| Calhoun Falls | 1.00% | . |
| Camden | 1.00% | . |
| Cameron | 1.00% | . |
| Campobello | 1.00% | . |
| Carlisle | 1.00% | . |
| Cayce | 1.00% | . |
| Central | 1.00% | . |
| Central Pacolet | 1.00% | . |
| Chapin | 1.00% | . |
| Charleston | 1.00% | . |
| Cheraw | 1.00% | . |
| Chesnee | 1.00% | . |
| Chester | 1.00% | . |
| Chesterfield | 1.00% | . |
| Clemson | 1.00% | . |
| Clinton | 1.00% | . |
| Clio | 1.00% | . |
| Clover | 1.00% | . |
| Columbia | 1.00% | . |
| Conway | 1.00% | . |
| Cottageville | 1.00% | . |
| Coward | 1.00% | . |
| Cowpens | 1.00% | . |
| Darlington | 1.00% | . |
| Denmark | 1.00% | . |
| Dillon | 1.00% | . |
| Due West | 1.00% | . |
| Duncan | 1.00% | . |
| Easley | 1.00% | . |
| Eastover | 1.00% | . |
| Edgefield | 1.00% | . |
| Edisto Beach | 1.00% | . |
| Ehrhardt | 1.00% | . |
| Elgin | 1.00% | . |
| Elloree | 1.00% | . |
| Estill | 1.00% | I |
| Eutawville | 1.00% | |
| Fairfax | 1.00% | |

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: May 31, 2007

**TARIFF F.C.C. NO. 30**
3rd Revised Page 33
Cancels 2nd Revised Page 33
Effective: June 1, 2007

**BUSINESS TELECOMMUNICATIONS SERVICE**

**EXHIBIT A**

## 3.5.10. Gross Receipts Allotment -  (continued)

| Jurisdiction | Tax Factors |
|---|---|
| Folly Beach | 1.00% |
| Forest Acres | 1.00% |
| Fort Lawn | 1.00% |
| Fort Mill | 1.00% |
| Fountain Inn | 1.00% |
| Furman | 1.00% |
| Gaffney | 1.00% |
| Gaston | 1.00% |
| Georgetown | 1.00% |
| Gilbert | 1.00% |
| Goose Creek | 1.00% |
| Gray Court | 1.00% |
| Great Falls | 1.00% |
| Greeleyville | 1.00% |
| Greenville | 1.00% |
| Greenwood | 1.00% |
| Greer | 1.00% |
| Hampton | 1.00% |
| Hanahan | 1.00% |
| Hardeeville | 1.00% |
| Harleyville | 1.00% |
| Hartsville | 1.00% |
| Heath Springs | 1.00% |
| Hemingway | 1.00% |
| Hickory Grove | 1.00% |
| Hilda | 1.00% |
| Hilton Head Island | 1.00% |
| Hodges | 1.00% |
| Holly Hill | 1.00% |
| Hollywood | 1.00% |
| Honea Path | 1.00% |
| Inman | 1.00% |
| Irmo | 1.00% |
| Isle of Palms | 1.00% |
| Iva | 1.00% |
| Jackson | 1.00% |
| James Island | 1.00% |
| Jamestown | 1.00% |
| Jasper County | 1.00% |
| Jefferson | 1.00% |
| Johnsonville | 1.00% |
| Johnston | 1.00% |
| Jonesville | 1.00% |
| Kershaw | 1.00% |
| Kiawah Island | 1.00% |
| Kingstree | 1.00% |
| Lake City | 1.00% |
| Lake View | 1.00% |
| Lamar | 1.00% |
| Lancaster | 1.00% |
| Landrum | 1.00% |
| Lane | 1.00% |
| Latta | 1.00% |
| Laurens | 1.00% |
| Leesville | 1.00% |
| Lexington | 1.00% |
| Liberty | 1.00% |

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued: May 31, 2007

**TARIFF F.C.C. NO. 30**
3rd Revised Page 34
Cancels 2nd Revised Page 34
Effective: June 1, 2007

Printed in U.S.A.

EXHIBIT A

**BUSINESS TELECOMMUNICATIONS SERVICE**

### 3.5.10. Gross Receipts Allotment -  (continued)

| | |
|---|---|
| Lincolnville | 1.00% |
| Little Mountain | 1.00% |
| Livingston | 1.00% |
| Lockhart | 1.00% |
| Lodge | 1.00% |
| Loris | 1.00% |
| Lowndesville | 1.00% |
| Lowry's | 1.00% |
| Luray | 1.00% |
| Lyman | 1.00% |
| Lynchburg | 1.00% |
| Manning | 1.00% |
| Marion | 1.00% |
| Mauldin | 1.00% |
| Mayesville | 1.00% |
| McBee | 1.00% |
| McClellanville | 1.00% |
| McColl | 1.00% |
| McConnells | 1.00% |
| McCormick | 1.00% |
| Meggett | 1.00% |
| Moncks Corner | 1.00% |
| Monetta | 1.00% |
| Mount Croghan | 1.00% |
| Mount Pleasant | 1.00% |
| Mullins | 1.00% |
| Myrtle Beach | 1.00% |
| Neeses | 1.00% |
| New Ellenton | 1.00% |
| Newberry | 1.00% |
| Nichols | 1.00% |
| Ninety Six | 1.00% |
| Norris | 1.00% |
| North | 1.00% |
| North Augusta | 1.00% |
| North Charleston | 1.00% |
| North Myrtle Beach | 1.00% |
| Norway | 1.00% |
| Olanta | 1.00% |
| Olar | 1.00% |
| Orangeburg | 1.00% |
| Pacolet | 1.00% |
| Pageland | 1.00% |
| Pamplico | 1.00% |
| Patrick | 1.00% |
| Pawleys Island | 1.00% |
| Peak | 1.00% |
| Pelion | 1.00% |
| Pelzer | 1.00% |
| Pendleton | 1.00% |
| Perry | 1.00% |
| Pickens | 1.00% |
| Pine Ridge | 1.00% |
| Pine Wood | 1.00% |

**EXHIBIT A**

Bridgewater, NJ  08807                                          Cancels 2nd Revised Page 35
Issued:  May 31, 2007                                          Effective:  June 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment (continued)

Jurisdiction                    Tax Factors

| Jurisdiction | Tax Factors | |
|---|---|---|
| Pomaria | 1.00% | I |
| Port Royal | 1.00% | . |
| Prosperity | 1.00% | . |
| Quinby | 1.00% | . |
| Ravenel | 1.00% | . |
| Reevesville | 1.00% | . |
| Reidville | 1.00% | . |
| Richburg | 1.00% | . |
| Ridge Spring | 1.00% | . |
| Ridgeland | 1.00% | . |
| Ridgeville | 1.00% | . |
| Ridgeway | 1.00% | . |
| Rock Hill | 1.00% | . |
| Rockville | 1.00% | . |
| Ruby | 1.00% | . |
| Salem | 1.00% | . |
| Salley | 1.00% | . |
| Saluda | 1.00% | . |
| Santee | 1.00% | . |
| Scranton | 1.00% | . |
| Seabrook Island | 1.00% | . |
| Sellers | 1.00% | . |
| Seneca | 1.00% | . |
| Sharon | 1.00% | . |
| Simpsonville | 1.00% | . |
| Six Mile | 1.00% | . |
| Smoaks | 1.00% | . |
| Smyrna | 1.00% | . |
| Snelling | 1.00% | . |
| Society Hill | 1.00% | . |
| South Congaree | 1.00% | . |
| Spartanburg | 1.00% | . |
| Springdale | 1.00% | . |
| Springfield | 1.00% | . |
| St. George | 1.00% | . |
| St. Matthews | 1.00% | . |
| St. Stephen | 1.00% | . |
| Stuckey | 1.00% | . |
| Sullivan's Island | 1.00% | . |
| Summerton | 1.00% | . |
| Summerville | 1.00% | . |
| Summit | 1.00% | . |
| Sumter | 1.00% | . |
| Surfside Beach | 1.00% | . |
| Swansea | 1.00% | . |
| Sycamore | 1.00% | . |
| Tatum | 1.00% | . |
| Tega Cay | 1.00% | . |
| Timmonsville | 1.00% | . |
| Travelers Rest | 1.00% | . |
| Trenton | 1.00% | . |
| Turbeville | 1.00% | . |
| Union | 1.00% | . |
| Vance | 1.00% | I |
| Varnville | 1.00% | |
| Wagener | 1.00% | |
| Walhalla | 1.00% | |

EXHIBIT A

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: May 31, 2007

TARIFF F.C.C. NO. 30
2nd Revised Page 35.1
Cancels 1st Revised Page 35.1
Effective: June 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment (continued)

Jurisdiction                Tax Factors

| Jurisdiction | Tax Factors |
|---|---|
| Walterboro | 1.00% | I |
| Ward | 1.00% |
| Ware Shoals | 1.00% |
| Waterloo | 1.00% |
| Wellford | 1.00% |
| West Columbia | 1.00% |
| West Pelzer | 1.00% |
| West Union | 1.00% |
| Westminster | 1.00% |
| Whitmire | 1.00% |
| Williamston | 1.00% |
| Williston | 1.00% |
| Winnsboro | 1.00% |
| Woodford | 1.00% |
| Woodruff | 1.00% |
| Yemassee | 1.00% | I |
| York | 1.00% |

| State of Texas | 1.25% |
|---|---|
| State of Virginia | 0.39% |
| State of Wisconsin | 0.00% |

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                         Original Page 31.1
Bridgewater, NJ  08807
Issued:  August 29, 2003                            Effective:  September 1, 2003

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment (continued)

State of South Carolina                                                    M
                                                                          .

| | |
|---|---|
| Abbeville | .30% |
| Aiken | 5.00% |
| Allendale | .30% |
| Anderson | 3.00% |
| Andrews | .30% |
| Arcadia Lakes | .30% |
| Atlantic Beach | .30% |
| Awendaw | .30% |
| Aynor | .30% |
| Bamberg | .30% |
| Barnwell | .30% |
| Batesburg-Leesville | .30% |

                                                                          .
                                                                          M

Certain material on this page previously appeared on Page 31.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  April 3, 2003

**TARIFF F.C.C. NO. 30**
1st Revised Page 32
Cancels Original Page 32
Effective:  April 4, 2003

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment -  (continued)

<u>Jurisdiction</u>                    <u>Tax Factors</u>

| Jurisdiction | Tax Factors | |
|---|---|---|
| Beaufort | 4.00% | R |
| Belton | .30% | |
| Bennettsville | .30% | |
| Bethune | .30% | R |
| Bishopville | .30% | |
| Blacksburg | .30% | |
| Blackville | .30% | |
| Blythewood | .30% | |
| Bonneau | .30% | |
| Bowman | .30% | N |
| Branchville | .30% | |
| Briarcliff Acres | .30% | |
| Brunson | .30% | |
| Burnettown | .30% | |
| Calhoun Falls | .30% | N |
| Camden | .30% | |
| Cameron | .30% | |
| Campobello | .30% | |
| Carlisle | .30% | |
| Cayce | .30% | |
| Central | .50% | I |
| Central Pacolet | .30% | R |
| Chapin | .30% | |
| Charleston | .315% | |
| Cheraw | .00% | |
| Chesnee | .30% | |
| Chester | .30% | |
| Chesterfield | .30% | N |
| Clemson | .30% | |
| Clinton | 3.00% | |
| Clio | .30% | N |
| Clover | .30% | |
| Columbia | .30% | |
| Conway | 3.00% | |
| Cottageville | .30% | |
| Coward | .30% | |
| Cowpens | .30% | |
| Darlington | .30% | |
| Denmark | .30% | |
| Dillon | .30% | |
| Due West | .30% | |
| Duncan | .30% | |
| Easley | .30% | |
| Eastover | .30% | R |
| Edgefield | .30% | |
| Edisto Beach | .30% | N |
| Ehrhardt | .30% | N |
| Elgin | .30% | R |
| Elloree | .00% | |
| Estill | .30% | |
| Eutawville | .30% | |
| Fairfax | .30% | |

EXHIBIT A

Certain material that previously appeared on this page can now be found on *Page 33.*

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: April 3, 2003

TARIFF F.C.C. NO. 30
1st Revised Page 33
Cancels Original Page 33
Effective: April 4, 2003

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10. Gross Receipts Allotment - (continued)

| Jurisdiction | Tax Factors | |
|---|---|---|
| Folly Beach | .30% | N |
| Forest Acres | .30% | M |
| Fort Lawn | .30% | M |
| Fort Mill | .30% | |
| Fountain Inn | .30% | |
| Furman | .30% | N |
| Gaffney | .30% | |
| Gaston | .00% | R |
| Georgetown | .30% | |
| Goose Creek | .30% | R |
| Gray Court | .30% | |
| Great Falls | .30% | |
| Greeleyville | .30% | |
| Greenville | .30% | |
| Greenwood | .30% | I |
| Greer | 1.24% | |
| Hampton | .30% | |
| Hanahan | .30% | |
| Hardeeville | .30% | |
| Harleyville | .30% | |
| Hartsville | .30% | |
| Heath Springs | .30% | |
| Hemingway | .30% | |
| Hickory Grove | .30% | |
| Hilda | .30% | |
| Hilton Head Island | 3.00% | |
| Hodges | .30% | |
| Holly Hill | .30% | |
| Hollywood | 30% | |
| Honea Path | .30% | R |
| Inman | .30% | N |
| Irmo | .00% | |
| Isle of Palms | .30% | |
| Iva | .30% | |
| Jackson | .30% | |
| Jamestown | .30% | |
| Jasper County | .30% | R |
| Jefferson | .30% | |
| Johnsonville | .00% | |
| Johnston | .30% | |
| Jonesville | .30% | R |
| Kershaw | 3.00% | |
| Kiawah Island | .30% | |
| Kingstree | .00% | |
| Lake City | .30% | |
| Lake View | .30% | |
| Lamar | .30% | |
| Lancaster | .30% | |
| Landrum | .30% | N |
| Lane | .30% | N |
| Latta | .30% | |
| Laurens | .30% | |
| Leesville | .30% | |
| Lexington | .30% | |

EXHIBIT A

Liberty                                                    .30%

**Certain material on this page previously appeared on Page 32.;**
**Certain material that previously appear on this page can now be found on Page 34.**

EXHIBIT A

AT&T COMMUNICATIONS                          TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                  1st Revised Page 34
Bridgewater, NJ  08807                          Cancels Original Page 34
Issued:  April 3, 2003                             Effective:  April 4, 2003

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment -  (continued)

| Jurisdiction | Tax Factors | |
|---|---|---|
| Lincolnville | .30% | M |
| Little Mountain | .30% | M |
| Livingston | .30% | M |
| Lockhart | .30% | N |
| Lodge | 1.00% | M |
| Loris | .30% | M |
| Lowndesville | .30% | N |
| Luray | .30% | M |
| Lyman | .30% | M |
| Lynchburg | .30% | |
| Manning | .30% | |
| Marion | .30% | |
| Mauldin | .30% | |
| Mayesville | .30% | N |
| McBee | .30% | |
| McClellanville | .30% | |
| McColl | .30% | |
| McConnells | .30% | |
| McCormick | .30% | |
| Meggett | .30% | |
| Moncks Corner | .30% | N |
| Monetta | .30% | R |
| Mount Croghan | .30% | |
| Mount Pleasant | .30% | R |
| Mullins | .30% | |
| Myrtle Beach | .30% | |
| Neeses | .30% | R |
| New Ellenton | .30% | |
| Newberry | .00% | |
| Nichols | .30% | N |
| Ninety Six | .30% | |
| Norris | .30% | |
| North | .30% | I |
| North Augusta | 3.00% | |
| North Charleston | .30% | |
| North Myrtle Beach | .37% | |
| Norway | .30% | R |
| Olanta | .30% | |
| Olar | .30% | N |
| Orangeburg | .00% | |
| Pacolet | .30% | N |
| Pageland | .30% | N |
| Pamplico | .30% | |
| Patrick | .30% | N |
| Pawleys Island | .30% | |
| Peak | .30% | I |
| Pelion | .30% | I |
| Pelzer | .30% | |
| Pendleton | .30% | |
| Pickens | .57% | |
| Pine Ridge | 1.00% | |

EXHIBIT A

Certain material on this page previously appeared on Page 33.
Certain material that previously appear on this page can now be found on Page 35.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  April 3, 2003

**TARIFF F.C.C. NO. 30**
1st Revised Page 35
Cancels Original Page 35
Effective:  April 4, 2003

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment (continued)

| Jurisdiction | Tax Factors | |
|---|---|---|
| Pomaria | .30% | M |
| Port Royal | .30% | M |
| Prosperity | .30% | M |
| Quinby | .30% | N |
| Ravenel | .30% | M |
| Reevesville | .30% | . |
| Reidville | .30% | |
| Ridge Spring | .30% | |
| Ridgeland | .30% | |
| Ridgeville | .30% | |
| Ridgeway | .30% | |
| Rock Hill | .30% | . |
| Rockville | .30% | M |
| Ruby | .30% | MR |
| Salem | .00% | M |
| Salley | .30% | M |
| Saluda | .30% | N |
| Santee | .30% | M |
| Scranton | .30% | M |
| Seabrook Island | .30% | |
| Sellers | .30% | N |
| Seneca | .30% | |
| Sharon | .30% | |
| Simpsonville | .30% | |
| Six Mile | .30% | T |
| Smoaks | .30% | |
| Snelling | .30% | |
| Society Hill | .30% | |
| South Congaree | .30% | |
| Spartanburg | .30% | |
| Springdale | .30% | |
| Springfield | .30% | N |
| St. George | .30% | N |
| St. Matthews | .30% | |
| St. Stephen | .30% | |
| Stuckey | .30% | |
| Sullivan's Island | .30% | |
| Summerton | .30% | R |
| Summerville | .30% | |
| Swansea | .30% | N |
| Sumter | .30% | |
| Surfside Beach | .30% | |
| Tatum | .30% | |
| Tega Cay | .30% | |
| Timmonsville | .30% | R |
| Travelers Rest | .30% | |
| Trenton | .30% | |
| Turbeville | .30% | |
| Union | .30% | |
| Vance | .30% | |
| Varnville | .30% | |
| Wagener | .30% | |

**EXHIBIT A**

Walhalla                              .30%

**Certain material on this page previously appeared on Page 34.**
**Certain material that previously appeared on *this page can now be found* on Page 35.1.**

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued: April 3, 2003

**TARIFF F.C.C. NO. 30**
Original Page 35.1

Effective:  April 4, 2003

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5.10.  Gross Receipts Allotment (continued)

| Jurisdiction | Tax Factors | | |
|---|---|---|---|
| Walterboro | | .30% | M |
| Ward | | .30% | . |
| Ware Shoals | | .30% | |
| Waterloo | | .30% | |
| Wellford | | .30% | |
| West Columbia | | .30% | |
| West Pelzer | | .30% | |
| Westminster | | .30% | |
| Whitmire | | .30% | |
| Williamston | | .30% | |
| Williston | | .30% | |
| Winnsboro | | .30% | . |
| Woodford | | .30% | M |
| Woodruff | | .30% | N |
| Yemassee | | .30% | M |
| York | | .30% | M |
| | | | M |
| State of Texas | 1.25% | | M |
| State of Virginia | 0.39% | | |
| State of Wisconsin | 0.00% | | |

Certain material on this page previously appeared on Page 35.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: March 31, 2008

**TARIFF F.C.C. NO. 30**
11th Revised Page 36
Cancels 10th Revised Page 36
Effective: April 1, 2008

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5. PAYMENTS AND CHARGES (continued)

**3.5.11. Other Miscellaneous Rates And Charges -** The following rates and charges apply to recover amounts AT&T is required by governmental authorities to, either directly or indirectly, *collect from or pay* to others in support of statutory or regulatory programs, plus associated administrative costs.

A.   **Property Tax Allotment –** Services provided pursuant to this tariff are subject to an undiscountable monthly Property Tax Allotment (PTA) charge. Based on billing availability, the PTA charge is applied to the Customers total net interstate and international charges after the application of all applicable discounts and credits. For Customer bills dated on or after April 1, 2007 the PTA will be 2.48%.

B.   **Federal Regulatory Fee –** Beginning with bills rendered on or after April 1, 2008 a Federal Regulatory Fee of 2.06% will be applied to all interstate and US billed international charges, excluding taxes, subject to billing availability, to recover amounts paid to the federal government for regulatory costs and telecommunications services for the hearing impaired.   (I) (C)

**3.5.12. Return Check Charge -    Return Check Fee -** An administrative charge may be applied to a residence or business Customer bill for each occasion that a check, bank draft, or an electronic funds transfer item is returned for the reason of insufficient funds or no account.

|  | Administrative Charge |
|---|---|
| - Per occasion (Return Check Fee) | $25.00 |

**3.5.13. Advance Payment –** The Company may require a Customer or applicant who cannot establish credit satisfactory to the Company to make an advance payment as a condition of continued or new service. The Company reserves the right to require from an applicant for new or continued service, advance payments of estimated usage charges, as well as other charges as may be deemed necessary by the Company for safeguarding its interests.

**3.5.14. Collection Fees –** In the event the Company incurs fees or expenses, including attorney's fees, in collecting or attempting to collect any charges owed to the Company, the Customer will be liable to the Company for the payment of all such fees and expenses reasonably incurred.

**3.5.15. Restoral of Disconnected Service –** If service has been suspended or discontinued for nonpayment, service will be reestablished *upon receipt of* all charges due, which includes charges for services and facilities during the period of suspension and which may include a service restoral fee. If the Customer has a history of payments returned for insufficient funds, the Company may require payment by cash, money order or certified check. If such payment is made by personal check, restoral of service will be effected          upon          bank          clearance          of          the          check.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: August 1, 2001

**TARIFF F.C.C. NO. 30**
1st Revised Page 37
Cancels Original Page 37
Effective: August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

** All material on this page is new. **

### 3.5.16.  Fractional Charges and Credits

**A.  Computing Charges or Credits for a Fractional Part of a Month** -When BTS rates are stated on a monthly basis, *each month* is considered to have 30 days for billing purposes.  To determine fractional charges or credits for portions of months, count the days remaining in the *billing period (including* the 31st day of a 31-day month) starting with the day after the date on which the BTS was furnished or discontinued. Divide that figure by 30 days.  Multiply the resultant fraction by the monthly charge to arrive at the fractional charge or credit.

Example:  BTS furnished/discontinued on the 15th day of a 30-day month.

Monthly Charge =                       $36.00

No. of Days Remaining in Billing Period = 15 days

Billing Month =                    30 days

$$\text{Fractional Charge/Credit} = \frac{\text{No. of Days Remaining in Billing Period}}{\text{Billing Month}} \times \text{Monthly Charge}$$

$$\text{Fractional Charge/Credit} = \frac{15}{30} \times \$36.00$$

Fractional Charge/Credit =         18.00

In the above example, the number of days remaining in the billing period would be 13 for a 28-day *month* and 16 for a 31-day month.  The billing month would remain at 30 days.  The same process would be used for computing the fractional charge or credit.

**B.  Computing Fractional Charges or Credits for a Rate Change** - When a monthly rate is changed (increased or decreased) as a result of a
tariff revision, the additional charge or credit for any fractional part of a month is calculated as follows:

Count the number of days remaining in the billing period (including the 31st day of a 31-day month) starting *with the effective* date of the rate change.  Divide that figure by 30 days (billing month).  Multiply the resultant fraction by the amount of the monthly rate change to arrive *at the fractional* charge or credit.

Example:  Rate change effective on the 12th day of a 28-day month.

Old Monthly Charge =                 $36.00

No. of Days Remaining in Billing Period =    17 Days

Billing Month ≈                 30 Days

Fractional Part of Month
Billed at the New Rate =           $\dfrac{17}{30}$

**EXHIBIT A**

AT&T COMMUNICATIONS                          TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                              1st Revised Page 38
Bridgewater, NJ  08807                        Cancels Original Page 38
Issued: August 1, 2001                        Effective: August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

** All material on this page is new. **

## 3.5.  PAYMENTS AND CHARGES (continued)

Rate Change =                     $15.00 monthly increase

Fractional Charge or           $$\frac{17}{30} \times \$15 = \$8.50$$
Credit for the Rate Change =

Billing for the Month
in which the Rate Change
Occurred (for a rate decrease
subtract the fractional
charge) =                         $36.00 + $ 8.50 = $44.50

Subsequent New Monthly
Charge =                          $36.00 + $15.00 = $51.00

In the above example, the number of days remaining in the billing period would be 19 for a 30-day month and 20 for a 31-day month.  Again, billing month is unchanged.  The same process would be used for computing the fractional monthly charge or credit.

**C.  Rounding to the Nearest Cent -** If the computed charges or credit for monthly charges include one-half cent or more, the fraction is rounded up to the next highest cent.  Fractions of less than one-half cent are disregarded.

**3.5.17.  Unauthorized Carrier Change Charge -** If (a) the Company receives a complaint that a Customer that is a telecommunications carrier (or that a telecommunications carrier on whose behalf the Customer has acted) has caused a change in a telecommunications subscriber's PIC without prior valid authorization, (b) the Customer has submitted an order to change the subscriber's PIC, and (c) the Customer fails to provide adequate proof of authorization for that carrier change as required under Section 3.4.1.A.5., preceding, then the Customer will be required to pay an Unauthorized Carrier Change Charge for each such PIC change order, as follows:

For each unauthorized order, per billed telephone number:
-AT&T SDN Service              $175.00
-For all other services        $145.00

**EXHIBIT A**

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

TARIFF F.C.C. NO. 30
Original Page 39

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.6. CREDIT ALLOWANCES FOR INTERRUPTIONS

**3.6.1. General -** A credit allowance is applicable to that portion of a call which is interrupted due to poor transmission (e.g., noisy circuit condition), one-way transmission (one party is unable to hear the other), or involuntary disconnection (cut-off) of the call caused by components of BTS. A Customer may also be granted credit for reaching a wrong number. To receive the proper credit, the Customer must notify the Company operator or Company office and furnish the called number, the trouble experienced (e.g., cut-off, noisy circuit, reached wrong number, etc.), the class of call, and the approximate time the call was placed. At the Customer's option, when the Company operator is notified, the operator will attempt to re-establish the call. BTS charges will apply to the re-established call.

All Customer requests for Credit Allowances are subject to limits and verification by AT&T.

**A. Interruptions to Established Calls -** When a call to be billed under this tariff is interrupted due to cut-off, one-way transmission, or poor transmission conditions the Customer will receive credit equivalent to the period in which the call was interrupted, i.e., the initial or additional period.

**B. Wrong Numbers -** When a wrong number is reached, a credit equivalent to the initial period of the call will be granted if the Customer reports the situation promptly to the Company operator or a Company office.

**C. When Credit Allowances Do Not Apply -** Credit allowances for a BTS call do not apply for:

- Interruptions not reported to the Company,

- Interruptions that are due to the failure of power, equipment or systems not provided by the Company, or

- Interruptions caused by the failure of other services provided by this Company which are connected to BTS.

**3.6.2. Use of Another Means of Communication -** If the Customer elects to use another means of communication during the period of interruption, the Customer must pay the charges for the alternative service used.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                              Original Page 40
Bridgewater, NJ 08807
Issued:  July 30, 2001                                          Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.7. CONNECTIONS

**3.7.1.  General -** When Customer Equipment is connected to BTS it must comply with Part 68 of the FCC's Rules and Regulations, 47 C.F.R. Part 68 (commonly known as the FCC's Registration Program).  When any equipment or system which is not subject to Part 68 of the FCC's Rules and Regulations is connected, the Minimum Protection Criteria specified in this tariff must be met.

BTS offerings are not represented as adapted for connection to other services or Customer-provided communications systems.

The Company is responsible for the quality of transmission from station to station.

**3.7.2.  Responsibilities of the Customer -** When Customer equipment or a Customer-provided communications system is connected to BTS, the Customer assumes responsibility for the connection as follows:

**A.  Compatibility with BTS -** The Customer is responsible for the compatibility of its equipment or system with BTS.  This responsibility applies at the initial installation and on a continuing basis as long as the connection is made.

**B.  Interface Information -** The Customer must specify the type of interface which is required to enable the equipment or system to function with BTS.

**C.  Interference and Hazard -** The operating characteristics of the Customer equipment or Customer-provided communications system connected to BTS must not interfere with, or impair, any of the services offered by this Company.  In addition, they must not endanger the safety of Company employees or the public, damage or interfere with the proper functioning of Company equipment, or otherwise injure the public in its use of BTS.

**D.  Changes to BTS -** The Company is not obligated to alter or modify BTS because of additions or changes to Customer equipment or a Customer-provided communications system.

**E.  Testing and Maintenance -** If a trouble condition occurs on an assembly, the Customer must determine whether the fault is in (1) the connected Customer equipment or Customer-provided communications system, or (2) BTS.  The Company will test and maintain only BTS.

The testing of BTS will usually be made from a central office.  The Company will not dispatch a repair person to a Customer's or User's premises if a trouble condition (or suspected trouble condition) exists on the local exchange service.  The Customer is responsible for requesting such dispatch from the provider of the local exchange service.  The Customer is also responsible for the payment of such provider's charges, if any, for the dispatch.

EXHIBIT A

AT&T COMMUNICATIONS                                          TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                              1st Revised Page 41
Bridgewater, NJ 08807                                       Cancels Original Page 41
Issued: August 1, 2001                                      Effective: August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.7. Connections (continued)

### 3.7.3. Responsibilities of the Company

**A. General -** The Company will furnish and maintain its service components in a manner suitable for BTS. The Company will make available information as required by Part 68 of the FCC's Rules and Regulations (e.g., the number of ringers that may be connected to a particular line). In addition, the Company will be responsible for the compatibility of its equipment or services with BTS when such equipment or services are connected to BTS at a central office.

**B. Changes in Components, Operations, or Procedures -** The Company is not responsible to any party if a change in its BTS components, operations, or procedures, which is consistent with the Registration Program, (1) affects any facilities, Customer equipment or Customer-provided communications systems provided by others in any way, or (2) requires their modification in order to be used with BTS. However, if such changes can be reasonably expected to materially affect the operating or transmission characteristics of the BTS or render any Customer equipment or Customer-provided communications system incompatible with BTS, the Company will provide adequate notice, in writing, to allow the Customer an opportunity to maintain uninterrupted service.

### 3.7.4. Connection to a Customer-provided Communications System or to Service(s) Provided by Others - Any system or service connected to a BTS offering must be operated and maintained so it will work satisfactorily with BTS. Connections to BTS will be made in accordance with the following:

**A. Answer Supervision -** Answer supervision must be provided when a BTS offering is connected to switching equipment or a Customer-provided communications system which is not subject to Part 68 of the FCC Rules and Regulations, 47 C.F.R. Part 68. In such cases, the equipment or system must provide answer supervision so that the measure of chargeable time begins upon the delivery of the BTS call to the switching equipment or to the equipment connected to the communications system and ends upon termination of the call by the calling party.

**B. Minimum Protection Criteria -** The connection at the station used for BTS must be made so that it continually complies with the specified Minimum Protection Criteria (see Minimum Protection Criteria, Section 3.7.5.).

**C. Customer-provided Communications System Failures -** When a Customer- provided communications system fails and the connection to BTS is not through switching equipment, the Customer-provided communications system must be arranged to promptly return the BTS to an idle (on-hook) state. In addition, the Customer must notify the Company when the Customer-provided communications system fails.

Certain material previously found on this page can now be found on Page 42.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                        1st Revised  Page 42
Bridgewater, NJ  08807                                     Cancels Original Page 42
Issued: August 1, 2001                                     Effective:  August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.7.5.  Minimum Protection Criteria

**D.  Use of Satellite Facilities -** If a Customer-provided communications system uses satellite facilities (directly or indirectly), and is connected to BTS, there may be two or more satellite links involved in the combined connection.  In such cases, the Company will not be responsible for any deterioration in transmission.  It will continue to furnish BTS using the service components that it considers to be appropriate.  Credit allowance will not be granted unless the BTS offering is interrupted.

**A.  General -** Minimum Protection Criteria have been specified so that Company personnel, equipment, and services will be protected from the harmful effects of signal power overload, hazardous voltages and longitudinal imbalance.  Minimum Protection Criteria apply to the direct electrical, acoustic, or inductive connections of Customer Equipment, test equipment and Customer-provided communications systems to BTS.

**B.  All Connections -** Customer Equipment, test equipment and Customer-provided communications systems which are connected to BTS on a direct electrical basis or an acoustic or inductive basis, must comply with the following:

**1.** To protect other Company services, it is necessary that the signal which is applied at the station meets the following limits:

#### (a)  Metallic Voltage

**I.** 4 kHz to 270 kHz

| Center Frequency (f) of 8 kHz Band | Metallic Maximum Voltage in All 8 kHz Bands | Terminating Impedance |
|---|---|---|
| 8 kHz to 12 kHz | - (6.4+12.6 log f) dBV* | 300 ohms |
| 12 kHz to 90 kHz | (23 - 40 log f) dBV | 135 ohms |
| 90 kHz to 266 kHz | - 55 dBV | 135 ohms |

*dBV = 20 $\log_{10}$ voltage in volts

**II.** The root-mean-square (RMS) value of the metallic voltage components in the frequency range of 270 kHz to 6 MHz shall, averaged over 2 microseconds, not exceed -15 dBV.  This limitation applies with a metallic termination having an impedance of 135 ohms.

**3.9.6.  Fraudulent Use of BTS to Avoid Payment of Tariffed Charges -** In order to control[N] fraud in any instance in which the Company has reason to believe that a Customer is using BTS in violation of Section 3.2.5., the Company may, after complying with the requirements of this sub-section, immediately with no advance notice to the Customer, and without incurring any liability except for willful misconduct, restrict, suspend, or discontinue providing the service.

[N]

Certain material on this page formerly appeared on Page 41.

**AT&T COMMUNICATIONS**                              **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                    Original Page 43
Bridgewater, NJ  08807
Issued: July 30, 2001                                    Effective:  July 31, 2001

EXHIBIT A

**BUSINESS TELECOMMUNICATIONS SERVICE**

### 3.7.5.B.  All Connections (continued)

#### (b)  Longitudinal Voltage

  **I.** 4 kHz to 270 kHz

| Center Frequency (f) of 8 kHz Band | Longitudinal Maximum Voltage in All 8 kHz Bands | Terminating Impedance |
|---|---|---|
| 8 kHz to 12 kHz | $-(18.4+20 \log f)$ dBV* | 500 ohms |
| 12 kHz to 42 kHz | $(3 - 40 \log f)$ dBV | 90 ohms |
| 42 kHz to 266 kHz | $- 62$ dBV | 90 ohms |

*dBV = $20 \log_{10}$ voltage in volts

  **II.** The root-mean-square (RMS) value of the longitudinal voltage components in the frequency range of 270 kHz to 6 MHz shall, averaged over 2 microseconds, not exceed -30 dBV.  This limitation applies with a longitudinal termination having an impedance of 90 ohms.

  **2.** To prevent the interruption or disconnection of a BTS call, it is necessary that the signal power applied at the station be limited.  Specifically, the signal at the station shall at no time have energy concentrated solely in the 2450 to 2750 Hz band.  If there is signal power at the station in the 2450 to 2750 Hz band, it must not exceed the power present at the same time in the 800 to 2450 Hz band.

  **C. Direct Electrical Connections -** In addition to the regulations in B. preceding, Customer Equipment, test equipment and Customer-provided communications systems which are connected to BTS on a direct electrical basis must comply with the following:

To prevent excessive noise and crosstalk, it is necessary that the power of the signal presented at the serving office not exceed 12dB below one milliwatt when measured over any three second *interval*.  To insure that this limit is not exceeded, the power of the signal which may be applied by the Customer Equipment, test equipment or Customer-provided communications system to the station will be specified for each Customer location.  In no case shall the power exceed one milliwatt.

**AT&T COMMUNICATIONS**

Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**

Original Page 44

Effective:  July 31, 2001

**EXHIBIT A**

**D.  Acoustic or Inductive Connections -** In addition to the regulations in B. preceding, Customer Equipment and Customer-provided communications systems which are connected to BTS on an acoustic or inductive basis must comply with the following:

To prevent excessive noise and crosstalk, it is necessary that the power of the signal which is applied by the equipment to the station located on the Customer's or User's be limited so that the signal power does not exceed 9dB below one milliwatt when averaged over any three second interval.  However, to permit each Customer, independent of distance from the serving office, to supply signal power which at the serving office approximates 12dB below one milliwatt when averaged over any three second interval, the Company, at the Customer's request, will specify, for each Customer location, the signal power at the station, which shall in no case exceed one milliwatt.

**3.7.6.  Recording of Two-way Telephone Conversations -** BTS is not represented as adapted to the recording of two-way telephone conversations.  However, voice recording equipment which is directly, acoustically or inductively connected with BTS may be used for the recording of such conversations subject to the following regulations which have been adopted by the FCC:

**A.  Recording Requirements -** The voice recording equipment must be arranged so that it can be connected or disconnected (or switched on or off) at the will of the Customer.  In addition, one of the following conditions must apply:

- All parties to the telephone conversation must give their prior consent to the recording of the conversation, and the prior consent must be obtained in writing or be part of, and obtained at the start of, the recording, or

- All parties to the telephone conversation must be verbally notified at the beginning of the conversation and the notification must be recorded as part of the call, by the recording party, or

- A distinctive recorder tone, repeated at intervals of approximately fifteen seconds, is required to alert all parties when the recording equipment is in use.  The distinctive recording tone can be provided as part of (1) the recording equipment, or (2) registered or grandfathered protective circuitry.

A broadcast licensee shall be exempt from the above recording requirements provided at least one of the following requirements is met:

- the licensee informs each party to the call of its intent to broadcast the conversation; or

- each party to the call is aware of the licensee's intent to broadcast the call; or

- such awareness of the licensee's intent to broadcast the call may be reasonably imputed to the party.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**3.7.6.B. Exceptions -** The FCC has established the following exceptions to the foregoing requirements:

**1.** Recordings made of incoming calls to telephone numbers publicized for emergencies involving health or safety of life and property (e.g., emergency situations involving fire, health care, police, public utilities and emergency road service) and outgoing calls made in immediate response to such calls. Included in this exception are:

**(a)** Recordings made at the United States Department of Defense Command Centers of emergency communications transmitted over the Department of Defense's private line system when connected to BTS.

**(b)** Recordings made by the United States Nuclear Regulatory Commission of the Department of Energy with respect to the telephone systems located at its Operations Center.

**2.** Recordings of calls made for patently unlawful purposes, such as bomb threats, kidnap ransom requests and obscene telephone calls. Outgoing calls made in immediate response to such calls are also excepted. Included in this exception are:

**(a)** Recordings made by the United States Secret Service of the Department of the Treasury for recording of two-way telephone conversations which concern the safety and security of the person of the President of the United States, members of his immediate family, or the White House and its grounds.

**3.** Recordings of calls made by Federal, State or local law enforcement authorities, or federal intelligence authorities, acting under color of law.

**3.7.7. Connections to Other Services Provided by the Company -** A BTS offering may be connected at a Customer's premises to other services provided by this Company, if they are electrically compatible. Connections at an AT&T Central Office may be made to AT&T Private Line Service. All connections are subject to the regulations in this tariff and the regulations under which the other service is furnished.

EXHIBIT A

AT&T COMMUNICATIONS                                    TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                  1st Revised Page 46
                                                        Cancels Original Page 46

Bridgewater, NJ 08807
Issued: June 29, 2007                                   Effective: July 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

**3.8. RATE DETERMINATION -** The rate for a BTS call which is charged on a per call basis is determined by factors such as:

- The distance between the rate centers of the originating (calling)
  station and the terminating (called) station the distance between the V&H
  coordinates of an AT&T Central Office and the rate center of a station
  or the V&H coordinates of an AT&T Central Office,

- The time of day and the day of week,

- The duration of the call,

- The class of service applicable to the call,

- Other Line charges (when applicable) and,

- The type of egress or terminating service, including, for example, but not by way of limitation, whether international terminations are done via switched or special access, or to a mobile or like service (or to a routing code established for mobile or like services terminations or access) in the non-US country or area.

The specific factors which apply to a given BTS call and their application are listed in the section applicable to that type of call. The regulations pertaining to those factors are as follows:

**3.8.1. Distance Measurements -** When the distance between the calling and the called stations is a factor in BTS rate determination, the distances are calculated according to the following:

**A.** The distance between stations in the Mainland, the Mainland and Hawaii, the Mainland and Guam, the Mainland and CNMI, the Mainland and American Samoa, the Mainland and Alaska, Hawaii and   C
Alaska, Hawaii and Guam, Hawaii and CNMI, Hawaii and American Samoa and Hawaii and the
Mainland, is measured on the basis of airline mileage between the rate centers of the stations involved.   C
. If one or both of the rate centers involved in the measurement is a zoned city the following applies:

**(1) Where One Rate Center is a Zoned City -** Calculate the airline mileage between the rate center of the specific city zone and the rate center of the distant station. If the mileage determined is 40 miles or less, this is the correct mileage for rate determination. If the mileage determined is 41 miles or greater, recalculate the mileage using the rate center of the distant station and the master rate center of the zoned city (in lieu of the rate center of the specific city zone). This mileage, with a minimum of 41 miles applicable, is the correct mileage for rate determination.

**(2) Where Both Rate Centers are Zoned Cities -** Calculate the airline mileage using the rate centers of the specific city zones involved in each city. If the calculated mileage is 40 miles or less, this is the correct mileage for rate determination. If the calculated mileage is 41 miles or greater, recalculate the mileage using the master rate centers of the cities (in lieu of the rate centers of the specific city zones involved). This mileage, with a minimum of 41 miles applicable, is the correct mileage for rate determination.

EXHIBIT A

**AT&T COMMUNICATIONS**                                        **TARIFF F.C.C. NO. 30**

Adm. Rates and Tariffs                      1st Revised Page 47

Cancels Original Page 47

Bridgewater, NJ 08807

Issued:  June 29, 2007                                              Effective:  July 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.8.1.  Distance Measurements (continued)

**B.**  The distance between stations in the Mainland, Guam, CNMI, Hawaii, Puerto Rico, American Samoa or the U.S. Virgin Islands, is measured on the basis of mileage rate bands.  Mileage rate bands are made up    C of specified Mainland states and Hawaii as shown on the appropriate rate schedule.

**C.**  The distance between stations in the Mainland and Canada is measured on the basis of airline mileage between the rate centers of the stations involved. .  If one or both of the rate centers involved is a zone city, the measurement is calculated as set forth in 3.8.1.A., preceding.  For service to certain points in specific provinces of Canada (e.g., the Northwest Territories, and all points in the Yukon Territory), the airline mileage is calculated between the rate center of the Mainland station and the rate center for the point of connection with the facilities of the connecting company.?

**D.**  The distance between stations in Hawaii and stations in Canada is measured on the basis of zones as shown on the appropriate rate schedules.

**E.**  The distance between stations in the Mainland and Mexico is measured on the basis of airline mileage between the rate center of the Mainland station and the International Boundary point.  If the Mainland station's rate center is a zoned city, the measurement is calculated as set forth in 3.8.1.A.(1), preceding. Separate charges apply for the Mexican portion of the service as set forth in the appropriate rate schedules.

### 3.8.2.  Time of Day and Day of Week - The rate charged for a BTS call may be determined in part by the day of the week and the time of day at the originating (calling) station.  Different rates may be applicable to a call at different times of the day and on certain days of the week as specified in the appropriate rate section for that call.

### 3.8.3.  Class of Service - For the purposes of rate application, the following classes of service may apply to a BTS call.  The classes of service are Dial Station, and Collect.  The Dial Station class of service includes interstate Dial Station and international Dial Station calls.  Collect calls cover by this tariff are limited to Collect calls received from international countries/areas that are billed to the Customer's telephone account.

Each class of service and its specific regulations follow.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                          Original Page 48
Bridgewater, NJ 08807
Issued:  July 30, 2001                                      Effective:  July 31, 2001

# BUSINESS TELECOMMUNICATIONS SERVICE

### 3.8.3.  Class of Service -  (continued)

**A.  Dial Station -** Dial Station rates apply to 1) calls billed to the Customer's telephone account or cellular account for which the initial subscription to AT&T is made through a local service provider other than AT&T, as specified in Section 8 following, 2) calls billed to the Customer's telephone account under the "Casual Calling Service" specified in Section 5 following and 3) calls billed to the Customer's telephone account under the AT&T Satellite Service's specified in Section 7. following.  Dial Station rates apply when:

**1.** The person originating the call dials the telephone number desired and completes the call without the assistance of a Company Operator or the Company's automated operator system, and the call is billed to the calling station.  Callers using AT&T Casual Calling Service must first dial the appropriate AT&T carrier access code as specified in Section 5 folowing.

**2.** The calling party cannot complete a domestic or international call due to trouble on the telecommunications network, and chooses to re-dial the call.

**3.** A calling party re-establishes a domestic or international Dial Station call that has been involuntarily interrupted after the station has been reached.  Customers may take credit for the interrupted call as specified under Section 3.6., preceding.

**4.** A call is forwarded by Call-Forwarding Equipment.

**5.** A Company Operator places a call for a calling party who identifies himself/herself as being handicapped and unable to dial the call because of his/her handicap,

**6.** A Company Communications Assistant completes a call between persons with hearing and/or speech disabilities who use a Text Telephone (TT) or its equivalent and hearing persons who use an ordinary telephone (the completed call is rated and billed as a call from the calling station to the called station),

**7.** A Company Operator places a domestic or international call because Automatic Number Identification (0+) is not available for dial completion.

**B.  Collect -** The "Collect" classification of service applies to calls received from international countries/areas that are billed to the Customer's telephone account, as specified in Section 6 following. Rates for a Collect call apply when the party at the called number agrees to accept charges for a collect call received from an international country/area.

**EXHIBIT A**

AT&T COMMUNICATIONS                                    TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                       1st Revised Page 49
                                                      Cancels Original Page 49
Bridgewater, NJ 08807
Issued: June 29, 2007                                  Effective: July 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

**3.8.4. Determining the Chargeable Time of a Call -** The chargeable time for a BTS call is determined by the duration of the call. Chargeable time includes the initial period plus the additional time involved, if any, and is determined as follows:

**A.** On all calls chargeable time begins when connection is established between the calling station and the called station.

**B.** Chargeable time ends when the calling station "hangs up." If the called station "hangs up" but the calling station does not, chargeable time ends when the connection is released either by automatic timing equipment in the telecommunications network or by the Company operator.

**C.** When BTS is directly connected to a Customer-provided communications system at a Customer's or User's premises, chargeable time for all classes of service begins when a BTS call terminates in, or passes through, the first Customer Equipment on that Customer-provided communications system. It is the Customer's responsibility to furnish appropriate answer supervision to the point of interface with the BTS so that chargeable time may begin.

### 3.8.5. Determining the Applicable Rate In Effect

**A.** For calls between the Mainland, Guam, CNMI, Puerto Rico, American Samoa or the US Virgin Islands    C
and international locations, the rate in effect at the calling station at the time the connection is established applies to the entire call.

**B.** For all other calls when a call is established in one rate period and ends in another rate period, the rate in effect at the calling station for each rate period applies to the portion of the call occurring within that rate period. When a unit of time is split between two rate periods, the rate applicable to that unit of time is based on the rate period in which it began.

**C.** Chargeable time for a rate period (e.g., 8 AM - 5 PM) begins with the first stated hour (e.g., 8 AM) and continues to, but does not include, the second stated hour (e.g., 5 PM).

EXHIBIT A

**AT&T COMMUNICATIONS**                              **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                        Original Page 50
Bridgewater, NJ  08807
Issued:  July 30, 2001                                  Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**3.8.6. Call Forwarding -** Call Forwarding is an Exchange Service feature offered by certain Local Exchange Companies or other providers of the call forwardin feature.  This feature enables Customers to arrange for incoming calls to be automatically forwarded to a different telephone number designated by the Customer.  The charges for a forwarded call are as follows:

**1.** A charge for the portion of the call from the calling station to the called station (call forwarding number), if applicable,

**2.** A charge for the portion of the call from the call forwarding number to the terminating number designated by the Customer,

For a Collect Call received from an international country or area that is placed to a call forwarding number, the Collect Call charges apply to the portion of the call described in 1., preceding, if the call is answered at the terminating number.  If the portion of the call described in 2., preceding is a state-to-state call, it will be billed at the Dial Station rate from this tariff.

For a Collect Call which is not accepted by a party at the terminating number, for the portion of the call described in 2., preceding, the Dial Station rate in effect in this tariff will be charged to the terminating number.

**3.8.7. International Terminations -** AT&T reserves the right to block calls to routing codes or numbers identified as a termination type carrying a surcharge or other differential rate for termination where AT&T reasonably believes or discovers that the called station or termination point is not in fact of the termination type to as to which the surcharge or other differential rate has been agreed with the terminating carrier.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 51

Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.9. VIOLATION OF REGULATIONS

**3.9.1.  General -** The Company may take immediate action to protect its services or interests when certain regulations contained in this tariff are violated.  The specific regulations involved and the action(s) which will be taken by this Company are as specified in 3.9.2, 3.9.3, 3.9.4 and 3.9.5 following.

**3.9.2.  Interference, Impairment or Improper Use -** The Company may temporarily restrict service immediately when a Customer violation results in any of the following:

- subjects Company or non-Company personnel to hazardous conditions as specified in Section 3.7.2.C (Interference and Hazard) preceding,

- circumvents the Company's ability to charge for its services as specified in Section 3.2.4. (Fraudulent Use) preceding, or

- results in an immediate harm to the BTS network or other Company services as specified in Section 3.7.5 (Minimum Protection Criteria).

In such cases, the Company will make a reasonable effort to give the Customer prior notice before restricting service.

If a Customer fails to comply with Section 3.2. (Use), 3.7.2.C (Interference and Hazard), 3.7.4.A (Answer Supervision), 3.7.4.C (Customer-provided Communications System Failures), and 3.7.5 (Minimum Protection Criteria) preceding the Company may, on ten days written notice by certified U.S. Mail to the Customer deny requests for additional service and/or restrict service to the non-complying Customer.  If the Company does not deny or restrict the service involved on the date of the ten days notice, and the Customer non-compliance continues, nothing contained herein shall preclude the Company's right to deny or restrict the service without further notice.

When a violation results in a denial for additional service and/or restriction of service, the denial and/or restriction will be removed when the Customer is in compliance with the regulation and so advises the Company.

The Company may temporarily restrict the ability of 800 callers using BTS from certain telephone numbers when calls from those numbers are made to gain unauthorized access to a BTS Customer's outbound calling capabilities on an unauthorized basis, or are otherwise made in violation of Sections 3.2.3. and 3.2.4.C preceding.  The Company will notify the party responsible for the affected telephone number by letter within 48 hours of the restriction.  The restriction will be removed within six days, but will be reimposed if unauthorized access to a BTS Customer's outbound calling capabilities on an unauthorized basis, or abusive calling recurs.  After the second restriction, calling will only be reinstated after the Company discusses with the party responsible for the calling telephone number a method to prevent access to a BTS Customer's outbound calling capability on an unauthorized basis or abusive calling.

EXHIBIT A

AT&T COMMUNICATIONS  **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs  Original Page 52
Bridgewater, NJ 08807
Issued:  July 30, 2001  Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.9.  VIOLATION OF REGULATIONS (continued)

#### 3.9.2.      Interference, Impairment or Improper Use (continues)

If a Customer (or any reseller or intermediary in the sales chain between the Customer and an end user) fails to comply with Section 3.2.6, preceding, the Company may, on written notification to the Customer, immediately deny requests for additional service and/or restrict service to the non-complying Customer.  If the non-compliance is not cured to AT&T's reasonable satisfaction within 30 days after the date of notification, the Company may discontinue the service upon five days prior written notice to the Customer (such cure may require, among other things, corrective communications with end users, in addition to cessation of the non-complying use of AT&T's Marks).  The Company may pursue any other available remedies with respect to the conduct that constitutes the non-compliance.

**3.9.3. Nonpayment of Charges -** The Company may deny and/or restrict BTS without incurring any liability for nonpayment of advance payments, deposits or charges due as specified in Section 3.5.3 (Payment of Charges) preceding.  A written notice will be sent to the Customer at least five days in advance of the restriction.  Upon payment of charges the restriction and/or denial of BTS will be removed.

**3.9.4. Fraudulent Use of Collect Calling and Third Number Billing -** In order to control fraud, the Company may refuse to permit Collect Calling and Third Number Calling calls which it determines to be fraudulent and/or it may limit the use of these billing options or services to or from certain countries, areas, or to any specific line, including all or part of the United States, Puerto Rico or the U.S. Virgin Islands.  AT&T will make a reasonable attempt to contact by telephone the party responsible for the billed number to discuss the fraudulent activity prior to placing a restriction against the line.  The Billed Customer will be provided with written notification on billing restrictions placed against the line for Third Number or Collect Calls that are suspected to be unauthorized Toll Fraud charges within two business days.  The restriction will be removed within ten days if the calls are determined not to be fraudulent.  If the calls are determined to be fraudulent, calling will only be reinstated after the Company discusses with the party responsible for the billed telephone number a method to prevent unauthorized collect or third number billed calls.

**3.9.5. Fraud or Abuse -** In any instance in which AT&T determines that a Customer is operating an AT&T service in violation of Section 3.2.4. of this Tariff, AT&T may, immediately and upon written notice to the Customer, and without incurring any liability except for willful misconduct, restrict, suspend or discontinue providing the service.  AT&T may upon direction of the F.C.C., other government agencies, law enforcement officials or the courts, immediately and upon written notice to the Customer, and without incurring any liability except for willful misconduct, restrict, suspend or discontinue providing service which is being operated in violation of Section 3.2.5. of this Tariff.

**EXHIBIT A**

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  August 1, 2001

**TARIFF F.C.C. NO. 30**
1st Revised Page 53
Cancels Original Page 53
Effective:  August 2, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

** All material on this page is new. **

**A.** If AT&T determines that a Customer is placing an extraordinarily high volume of calls on an BTS account, AT&T will make a reasonable attempt to contact by telephone the Customer responsible for the billed number to discuss the suspected fraudulent use of the service prior to restricting, suspending or discontinuing the service.  An extraordinarily high volume of calls is the volume of calls placed in any 24-hour period which, if continued at that rate for a period of one month, would exceed at least three times the Customer's estimated monthly usage charges for that service (as determined by the lower of the Customer's designated monthly minimum usage commitment for that service, if any, or the immediately preceding month's usage charges).

If the Company does not receive satisfactory assurances, at the time contact is made with the Customer responsible for the billed number, that the Customer is not using the service in violation of Section 3.2.5., the Company may restrict, suspend, or discontinue providing the service.  The Customer responsible for the billed number will be provided with written notification of AT&T's actions regarding the service within two business days.  The service will be reinstated if the Company receives satisfactory assurances within ten days that the Customer is not using BTS in violation of Section 3.2.5.. or the Company receives an appropriate deposit pursuant to Section 3.5.5.

**B.** The Company may also refuse to provide BTS if the acts of the Customer or the conditions on its premises are consistent with patterns of known fraudulent activity such as to indicate an intention to defraud the Company once BTS is provided.

**C.** In order to prevent fraud, the Company may also, at its option, establish commercially reasonable toll limits for Customers for applicants for BTS service or existing Customers whose financial condition cannot be verified or is otherwise unacceptable to AT&T.  This toll usage limit may be increased or decreased by AT&T as it deems necessary in light of changing Customer circumstances.

**D.** In order to control fraud, the Company may temporarily restrict access to the AT&T Network from any specific line when a pattern of calling on that line is consistent with known patterns of fraudulent calling.  Prior to implementing this restriction, AT&T will make a reasonable attempt to contact by telephone the party responsible for the billed number to discuss the fraudulent activity prior to placing a restriction against the line.  If the responsible party cannot be contacted despite the Company's reasonable efforts, AT&T may, at its option, implement the restriction to avoid further fraudulent calling.  The Company will then notify the responsible party by the most expeditious means reasonably possible that the line has been restricted.  The restriction shall be removed when the responsible party informs AT&T that the calling is legitimate and/or instructs AT&T to restore service to that line.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: August 1, 2001

**TARIFF F.C.C. NO. 30**
Original Page 53.1

Effective: August 2, 2001

** All material on this page is new. **

### 3.9.7. Access Arbitrage

If a Customer violates Section 3.2.4.D., preceding (Access Arbitrage), an Access Arbitrage Fee will apply. The Access Arbitrage Fee is $0.05 for each minute of use of long distance service for High Cost Calls in excess of 7.37% that occurs subsequent to June 20, 2001. If an Access Arbitrage Fee would otherwise apply under another AT&T Tariff, the fee will only apply once for each such High Cost Call.

In addition, AT&T may restrict, suspend or discontinue Customer's use of BTS used in connection with Access Arbitrage if the Customer fails to cure a violation of Section 3.2.4.D. preceding, within ten (10) days after AT&T provides notice of such violation to Customer. Further, AT&T may prevent conversion under another AT&T service arrangement of any facility used subsequent to June 6, 2001, the effective date of this revision, to provide BTS in violation of Section 3.2.4.D.

EXHIBIT A

**AT&T COMMUNICATIONS**                                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                                         1st Revised Page 54
Bridgewater, NJ  08807                                                    Cancels Original Page 54
Issued:  August 1, 2001                                                  Effective:  August 2, 2001

** All material on this page is new. **

## 3.10. DEFINITIONS

**Access Line -** a transmission path that connects a Customer premises to an AT&T Central Office.

**Access Line Grouping -** an access line or group of access lines with the same assigned Software Defined Network identifying number, Global Software Defined Network Service identifying number, or with the same assigned Hospitality Network Service identifying number.  A group of access lines for a Software Defined Network Service may be either local exchange service access or special access lines, but must be *all of one type*.  Global Software Defined Network Service uses either special access lines or local exchange service access.  Special access lines must be between one *Customer premises* and one AT&T Central Office to be an Access Line Grouping.

**ANI** - ANI (Automatic Number Identification) refers to the delivery of the calling party's billing number by a local exchange carrier to any interconnecting carrier for billing or routing purposes and to the subsequent delivery of such number to end users.

**Assembly -** a configuration consisting of Customer equipment and/or a Customer-provided communications system or systems, which is connected to BTS.

**AT&T Central Office -** the physical point of access for a service to the AT&T interoffice network.  Criteria for establishing AT&T Central Offices and a list of AT&T Central Offices with services provided are in Tariff F.C.C. No. 10.

**AT&T Local Exchange Services -** Local Services offered pursuant to State Tariffs of AT&T and/or wholly-owned subsidiaries of AT&T.  AT&T Digital Link Local Service and any local services provided by Teleport Communications Group Inc. (TCG) or subsidiaries of TCG are not included in this definition.

**AT&T Long Distance Service -** the name under which the direct distance dialing capabilities of the BTS network (i.e., Dial Station calls) are marketed.

**AT&T Digital Link Local Service -** Local Service calling whose usage, e.g., minutes of use or usage billing is eligible for discount under, and contributes towards the satisfaction of commitments for various Volume and/or Term and Discount Plans (Plans) for Services offered under this Tariff which include intrastate usage.  These Plans include intrastate usage/usage billing for the satisfaction of usage/revenue commitments and provide discounts in AT&T State Tariffs for intrastate calling or interstate discounts in this Tariff based on intrastate usage/usage billing.

**EXHIBIT A**

**AT&T COMMUNICATIONS**                                                   **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                                    1st Revised Page 55
Bridgewater, NJ 08807                                                     Cancels Original Page 55
Issued: August 1, 2001                                                    Effective: August 2, 2001

** All material on this page is new. **

## 3.10. DEFINITIONS

**AT&T Toll-Free Service -** also known as AT&T 800 Service, includes Service Codes of 800 or 888.

**Billing Account Number -** for AT&T MultiQuest Service, one service arrangement at one location and one or more routing capabilities at the same location.

**Branch -** for AT&T Advanced MultiQuest Features, a routing alternative.  For purposes of ordering, RCS and RCS-RMI are the equivalent of ten branches.

**Building -** a structure consisting of an enclosed area surrounded by outside walls and under one continuous roof.

**Call -** a completed connection established between a calling station and one or more called stations.

**Called Station -** the station (e.g., telephone number) called, or the terminating point of a call.

**Calling Card -** a credit/charge card accepted by AT&T for the billing of BTS calls.  Calling Cards may be either Commercial Calling Cards or Consumer Calling Cards.

**Calling Party Number -** refers to the subscriber line number or the directory number contained in the Calling Party Number parameters of the call set-up message associated with an interstate call.  If the call has privacy indicator Calling Party Number information will not be passed to the Customer

**Calling Station -** the station from which a call is originated.

**CELLULAR EQUAL ACCESS -** The ability of the Customer of a Cellular Carrier to select an interexchange carrier of their choice.

**Cellular Identification Type Indicator -** The indicator assigned to a direct connect trunk group over which only cellular traffic is passed from the LEC access tandem or the cellular carrier's MTSO.

**Centrex, Centon, Centraflex, eg. -** Centrex service is an automatic switching system offering from LECs that provides Private Branch Exchange (PBX) service (via LEC Central Office equipment) with Direct Inward Dialing (DID) and Automatic Identified Outward Dialing (AIOD) features.  As the term "Centrex" is used in this tariff, Centon and Centraflex are examples of Centrex services.

**Centrex Line -** A Centrex Line is a LEC-provided line used to provide Centrex service, including, without limitation, a station or dialable extension or other similar portion of Centrex service.

EXHIBIT A

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  August 1, 2001

TARIFF F.C.C. NO. 30
1st Revised Page 56
Cancels Original Page 56
Effective:  August 2, 2001

** All material on this page is new. **

## 3.10.  DEFINITIONS (continued)

**Charge Number** - refers to the delivery of the calling party's billing number in a Signaling System 7 environment by a local exchange carrier to any interconnecting carrier for billing or routing purposes, and to the subsequent delivery of such number to end users.

**Collect Call -** a billing arrangement which bills the charge for an BTS call to the called station's telephone number.

**Commonwealth of the Northern Mariana Islands (includes Saipan) -** CNMI

**Commercial Calling Card -** A Calling Card issued by AT&T or a Local Exchange company that is billed to an account associated with a line for which the subscriber pays a rate that is described solely as a business or commercial rate in the applicable Local Exchange Company tariff for switched services; or a Credit/Charge Card issued by a non-carrier to a Customer whom the issuer defines as a Commercial or Business account.

**Cooperative LEC** - A local exchange company with which AT&T has made cooperative business arrangements for operational functions such as bill preparation, service provisioning and customer support. Services provided by a Cooperative LEC associated with the Customer's subscription to a service provided under this Tariff are considered intrastate services for purposes of this Tariff.

**Company -** American Telephone and Telegraph Company, Interstate Division (AT&T Communications), its Concurring Carriers and its Connecting Carriers, either individually or collectively.

**Consumer Calling Card -** Any Calling Card that is not a Commercial Calling Card.

**Cross-Reference Billing -** An option wherein Customers of AT&T Corporate Calling Card Service may be billed via a commercial credit card account.

**Customer -** the person or legal entity which orders BTS (either directly or through an agent) and is responsible for payment of tariffed charges for services furnished to that Customer.

**Customer-Provided Communications System -** dedicated private line channels and equipment (e.g., microwave or cable system) furnished by the Customer for communications between premises.

**Customer Dialed Calling Card Station -** that service where the charges for the call are billed to a Company authorized Calling Card.

**Customer Equipment -** terminal equipment, a multiline terminating system or protective circuitry located at a non-Company premises.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  August 1, 2001

**TARIFF F.C.C. NO. 30**
Original Page 56.1

Effective:  August 2, 2001

** All material on this page is new. **

## 3.10. DEFINITIONS

**Customer-Provided Test Equipment -** non-Company test equipment which is located at a Customer or Users premises and is used for the detection and/or isolation of a communications service fault.

**Dial Station -** that service where the person originating the call dials the telephone number desired, completes the call without the assistance of a Company operator and the call is billed to the originating number.

**Direct Electrical Connection -** a physical connection (i.e., not through a switch) of the electrical conductors in a communications path.

**Dual Party Relay (DPR) -** see Telecommunications Relay Service.

**800 Service -** service that is called either AT&T 800 Service or AT&T Toll-Free Service.

**Electronic Funds Transfer -** Transmission of monetary payment to a Customer or vendor account in lieu of cash, check or other payment instrument.

**Exchange -** a unit established by the Local Exchange Company for the administration of communications service in a specified area which usually embraces a city, town, or village and its environs.  It consists of one or more central offices together with the associated plant used in furnishing communications service within that area.

**Exchange Area -** the territory served by an exchange.

**Future Value Long Distance Certificates -** are AT&T Long Distance certificates that increase in value over time.

**Grandfathered -** a term which describes Customer Equipment that was directly connected as specified below and that is grandfathered under Part 68 of the Federal Communications Commission's Rules and Regulations because:

**A.** The terminal equipment was directly connected to the telecommunications network or local exchange service prior to July 1, 1979.

**B.** The multiline terminating system was directly connected to the telecommunications network or local exchange service prior to January 1, 1980.

**C.** The protective circuitry was directly connected to the telecommunications network or local exchange service prior to the dates set forth in A. and B. preceding.

**HIGH CAPACITY (HICAP) -** As used with AT&T MultiQuest HICAP Service, denotes a call handling capacity of greater than 1800 calls per minute.

**HOME RATE AREA (HRA) -** The geographic region licensed to the Cellular Carrier by the Federal Communications Commission where cellular calls are rated at the home rate.

EXHIBIT A

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: August 1, 2001

TARIFF F.C.C. NO. 30
Original Page 56.2

Effective: August 2, 2001

** All material on this page is new. **

### 3.10. DEFINITIONS (continued)

**Incomplete Call Attempt -** Calls that are not completed (e.g., a busy signal or ring no answer returned to the calling party) due to insufficient answering capability and/or, for HIGH CAPACITY Service, calls that are attempted after the specified time period.

**Information Indicator (II) Digits -** As used with INFO-2, II Digits, as described in Integrated Services Digital Network (ISDN) specifications, define the origination of a call (e.g. coin or non-coin, hotel, cellular, special operator handled: coinless, prison, etc.).

**Interface -** the electrical and physical means by which a connection is made at the station.

**International Dial -** that class of service which is available on a Dial Station basis to certain specified overseas points. International Dial is similar to Dial Station service in that the calling party dials the international number and completes the call without the assistance of a Company operator (see Dial Station).

**Location Customer -** as used with the SDN Location Account Billing Option, a Location Customer is a Customer of AT&T, is responsible for payment of tariffed charges for services furnished to that Location Customer, and must comply with all other regulations specified in this tariff that are applicable to AT&T Customers.

**Local Exchange Service Access Line -** a common line that connects a Customer premises to an AT&T switched service via the local exchange company public switched network.

**Local Service Management Systems (LSMS) -** An intermediate data base system which receives downloads of Customer records from the SMS/800 and further downloads them to the appropriate SCPs in its network.

**Main Billed Account -** The account associated with a Customer's service to which BTS charges are billed. Such an account may include one or more local or foreign exchange telephone number(s). As used with AT&T MultiQuest Express900 Service, it is the account associated with a Customer's AT&T MultiQuest Express900 Service Arrangement to which charges are billed. Such an account may include one or more AT&T MultiQuest Express900 Service numbers and/or routing arrangements.

**Mainland -** the 48 contiguous states and the District of Columbia.

**Mobile Earth Station (MES) -** Any land or sea location which transmits and receives signals to and from orbiting satellites.

**Mobile Identification Number -** A Mobile Identification Number (MIN) is the telephone number associated with a cellular mobile telephone.

**Multiline Terminating System -** Customer's or User's premises switching equipment and key telephone type systems which are capable of terminating more than one local exchange service line, WATS access line, circuit or Customer-provided communications system.

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                        Original Page 56.3
Bridgewater, NJ 08807
Issued: August 1, 2001                                    Effective: August 2, 2001

** All material on this page is new. **

### 3.10. DEFINITIONS (continued)

**Network Specific Facilities Field -** as used with SDN or SDS, the field of the setup message that defines which network facilities are being invoked to transport a call.

**Off-Network Call -** a call between a station on a Custom Network Service and a station which is not associated with a Custom Network Service.

**On-Network Call -** a call between stations on a Custom Network Service.

**Operator Station -** service, other than Customer Dialed Calling Card Station service, Operator Dialed Calling Card Station service and Person-to-Person service, which requires the assistance of a Company operator to complete the call.

**Originating Rating Point Identifier -** The NPA NXX of the MTSO or the LEC access tandem from which the cellular call originates.

**Person-to-Person -** service for which the person originating the call specifies to the Company operator a particular person, mobile station, department, extension, or office to be reached.

**Point of Connection -** a rate center specified in Tariff F.C.C. No. 10.

**Premises -** a building or buildings on continuous property (except railroad rights-of-way, etc.) not separated by a public thoroughfare.

**Professional Voice -** AT&T provides personnel from a talent agency to provide announcements for Advanced MultiQuest Features.

**Protective Circuitry -** discrete electrical circuitry that is within the scope of the Registration Program and is designed to protect BTS from harm.

**Public/Semi-Public Telephone -** Coin operated or coinless telephones which are generally available for public use in the United States, Puerto Rico and the U.S. Virgin Islands. These telephones can be owned by local telephone companies, interexchange carriers and/or private Customers. Calls from coinless telephones must use an alternate billing method such as calling card, commercial credit card, third number or collect.

**Rate Center -** a specified geographical location used for determining mileage measurements.

**Rate Center Area -** the area which encompasses the territories identified by the central office codes that are assigned to a rate center.

**Recording Number -** as used with AT&T MEGACOM Service, an assigned identifying number which denotes a particular origination in an AT&T MEGACOM Service Central Office as specified by a Customer for traffic to be connected from the Customer's specific access service arrangement. AT&T MEGACOM Service nonrecurring, monthly and usage charges are applied per recording number.

EXHIBIT A

**AT&T COMMUNICATIONS**                                        **TARIFF F.C.C. NO. 30**
*Adm. Rates and Tariffs*                                          Original Page 56.4
Bridgewater, NJ 08807
Issued: August 1, 2001                                    Effective: August 2, 2001

**\*\* All material on this page is new. \*\***

## 3.10. DEFINITIONS (continued)

**Registered -** a term which means compliance with and approval within the Registration Program.

**Registration Program -** Part 68 of the FCC's Rules and Regulations which permits Customer Equipment *to be directly connected to CTS, WATS, BTS and certain circuits without the requirement for protective circuitry.*

**Responsible Organization (Resp Org) -** *The entity that has responsibility for the management of 800 numbers in SMS,* including maintaining Customer records in the SMS system. Also, the entity which accesses the SMS/800 to: (a) search for and reserve 800 numbers; and (b) create and maintain 800 number Customer records, including call processing records.

**Routing Arrangement -** As used with the AT&T CustomNet Service Inward Calling Option, denotes the particular numeric destination of traffic at the Customer's premises.

**Routing Capability -** *a feature of AT&T MultiQuest Service which allows a Customer to route calls to the* same 900 telephone number to different terminating locations on the Customer's premises.

**Routing Telephone Number -** a telephone number used by AT&T Network *to route a call to the proper* destination. The routing telephone number contains the intelligence to locate the terminating 4ESS and the *internal software routing mechanism contained in the 4ESS.*

**Semi-Professional Voice -** AT&T personnel used to provide announcements for Advanced MultiQuest Features.

**Service Control Point (SCP) -** The real-time data base system in the 800 Data Base Service network that contains instructions on how Customers wish their calls to be routed, *terminated or otherwise* processed.

**Service Management System (SMS/800) -** The main administrative support system of 800 Data Base Service. It is used to create and update Customer 800 service records that are then downloaded to Service Control Points (SCPs) for handling Customer's 800 service calls and to Local Service Management Systems (LSMSs) for subsequent downloading to SCPs. The system is also used by Resp Orgs to reserve and assign 800 numbers.

**Setup Message -** as used with SDN or SDS, a message sent by the calling user to the network and by the network to the called user to initiate call establishment.

**Special Access Line -** a dedicated communication path that connects a Customer premises to an AT&T *switched service using services obtained from this Company's Tariff F.C.C. No. 9 and/or Tariff F.C.C. No. 11,* or access obtained from others.

**Standard Interval Installation Due Date -** *The standard interval installation due date is established by* the Company for SDDN. The Company uses these dates to identify key activities in the order process and to monitor the progress of the installation. These dates may vary by geographic region or over time.

EXHIBIT A

AT&T COMMUNICATIONS                                          TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                             Original Page 56.5
Bridgewater, NJ 08807
Issued: August 1, 2001                                      Effective: August 2, 2001

** All material on this page is new. **

### 3.10. DEFINITIONS (continued)

**Standard Jack -** the means of connecting Customer Equipment to BTS as specified in the Registration Program.

**Station -** any location from which BTS calls can be placed and/or received.

**Switching Equipment -** equipment which performs the function of establishing and releasing connections on a per call basis between stations, telecommunications services, or communications systems.

**Telecommunications Network -** the CTS, BTS and WATS network provided by the Company.

**Telecommunications Relay Service (TRS) -** an arrangement which permits persons with hearing and/or speech disabilities who use a Text Telephone (TT) or its equivalent, to communicate with hearing persons who use an ordinary telephone. A Company Communications Assistant provides translation assistance between voice and text and vice-versa.

**Terminal Equipment -** any telecommunications equipment other than a multiline terminating system, or communications system connected to BTS at a Customer's or User's premises.

**Text Telephone (TT) -** A machine that employs graphic communication in the transmission of coded signals through a communication system.

**Third Number Billing -** an optional billing procedure that permits the charges for an BTS call to be billed to a number that is different from the calling number or the called number.

**United States -** the 50 United States and the District of Columbia.

**Zoned City -** a unit established by a Local Exchange Company for the administration of communications within an area that usually encompasses a city. Each zoned city will be assigned a V & H coordinate designated as the "Master Zone." In addition, the zoned city will be subdivided into two or more city zones that will be assigned V & H coordinates. The following cities are classified as zoned cities: Chicago, Illinois; Danville, Freemont-Newark, Los Angeles, Oakland, Pasadena, and San Francisco, California; Minneapolis and St. Paul, Minnesota; Milwaukee, Wisconsin; New York, New York; and Philadelphia and Pittsburgh, Pennsylvania.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 57

Effective:  July 31, 2001

# BUSINESS TELECOMMUNICATIONS SERVICE

## SECTION 4

## INITIAL SUBSCRIPTION TO AT&T

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 58

Effective: July 31, 2001

# BUSINESS TELECOMMUNICATIONS SERVICE

## SECTION 4 – INITIAL SUBSCRIPTION TO AT&T

**4.1. General -** The rates, terms and conditions in this Section apply to state-to-state and international Dial Station calls placed by Customers whose initial subscription to AT&T is made through a local service provider and the Customer has not yet received an AT&T Business Services Agreement. AT&T will issue an AT&T Business Services Agreement to the Customer following notification by the local service provider to AT&T that the Customer has subscribed to AT&T as their primary interexchange carrier.

The Dial Station services provided under this Section will be furnished to a Customer only until the Customer receives the AT&T Business Services Agreement or until the Customer directly contacts AT&T and enrolls in an AT&T Calling Plan, Promotion or Service Offering that is not provided under this tariff, whichever occurs first.

The rates, terms and conditions contained in this Section apply in addition to the General Regulations specified in Section 3 preceding.

**4.1.1. Dial Station -** The Dial Station service furnished under this Section provides for two-point Customer-dialed state-to-state calls and two-point Customer-dialed international calls. This Section also applies to Customers who obtain wireless service for their Dial Station calls through a wireless company other than AT&T Wireless Services.

 - State-to-state Dial Station calls billed to the Customer's domestic telephone account are furnished as specified in Section 4.1.1.A. following.

 - International Dial Station calls billed to the Customer's domestic telephone account are furnished as specified in Section 4.1.1.B. following.

Customers who place Dial Station calls via the AT&T Satellite Services specified in Section 7 following will be billed at the rates and charges specified for such AT&T Satellite service calls.



EXHIBIT A

**AT&T COMMUNICATIONS**    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs    1st Revised Page 59
Bridgewater, NJ 08807    Cancels Original Page 59
Issued: June 29, 2007    Effective: July 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.A.  State-to-State Dial Station Calls Billed To The Customer's Domestic Telephone Account -** State-to-state Dial Station calls billed to the Customer's domestic account are furnished:

- between stations in different states in the Mainland,

- between a station in the Mainland and a station in Alaska, Guam,
  CNMI, American Samoa or Hawaii,                                                    C

- between a station in Hawaii and a station in Alaska, Guam,
  CNMI, American Samoa or the Mainland,                                              C

- between a station in the Mainland or Hawaii and a station in
  Puerto Rico or the US Virgin Islands,

- between a station in Puerto Rico or the US Virgin Islands and a
  station in the Mainland, Guam, CNMI, American Samoa, Alaska, or Hawaii,
                                                                                     C

- between stations in Puerto Rico and the US Virgin Islands,

- between a station in the Mainland, Hawaii, Puerto Rico or the US
  Virgin Islands and a station in a Foreign Country or Area.

**4.1.1.A.1.  Application of Rates -** The specific factors used to determine the applicable charges for a call are indicated on the respective rate schedules.  The following factors are common to the rate schedules.

 **(a).  Distance Measurement -** Distance measurements are determined as set forth in Section 3.8.1., preceding.

 **(b).  Rate Periods -** The following rate periods are associated with state-to-state Dial Station calls corresponding with Rate Table 8.1.2-1 for calls placed from the US Mainland or Hawaii and Rate Table 8.2.2-1 for calls placed from Puerto Rico or the US Virgin Islands.

 **I.  State-to-State Dial Station Calls placed from the US Mainland or Hawaii**

 **(i).  Peak Rate period -** The Peak Rate period is 7:00 a.m. through 6:59 p.m. Monday through Friday.

 **(ii).  Off-Peak Rate period -** The Off-Peak Rate period is 12:00 a.m. through 6:59 a.m. and 7:00 p.m. through 11:59 p.m. Monday through Friday.

 **(iii).  Weekend Rate period -** The Weekend Rate period is 12:00 a.m. Saturday through 11:59 p.m. Sunday.

 **II.    State-to-State Dial Station Calls placed from Puerto Rico or the US Virgin Islands**

 **(i).  Day Rate period -** The Day Rate period is 8:00 a.m.through 4:59 p.m. Monday through Friday.

 **(ii).  Evening Rate period -** The Evening Rate period is 5:00 p.m. through 10:59 p.m.Sunday through Friday.

 **(iii).  Night/Weekend Rate period -** The Night/Weekend Rate period is 12:00 a.m. through 7:59 a.m. and 11:00 p.m. through 11:59 p.m. Sunday through Friday; 8:00 a.m. through 4:59 p.m. Sunday; and 12:00 a.m. through 11:59 p.m. Saturday.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                              Original Page 60
Bridgewater, NJ 08807
Issued: July 30, 2001                                          Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 4.1.1.A.1. Application of Rates (continued)

**(c). Computing the Charge for a Call -** The rate applicable at the start of chargeable time at the calling station applies. If chargeable time begins during the Evening or Off-Peak Rate Period, the Evening or Off-Peak rate applies to the initial minute and to any additional minutes that the call continues during that rate period. If the call continues into a different rate period, the appropriate rates from that rate period apply to any additional minutes occurring in that rate period. If a minute is split between two rate periods, the rate period applicable at the start of the minute applies to that entire minute. The duration of each call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45 second call will be billed as a one-minute call).

**(d). Rates Applicable for Persons with Hearing and/or Speech Disabilities -** Reduced rates are available to qualified persons who have hearing and/or speech disabilities subject to the following:

**I. Application -** Persons who have been certified in writing by a licensed physician, audiologist, speech pathologist, or appropriate State or Federal agency as having a hearing or speech disability which precludes oral communications and who have and use a telecommunications device for visual communications, will receive an adjustment on Customer dialed station calls which do not require the intervention of a Company operator. The adjustment is applied to the appropriate rate schedules according to the following:

**(i)** Calls placed during the Day rate period will be charged at the applicable Evening or Off-Peak rate,

**(ii)** Calls placed during the Evening/Off-Peak rate period will be charged at the Night/Weekend rate,

**II. Certification -** The written certification of the speech or hearing disability must be presented to this Company's Business/Residence Service Center which serves the residence of the certified person.

The Company's Business/Residence Service Center, upon request, will provide a certification form for use by the applicant.

**III. Limitations -** The adjustment is provided for use only by the Customer having the speech or hearing disability. It is only applicable to charges for state-to-state Dial Station calls originated from and billed to the Exchange Service number of the residence of the person with the certified speech or hearing disability. Only one Exchange Service number at a residence is authorized this rate adjustment.



EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                     1st Revised Page 61
Bridgewater, NJ  08807                                     Cancels Original Page 61
Issued:  June 29, 2007                                     Effective:  July 1, 2007

## BUSINESS TELECOMMUNICATIONS SERVICE

### 4.1.1.  Application of Rates (continued)

**(e). Rates -** The Rates Tables applicable to State-to-state Dial Station calls are listed in Section 8. following, as follows:

- between stations in different states in the Mainland,
- between a station in the Mainland and a station in Alaska, Guam, CNMI, American Samoa or Hawaii,                                                                    C
- between a station in Hawaii and a station in Alaska, Guam, CNMI, American Samoa or the Mainland,                                                                  C
- between a station in the Mainland or Hawaii and a station in Puerto Rico or the US Virgin Islands,
- between a station in Puerto Rico or the US Virgin Islands and a station in the Mainland, Guam, CNMI, Alaska, American Samoa or Hawaii,                             C
- between stations in Puerto Rico and the US Virgin Islands,
- between a station in the Mainland, Hawaii, Puerto Rico or the US Virgin Islands and a station in a Foreign Country or Area.

- State-to-State/IntraLATA Rate Schedules

**(f).  Single Bill Fee –**In addition to all other rates and charges in this tariff, AT&T Customers who receive their AT&T bills together with their bills from their local exchange carrier, will be assessed a $1.50 charge for each bill issued.  The Single Bill Fee will not be prorated.  This charge is not applicable to the following Customers:

**(i).** Customers who do not have a choice of receiving their AT&T bill directly from AT&T via paper bill.

**(ii).** Customers who qualify as a "low income" subscriber, defined as one who meets the eligibility requirements of a low income plan (e.g., lifeline, Link-Up, etc.) offered by the Customer's Local Exchange Company, and notify AT&T of their eligibility, and provide the required certification to AT&T .

**(iii).** Customers in Puerto Rico and the US Virgin Islands.

**(iv).** Customers who inform AT&T that they are blind or visually impaired and who request their AT&T invoices in Braille or Customers in Missouri who request their AT&T invoices in large print.

EXHIBIT A

**AT&T COMMUNICATIONS**                                              **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                                        Original Page 62
Bridgewater, NJ  08807
Issued:  July 30, 2001                                                  Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 4.1.1.B.  International Dial Station Calls

**4.1.1.B.  General -** International Dial Station calls are furnished:

- between a station in the Mainland and a station in a foreign
  country or area,
- between a station in Hawaii and a station in a foreign country
  or area or
  between a station in Puerto Rico or the US Virgin Islands and a
  station in a foreign country or area.

Facilities at the Mainland, Hawaii, Puerto Rico and US Virgin Islands ends of the channels used to provide international Dial Station calls are furnished by this Company.  The facilities at the other end are furnished by connecting companies, foreign administrations, or both.

Rates, regulations and material in this Section are for two-point service only, and apply to international Dial Station calls.

**4.1.1.B.1.  Regulations -** In addition to the regulations in Section 3., preceding, the following regulations also apply to international Dial Station calls:

**(a).  Availability of Service –** International Dial Station service is generally available twenty-four hours a day, seven days a week subject to the limitations listed in II., following.

**I.  Countries and Areas Served -** The countries and areas to which international Dial Station service is available are as indicated in the Rate Tables set forth in Section 8.

**II.  Limitations -** Certain factors limit the availability of international Dial Station service.  Specifically, they are:

**(i)** Service is furnished subject to transmission, atmospheric, and similar limitations.

**(ii)** Calls to or from a foreign country or area, or calls routed through a foreign country or area, are subject to such restrictions as may be enforced from time to time by the authorities in that country or area.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 63

Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.B.2.  International Mobile Termination Charge** – The International Mobile Termination Charge is applicable to certain international Dial Station calls originating in the Mainland or Hawaii and terminating in non-US countries or areas to a mobile or like service or to a routing code established for mobile or like services.

**(a).  Application of Charge** – The International Mobile Termination Charge is a rate per country, per minute (24 hours a day, 7 days a week) that is in addition to the Customer's international Dial

**(b).  Rates** – The rates for the International Mobile Termination Charge are specified in Section 8.  The application of this charge is subject to billing availability.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 64

Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.B.3. Mainland - Canada Service -** The following applies to international Dial Station calls between stations covered by the Mainland - Canada Dial Station rate schedule.

**(a). Distance Measurement -** Distance is calculated as stated in Distance Measurement, 3.8.1.C., preceding.

**(b). Rate Periods**

**(I). Standard Rate Period -**  The time-of-day, hours, and days of the week that include the Standard Rate Period are shown on the Mainland - Canada rate schedule in Section 6 following.

**(II). Economy Rate Period -**   The time-of-day, hours, and days of the week that include the Economy Rate Period are shown on the Mainland - Canada rate schedule in Section 6 following.

**(c). Computing The Charge For A Call -** The rate period applicable at the start of chargeable time at the calling station applies to the entire call.  That is, if a call is initiated during the Standard rate period and continues into the Economy rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Economy rate period.   The applicable rates and the times in effect are indicated on the rate schedules.  The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call).

**(d). Rates Applicable on Certain Holidays -** Rate application on holidays is the same as for all other days.

**(e). Rates -** The Dial Station rates for Mainland - Canada Service are listed in Section 8. following.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                          Original Page 65
Bridgewater, NJ 08807
Issued: July 30, 2001                                      Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.B.4. Mainland - Mexico Service -** The following applies to international Dial Station calls between stations covered by the Mainland - Mexico Dial Station rate schedules. The total charge of the call is determined by adding the applicable rates as stated in Section 8, Schedule 1 and Schedule 2.

**(a). Application of Rates -** Schedule 1 rates apply to the portion of the call from locations in the Mainland to the point of connection at the international boundary. Schedule 1 rates are based on the distance in airline miles between the rate centers of the Mainland station and a point of connection at the U.S. - Mexico international boundary. The airline mileage for Schedule 1 is calculated as stated in Distance Measurement, Section 3.8.1.E. Schedule 2 rates apply to the portion of the call between the point of connection at the international boundary and the location in Mexico.

**(b). Rate Periods**

**(I). Standard Rate Period -** The time-of-day, hours, and days of the week that include the Standard Rate Period are shown on the Mainland - Mexico rate schedule in Section 6 following.

**(II). Economy Rate Period –** The time-of-day, hours, and days of the week that include the Economy Rate Period are shown on the Mainland - Mexico rate schedule in Section 6 following.

**(c). Computing The Charge For A Call -** The rate period applicable at the start of chargeable time at the calling station applies to the entire call. That is, if a call is initiated during the Standard rate period and continues into the Economy rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Economy rate period. The applicable rates and the times in effect are indicated on the rate schedules. The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call).

**(d). Rates Applicable on Certain Holidays -** Rate application on holidays is the same as for all other days.

**(e). Rates -** The Dial Station rates for Mainland - Mexico Service are listed in Section 8., following,.

**EXHIBIT A**

**AT&T COMMUNICATIONS**                                          **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                                          Original Page 66
Bridgewater, NJ  08807
Issued:  July 30, 2001                                              Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.B.5.  Mainland Service to Foreign Countries or Areas other than Canada or Mexico** - The following applies to international Dial Station calls between stations covered by the Mainland - to Foreign Countries or Areas Other Than Canada or Mexico rate schedules.

**(a). Rate Periods**

**(I). Standard Rate Period** -  The time-of-day, hours, and days of the week that include the Standard Rate Period are shown on the Mainland – to Foreign Countries or Areas Other Than Canada or Mexico rate schedule in Section 6 following.

**(II). Economy Rate Period** –  The time-of-day, hours, and days of the week that include the Economy Rate Period are shown on the Mainland - to Foreign Countries or Areas Other Than Canada or Mexico rate schedule in Section 6 following.

**(c). Computing The Charge For A Call** -  The rate period applicable at the start of chargeable time at the calling station applies to the entire call.  That is, if a call is initiated during the Standard rate period and continues into the Economy rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Economy rate period.  The applicable rates and the times in effect are indicated on the rate schedules.  The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**(d). Rates Applicable on Holidays -** Rates applicable on holidays are the same as those rates applicable for all other days of the year.

**(e). Rates -** The Dial Station rates for Mainland Service to Foreign Countries or Areas other than Canada or Mexico are listed in Section 8 following.



**AT&T COMMUNICATIONS**  **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs  Original Page 67
Bridgewater, NJ 08807
Issued: July 30, 2001  Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.B.6. Hawaii Service to Foreign Countries or Areas** – The following applies to international Dial Station calls between stations covered by the Hawaii – to Foreign Countries or Areas Dial Station rate schedule.

### (a). Rate Periods

(I). **Standard Rate Period** - The time-of-day, hours, and days of the week that include the Standard Rate Period are shown on the Hawaii – to Foreign Countries or Areas rate schedule in Section 6 following.

(II). **Economy Rate Period** – The time-of-day, hours, and days of the week that include the Economy Rate Period are shown on the Hawaii - to Foreign Countries or Areas rate schedule in Section 6 following.

(b). **Computing The Charge For A Call -** For calls from Hawaii to foreign countries or areas, when a call is established in one rate period and continues into other rate periods, the rate in effect at the calling station for each rate period applies to the portion of the call occurring within that rate period. Chargeable time for a rate period (e.g., 7AM - 1PM) begins with the first stated hour (e.g., 7AM) and continues to, but does not include, the second stated hour (e.g., 1PM). When a unit of time is split between two rate periods, the rate applicable to that unit of time is based on the rate period in which it began.

(c). **Rates Applicable on Holidays -** Rates applicable on holidays are the same as those rates applicable for all other days of the year.

(d). **Rates -** The Dial Station rates for Hawaii Service to Foreign Countries or Areas are listed in Section 8, following.

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                            Original Page 68
Bridgewater, NJ  08807
Issued:  July 30, 2001                                     Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.B.7.  Puerto Rico Service to Foreign Countries or Areas -** The following applies to international Dial Station calls between stations covered by the Puerto Rico to Foreign Countries or Areas rate schedule.

### (a).  Rate Periods

**(I).  Standard Rate Period -** The time-of-day, hours, and days of the week that include the Standard Rate Period are shown on the Puerto Rico– to Foreign Countries or Areas rate schedule in Section 6 following.

**(II).  Discount Rate Period –** The time-of-day, hours, and days of the week that include the Discount Rate Period are shown on the Puerto Rico - to Foreign Countries or Areas rate schedule in Section 6 following.

**(III).  Initial Period -** The Initial period for all International calls specified is one minute.

**(IV).  Additional Period -** The Additional Period for all International calls specified is one minute.

**(b).  Computing The Charge For A Call -** The rate period applicable at the start of chargeable time at the calling station applies to the entire call.  That is, if a call is initiated during the Standard rate period and continues into the Discount rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Discount rate period.  The applicable rates and the times in effect are indicated on the rate schedules.  The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**(c).  Rates Applicable on Holidays -** On the holidays listed below, rates will apply for Dial Station calls originating from Puerto Rico.
- A 20% discount will apply to rates for International Dial calls terminating in British Virgin Islands, and for International Dial calls terminating in Cuba (excluding Guantanamo Bay)

- Discount Period rates for International Dial calls terminating in all other international countries.

Holidays Include:

  Three Kings' Day
  Constitution Day
  Anniversary of the Discovery of Puerto Rico

**(d).  Rates -** The rates for Puerto Rico Service to Foreign Countries or Areas are listed in Section 8, following.

EXHIBIT A

AT&T COMMUNICATIONS                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                      Original Page 69
Bridgewater, NJ  08807
Issued:  July 30, 2001                                   Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**4.1.1.B.8.  US Virgin Islands Service to Foreign Countries or Areas -** The following applies to international Dial Station calls between stations covered by the US Virgin Islands to Foreign Countries or Areas rate schedule.

### (a).  Rate Periods

**(I).  Standard Rate Period** -  The time-of-day, hours, and days of the week that include the Standard Rate Period are shown on the US Virgin Islands– to Foreign Countries or Areas rate schedule in Section 6 following.

**(II).  Discount Rate Period** –  The time-of-day, hours, and days of the week that include the Discount Rate Period are shown on the US Virgin Islands - to Foreign Countries or Areas rate schedule in Section 6 following.

**(III).  Initial Period -** The Initial period for all International calls specified is one minute.

**(IV).  Additional Period -** The Additional Period for all International calls specified is one minute.

**(b).  Computing The Charge For A Call -**  The rate period applicable at the start of chargeable time at the calling station applies to the entire call.  That is, if a call is initiated during the Standard rate period and continues into the Discount rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Discount rate period.  The applicable rates and the times in effect are indicated on the rate schedules.  The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**(c).  Rates Applicable on Holidays -** Rates applicable on holidays are the same as those rates applicable for all other days of the year.

**(d).  Rates -** The rates for US Virgin Islands Service to Foreign Countries or Areas are listed in Rate Table 8.2.3-3, following.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 70

Effective:  July 31, 2001

**BUSINESS TELECOMMUNICATIONS SERVICE**

**SECTION 5**

**CASUAL CALLING SERVICES**

EXHIBIT A

**AT&T COMMUNICATIONS**                                   **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                          Original Page 71
Bridgewater, NJ 08807
Issued:  July 30, 2001                                    Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### Section 5 - Casual Calling Services

**5.1.  GENERAL -**  AT&T Casual Calling Services permit callers to access AT&T's switched network for completion of their state-to-state and international Dial Station calls by dialing carrier access code, 1010288. The rates, terms and conditions specified in this Section apply to state-to-state and international Dial Station calls billed under the following Non-Subscriber 1010288 Service.

The rates, terms and conditions contained in this Section apply in addition to the General Regulations specified in Section 3 preceding.

**5.1.1.  Non-Subscriber 1010288 Service** - provides for state-to-state and international Dial Station calls placed via carrier access code 1010288 and billed to the Customer's main billed domestic telephone account that is not presubscribed to AT&T as the primary interexchange carrier.

**A.  Internet Service Connections -** Customers will be billed the applicable Non-Subscriber 1010288 Service usage charges and service charges for calls connected to the AT&T network for the Customer by internet service providers using carrier access code 1010288.

**B.  AT&T  Satellite Service Calls -** Customers using carrier access code 1010288 for completion of calls via the AT&T Satellite Services specified in Section 7 following will be billed the applicable service charge specified in Section 8 following for Non-Subscriber Service plus the applicable charges specified for AT&T Satellite Services.

Non-Subscriber 1010288 Service is provided as specified in Section 5.2. following.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 72

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### 5. CASUAL CALLING SERVICES   (continued)

#### 5.2. Non-Subscriber 1010288 Service

**5.2.1. General -** Non-Subscriber 1010288 Service is available for state-to-state and international Dial Station calls placed from points within the Mainland, Hawaii, Puerto Rico or the US Virgin Islands and billed to the Customer's domestic telephone account that is not presubscribed to AT&T as the primary interexchange carrier. Access to Non-Subscriber 1010288 Service for Dial Station calls must be made by dialing carrier access code 1010288.

**5.2.2. Calls Not Subject To Non-Subscriber 1010288 Charges -** Non-Subscriber 1010288 Service does not include; conference calls, calls to AT&T Directory Assistance, calls to "00"INFO, calls completed via "00"INFO, calls to 800 and 900 telephone numbers, Telecommunications Relay Service calls, calls placed from cellular phones, calls made by Customers with Disabilities who are Certified as described in Section 4.1.1.A.1.II. (except in areas served by Qwest), calls billed to a telephone account for which presubscription to AT&T has been discontinued but an active billing record for such account still exists in AT&T's billing system.

**5.2.3. Credits -** AT&T will credit the charges for Non-Subscriber 1010288 Service reported by newly presubscribed AT&T Customers during the period between presubscription and administrative processing of the new Customer.  AT&T will also credit the charges for Non-Subscriber 1010288 Service reported by Customers during a F.C.C. reportable incident of service outage by another interexchange carrier.  To receive either of these credits, Customers must contact AT&T through an 800 number designated for billing inquiries.  Applicable Dial Station charges will apply for all completed calls for which a credit is received.  The credit will be given either in the form of a bill credit or a Long Distance Certificate, at AT&T's discretion.

**5.2.4. Availability -** The application of charges for Non-Subscriber 1010288 Service is subject to billing availability.

#### 5.2.5. Rates and Charges -

- Usage charges and a per call Service Charge apply to each completed
  call.

- Service Charges associated with Non-Subscriber 1010288 Service apply
  in addition to all other applicable Service Charges and Surcharges.

- Charges are applicable 24 hours-a-day, 7 days-a-week.

- Duration of each call is recorded in whole minutes, with partial minutes
  rounded up to the next whole minute (for example, a 45 second call will
  be billed as a noe-minute call).

- The rate schedules applicable to Non-Subscriber 1010288 Service are specified in Section 8 following.

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 73

Effective: July 31, 2001

**EXHIBIT A**

**BUSINESS TELECOMMUNICATIONS SERVICE**

**SECTION 6**

**Collect Calls Received from International Countries/Areas**

EXHIBIT A

AT&T COMMUNICATIONS  
Adm. Rates and Tariffs  
Bridgewater, NJ 08807  
Issued: July 30, 2001

TARIFF F.C.C. NO. 30  
Original Page 74

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

### Section 6 - Collect Calls Received From International Countries/Areas

**6.1.  General -** Collect calls received from international countries/areas are furnished:

- to a station in the Mainland from a station in a foreign
  country or area or,
- to a station in Hawaii from a station in a foreign country
  or area or
  to a station in Puerto Rico or the US Virgin Islands from a
  station in a foreign country or area.

Facilities at the Mainland, Hawaii, Puerto Rico and US Virgin Islands ends of the channels used to provide international Collect calls are furnished by this Company.  The facilities at the other end are furnished by connecting companies, foreign administrations, or both.

Rates, regulations and material in this Section are for two-point service only, and apply to Collect calls received from international countries/areas.

**6.1.1.  Regulations -** In addition to the regulations in Section 3., preceding, the following regulations also apply to Collect calls received from international countries/areas:

**A.  Collect Calls -** This option allows a call to be billed to the called station, if the charges are accepted by the called party, station, or number.  Person-to-Person rates apply when the person placing the call specifies the particular party to be reached by the Company Operator.  The specified party may be a person, or a station, department, extension or office.  After the called station has been reached, if the called party is unavailable and calling party requests or agrees to speak to a party other than the party initially specified, the call is still billed as a Person-to-Person call.  The calling party is responsible for identifying the party at the called station.  Collect Calls are not permitted to a public or semi-public coin station.

**B.  Availability of Service –** Collect calling is generally available twenty-four hours a day, seven days a week subject to the limitations listed in 2., following.

**1.  Countries and Areas Served -** The countries and areas from which Collect calling service is available are as indicated in the schedules set forth in Section 8.8.1.

**2.  Limitations -** Certain factors limit the availability of Collect calling service.  Specifically, they are:

**(a)**  Service is furnished subject to transmission, atmospheric, and similar limitations.

**(b)**  Collect calls from a foreign country or area, or calls routed through a foreign country or area, are subject to such restrictions as may be enforced from time to time by the authorities in that country or area.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 75

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**6.2.  Canada - Mainland Service -** The following applies to Collect calls received at a station in the Mainland from a station in Canada.

**6.2.1. Distance Measurement -** Distance is calculated as stated in Distance Measurement, 3.8.1., preceding.

**6.2.2. Rate Periods**

**A. Day Rate Period -**  The time-of-day and hours that include the Day Rate Period are shown on the Canada - Mainland - schedule in Section 8.8.1.A. following.

**B. Night Rate Period -**   The time-of-day and hours that include the Night Rate Period are shown on the Canada - Mainland rate schedule in Section 8.8.1.A following.

**6.2.3. Computing The Charge For A Call -** The rate period applicable at the start of chargeable time at the calling station applies to the entire call.  That is, if a call is initiated during the Day rate period and continues into the Night rate period, the rate for the Day rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Night rate period.  The applicable rates and the times in effect are indicated on the rate schedules.  The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**(d).  Rates Applicable on Certain Holidays -** Rate application on holidays is the same as for all other days.

**(e).  Rates -** The rates for Canada to Mainland Collect calls are listed in Section 8.1.1.A. following.

EXHIBIT A

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

TARIFF F.C.C. NO. 30
Original Page 76

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**6.3. Mexico - Mainland Service -** The following applies to Collect calls received at a station in the Mainland from a station in Mexico. The total charge of the call is determined by adding the applicable charges for a Collect call as stated in Section 8.

**6.3.1. Application of Rates -** Schedule 1 rates apply to the portion of the call between a location in the Mainland and the point of connection at the international boundary. Schedule 1 rates are based on the distance in airline miles between the rate centers of the Mainland station and a point of connection at the U.S. - Mexico international boundary. The airline mileage for Schedule 1 is calculated as stated in Distance Measurement, Section 3.8.1. Schedule 2 rates apply to the portion of the call between the point of connection at the international boundary and the location in Mexico.

**6.3.2. Rate Periods**

**A. Initial Period -** Initial Period rates apply 24 hours-a-day, 7 days-a week.

**B. Additional Period -** Additional Period rates apply as specified for the Standard Rate Period and Economy Rate Period below:

**1. Standard Rate Period -** The Standard Rate Period applies Monday through Friday, 7AM to, but not including 7PM and Sunday 5PM to, but not including Midnight.

**2. Economy Rate Period –** The Economy Rate Period applies Monday through Friday, 7PM to, but not including 7AM. All day Saturday. Sunday Midnight to, but not including 5PM.

**6.3.3. Computing The Charge For A Call -** The rate period applicable at the start of chargeable time at the calling station applies to the entire call. That is, if a call is initiated during the Standard rate period and continues into the Economy rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Economy rate period. The applicable rates and the times in effect are indicated on the rate schedules. The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call).

**A. Rates Applicable on Certain Holidays -** Rate application on holidays is the same as for all other days.

**B. Rates -** The rates for Mexico to Mainland Collect calls are listed in Section 8., following.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 77

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**6.4. Mainland Service from Foreign Countries or Areas other than Canada or Mexico -** The following applies to Collect calls received at a station in the Mainland from a station in Foreign Countries or Areas Other Than Canada or Mexico.

### 6.4.1. Rate Periods

**A. Standard Rate Period -** The time-of-day and hours, that include the Standard Rate Period are shown on the Mainland – from Foreign Countries or Areas Other Than Canada or Mexico rate period schedule in 6.8.1. following.

**B. Economy Rate Period –** The time-of-day and hours that include the Economy Rate Period are shown on the Mainland - from Foreign Countries or Areas Other Than Canada or Mexico rate schedule in 6.8.1. following.

**6.4.2. Computing The Charge For A Call -** The rate period applicable at the start of chargeable time at the calling station applies to the entire call. That is, if a call is initiated during the Standard rate period and continues into the Economy rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Economy rate period. The applicable rates and the times in effect are indicated on the rate schedules. The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**A. Rates Applicable on Holidays -** Rates applicable on holidays are the same as those rates applicable for all other days of the year.

**B. Rates -** The rates for Collect calls to the Mainland from Foreign Countries or Areas other than Canada or Mexico are listed in Section 8.1.1.C., following. Collect Calls are permissible as indicated in 6.8.2., following. When collect calls to Hawaii are allowed, the Person-to-Person rate applies.

EXHIBIT A

**AT&T COMMUNICATIONS**　　　　　　　　　　　　　　　　**TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs　　　　　　　　　　　　　　　　　　　　Original Page 78
Bridgewater, NJ　08807
Issued:　July 30, 2001　　　　　　　　　　　　　　　　　Effective:　July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**6.5. Hawaii Service from Foreign Countries or Areas** – The following applies to Collect calls received at a station in Hawaii from a station in Foreign Countries or Areas.

### 6.5.1. Rate Periods

**A. Standard Rate Period** - The time-of-day and hours that include the Standard Rate Period are shown on the Hawaii – from Foreign Countries or Areas schedule in 6.9.1. following.

**B. Economy Rate Period** – The time-of-day and hours that include the Economy Rate Period are shown on the Hawaii - from Foreign Countries or Areas schedule in 6.9.1. following.

**6.5.2. Computing The Charge For A Call** - For Collect calls to Hawaii from foreign countries or areas, when a call is established in one rate period and continues into other rate periods, the rate in effect at the calling station for each rate period applies to the portion of the call occurring within that rate period. Chargeable time for a rate period (e.g., 7AM - 1PM) begins with the first stated hour (e.g., 7AM) and continues to, but does not include, the second stated hour (e.g., 1PM). When a unit of time is split between two rate periods, the rate applicable to that unit of time is based on the rate period in which it began.　The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**A. Rates Applicable on Holidays -** Rates applicable on holidays are the same as those rates applicable for all other days of the year.

**B. Rates -** The rates for Collect calls to Hawaii Service from Foreign Countries or Areas are listed in Sections 8. following.　Collect Calls are permissible as indicated in Section 6.9.2., following.　When collect calls to Hawaii are allowed, the Person-to-Person rate applies.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 79

Effective: July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**6.6. Puerto Rico Service from Foreign Countries or Areas -** The following applies to Collect calls received at a station in Puerto Rico from a station in Foreign Countries or Areas.

### 6.6.1. Rate Periods

**A. Standard Rate Period** - The time-of-day and hours that include the Standard Rate Period are shown on the Puerto Rico– from Foreign Countries or Areas rate schedule in Section 6.10.1. following.

**B. Discount Rate Period** – The time-of-day and hours, that include the Discount Rate Period are shown on the Puerto Rico - from Foreign Countries or Areas rate schedule in Section 6.10.1. following.

**6.6.2. Computing The Charge For A Call -** The rate period applicable at the start of chargeable time at the calling station applies to the entire call. That is, if a call is initiated during the Standard rate period and continues into the Discount rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Discount rate period. The applicable rates and the times in effect are indicated on the rate schedules. The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**A. Rates Applicable on Holidays -** Rates applicable on holidays are the same as those rates applicable for all other days of the year.

**B. Rates -** The rates for Puerto Rico Service to Foreign Countries or Areas are listed in Section 8., following.

**EXHIBIT A**

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                       Original Page 80
Bridgewater, NJ  08807
Issued:  July 30, 2001                                    Effective:  July 31, 2001

## BUSINESS TELECOMMUNICATIONS SERVICE

**6.7.  US Virgin Islands Service from Foreign Countries or Areas -** The following applies to Collect calls received at a station in the US Virgin Islands from a station in Foreign Countries or Areas.

### 6.7.1.  Rate Periods

**A.  Standard Rate Period -**  The time-of-day and hours that include the Standard Rate Period are shown on the US Virgin Islands– from Foreign Countries or Areas schedule in Section 6.11.1. following.

**B.  Discount Rate Period –**  The time-of-day and hours that include the Discount Rate Period are shown on the US Virgin Islands - from Foreign Countries or Areas schedule in Section 6.11.1. following.

**6.7.2.  Computing The Charge For A Call -**  The rate period applicable at the start of chargeable time at the calling station applies to the entire call.  That is, if a call is initiated during the Standard rate period and continues into the Discount rate period, the rate for the Standard rate period applies to the initial and to all additional minutes that the call continues, including minutes used in the Discount rate period.   The applicable rates and the times in effect are indicated on the rate schedules.  The duration of a call is recorded in whole minutes, with partial minutes rounded up to the next whole minute (for example, a 45-second call will be billed as a one- minute call.

**A.  Rates Applicable on Holidays -** Rates applicable on holidays are the same as those rates applicable for all other days of the year.

**B.  Rates -** The rates for Collect calls to the US Virgin Islands from Foreign Countries or Areas are listed in Section 8., following.

EXHIBIT A

AT&T COMMUNICATIONS                                          TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                              Original Page 81
Bridgewater, NJ  08807
Issued:  July 30, 2001                                       Effective:  July 31, 2001

## 6.8.  Mainland Service from Foreign Countries or Areas other than Canada or Mexico

**6.8.1.  Rate Periods -**  To determine the rate periods applicable for a certain country or area, locate the listing for that country or area in the following schedule.

| Country/Area | Standard | Economy |
|---|---|---|
| Afghanistan | 6P-11A | 11A-6P |
| Albania, Socialist Republic of | 7A-6P | 6P-7A |
| Algeria | 6A-5P | 5P-6A |
| American Samoa | 10A-11P | 11P-10A |
| Andorra | 7A-6P | 6P-7A |
| Angola | 6A-5P | 5P-6A |
| Anguilla | 7A-10P | 10P-7A |
| Antarctica (Casey Base) | 10A-11P | 11P-10A |
| Antarctica (Scott Base) | 10A-11P | 11P-10A |
| Antigua (Including Barbuda) | 7A-10P | 10P-7A |
| Argentina | 8A-12 MID | 12 MID-8A |
| Armenia | 7A-2A | 2A-7A |
| Aruba | 7A-10P | 10P-7A |
| Ascension Island | 6A-5P | 5P-6A |
| Australia | 2P-3A | 3A-2P |
| Austria | 7A-6P | 6P-7A |
| Azerbaijan | 7A-2A | 2A-7A |
| Bahamas | 8A-11P | 11P-8A |
| Bahrain | 9P-3P | 3P-9P |
| Bangladesh, People's Republic of | 6A-6P | 6P-6A |
| Barbados | 7A-10P | 10P-7A |
| Belarus | 7A-2A | 2A-7A |
| Belgium | 7A-6P | 6P-7A |
| Belize | 8A-11P | 11P-8A |
| Benin, People's Republic of | 6A-5P | 5P-6A |
| Bermuda | 8A-11P | 11P-8A |
| Bhutan | 6A-6P | 6P-6A |
| Bolivia | 7A-12 MID | 12 MID-7A |
| Bosnia-Herzegovina, Republics of | 7A-12 MID | 12 MID-7A |
| Botswana | 6A-5P | 5P-6A |
| Brazil | 8A-12 MID | 12 MID-8A |
| British Virgin Islands (Including Anegada, Camanoe Island, Guana Island, Jost Van Dyke, Little Thatch, Marina Cay, Mosquito Island, North Sound, Peter Island, Salt Island, Tortola and Virgin Gorda) | 8A-11P | 11P-8A |
| Brunei | 10A-11P | 11P-10A |
| Bulgaria | 7A-2A | 2A-7A |
| Burkina Faso | 6A-5P | 5P-6A |
| Burma | 10A-11P | 11P-10A |
| Burundi | 6A-5P | 5P-6A |
| Cambodia | 5P-11A | 11A-5P |
| Cameroon, United Republic of | 6A-5P | 5P-6A |

**EXHIBIT A**

AT&T COMMUNICATIONS                                    TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                          Original Page 82
Bridgewater, NJ  08807
Issued:  July 30, 2001                                 Effective:  July 31, 2001

## 6.8.1.  Rate Periods - Mainland Service (continued)

| Country/Area | Standard | Economy | |
|---|---|---|---|
| Cape Verde Islands | | 6A-5P | 5P-6A |
| Cayman Islands | | 7A-10P | 10P-7A |
| Central African Republic | | 6A-5P | 5P-6A |
| Chad, Republic of | | 6A-5P | 5P-6A |
| Chile | | 8A-12 MID | 12 MID-8A |
| China, People's Republic of | | 5P-11A | 11A-5P |
| Christmas & Cocos Islands | | 10A-11P | 11P-10A |
| Colombia | | 7A-12 MID | 12 MID-7A |
| Comoros, Federal and Islamic Republic of | | 6A-5P | 5P-6A |
| Congo, Republic of | | 6A-5P | 5P-6A |
| Cook Islands | | 10A-11P | 11P-10A |
| Costa Rica | | 8A-11P | 11P-8A |
| Croatia, Republic of | | 7A-12 MID | 12 MID-7A |
| Cuba | | 7A-10P | 10P-7A |
| Cyprus | | 7A-6P | 6P-7A |
| Czech Republic | | 7A-12 MID | 12 MID-7A |
| Denmark | | 7A-6P | 6P-7A |
| Diego Garcia | | 6A-6P | 6P-6A |
| Djibouti, Republic of | | 6A-5P | 5P-6A |
| Dominica | | 7A-10P | 10P-7A |
| Dominican Republic | | 7A-10P | 10P-7A |
| Easter Island | | 8A-12 MID | 12 MID-8A |
| Ecuador | | 7A-12 MID | 12 MID-7A |
| Egypt, Arab Republic of | | 7A-2A | 2A-7A |
| El Salvador | | 8A-11P | 11P-8A |
| Equatorial Guinea, Republic of | | 6A-5P | 5P-6A |
| Eritrea | | 7A-2A | 2A-7A |
| Estonia | | 7A-2A | 2A-7A |
| Ethiopia | | 7A-2A | 2A-7A |
| Faeroe Islands | | 7A-6P | 6P-7A |
| Falkland Islands | | 8A-12 MID | 12 MID-8A |
| Fiji Islands | | 9A-2A | 2A-9A |
| Finland | | 7A-6P | 6P-7A |
| France | | 7A-6P | 6P-7A |
| French Antilles (Martinique, St. Barthelemy, and St. Martin) | | 8A-11P | 11P-8A |
| French Guiana | | 8A-12 MID | 12 MID-8A |
| French Polynesia (Including the Islands of Moorea and Tahiti) | | 10A-11P | 11P-10A |
| Gabon Republic | | 6A-5P | 5P-6A |
| Gambia | | 6A-5P | 5P-6A |
| Georgia | | 7A-2A | 2A-7A |
| Germany, Federal Republic of (Including former German Democratic Republic) | | 7A-6P | 6P-7A |
| Ghana | | 6A-5P | 5P-6A |
| Gibraltar | | 7A-6P | 6P-7A |

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                         Original Page 83
Bridgewater, NJ  08807
Issued:  July 30, 2001                                    Effective:  July 31, 2001

## 6.8.1.  Rate Periods - Mainland Service (continued)

| Country/Area | Standard | Economy |
|---|---|---|
| Greece | 7A-6P | 6P-7A |
| Greenland | 7A-6P | 6P-7A |
| Grenada (Including Carriacou) | 7A-10P | 10P-7A |
| Guadeloupe | 8A-11P | 11P-8A |
| Guantanamo (U.S. Naval Base) | 7A-10P | 10P-7A |
| Guatemala | 8A-11P | 11P-8A |
| Guinea, People's Revolutionary Republic | 6A-5P | 5P-6A |
| Guinea-Bissau | 6A-5P | 5P-6A |
| Guyana | 8A-12 MID | 12 MID-8A |
| Haiti | 7A-10P | 10P-7A |
| Honduras | 8A-11P | 11P-8A |
| Hong Kong | 10A-11P | 11P-10A |
| Hungary | 7A-6P | 6P-7A |
| Iceland | 7A-8P | 8P-7A |
| India | 6A-6P | 6P-6A |
| Indonesia | 5P-11A | 11A-5P |
| Iran | 7A-2A | 2A-7A |
| Iraq | 7A-2A | 2A-7A |
| Ireland | 7A-6P | 6P-7A |
| Israel | 12 MID-5P | 5P-12 MID |
| Italy | 7A-6P | 6P-7A |
| Ivory Coast, Republic of | 6A-5P | 5P-6A |
| Jamaica | 7A-10P | 10P-7A |
| Japan (Including Okinawa) | 2P-3A | 3A-2P |
| Jordan | 12 MID-5P | 5P-12 MID |
| Kazakhstan | 7A-2A | 2A-7A |
| Kenya, Republic of | 7A-1A | 1A-7A |
| Kiribati | 10A-11P | 11P-10A |
| Korea, Democratic People's Republic of* | 2P-3A | 3A-2P |
| Korea, Republic of | 2P-3A | 3A-2P |
| Kuwait | 7A-1A | 1A-7A |
| Kyrgyzstan | 7A-2A | 2A-7A |
| Laos | 10A-11P | 11P-10A |
| Latvia | 7A-2A | 2A-7A |
| Lebanon | 9P-3P | 3P-9P |
| Lesotho | 7A-1A | 1A-7A |
| Liberia | 6A-5P | 5P-6A |
| Libyan Arab People's Socialist Jamahiriya | 6A-5P | 5P-6A |
| Liechtenstein | 7A-6P | 6P-7A |
| Lithuania | 7A-2A | 2A-7A |
| Luxembourg | 7A-6P | 6P-7A |
| Macao | 5P-11A | 11A-5P |
| Macedonia, Former Yugoslav Republic of | 7A-12 MID | 12 MID-7A |
| Madagascar, Democratic Republic of | 6A-5P | 5P-6A |
| Malawi | 6A-5P | 5P-6A |
| Malaysia | 5P-11A | 11A-5P |

**EXHIBIT A**

**AT&T COMMUNICATIONS**                                        **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                         Original Page 84
Bridgewater, NJ  08807
Issued:  July 30, 2001                                         Effective:  July 31, 2001

## 6.8.1. Rate Periods - Mainland Service (continued)

| Country/Area | Standard | Economy |
|---|---|---|
| Maldives, Republic of | 6P-11A | 11A-6P |
| Mali, Republic of | 6A-5P | 5P-6A |
| Malta, Republic of | 7A-6P | 6P-7A |
| Marshall Islands | 10A-11P | 11P-10A |
| Mauritania, Islamic Republic of | 6A-5P | 5P-6A |
| Mauritius | 6A-5P | 5P-6A |
| Mayotte Island | 6A-5P | 5P-6A |
| Micronesia, Federated States of | 10A-11P | 11P-10A |
| Moldova | 7A-2A | 2A-7A |
| Monaco | 7A-6P | 6P-7A |
| Mongolian, People's Republic | 10A-11P | 11P-10A |
| Montserrat | 7A-10P | 10P-7A |
| Morocco, Kingdom of | 6A-5P | 5P-6A |
| Mozambique | 6A-5P | 5P-6A |
| Namibia | 6A-5P | 5P-6A |
| Nauru | 10A-11P | 11P-10A |
| Nepal | 6A-6P | 6P-6A |
| Netherlands | 7A-6P | 6P-7A |
| Netherlands Antilles (Bonaire, Curacao, Saba, St. Eustatius and St. Maarten) | 8A-11P | 11P-8A |
| Nevis | 7A-10P | 10P-7A |
| New Caledonia | 10A-11P | 11P-10A |
| New Zealand (Including Chatham Island) | 10A-11P | 11P-10A |
| Nicaragua | 8A-11P | 11P-8A |
| Niger, Republic of | 6A-5P | 5P-6A |
| Nigeria, Federal Republic of | 7A-1A | 1A-7A |
| Niue | 10A-11P | 11P-10A |
| Norfolk Island | 10A-11P | 11P-10A |
| Norway (Including Svalbard) | 7A-6P | 6P-7A |
| Oman | 9P-3P | 3P-9P |
| Pakistan | 6A-6P | 6P-6A |
| Palau, Republic of | 10A-11P | 11P-10A |
| Panama, Republic of | 8A-11P | 11P-8A |
| Papua New Guinea (Admiralty Islands, Bougainville, New Britain and New Ireland) | 10A-11P | 11P-10A |
| Paraguay | 8A-12 MID | 12 MID-8A |
| Peru | 7A-12 MID | 12 MID-7A |
| Philippines | 5P-11A | 11A-5P |
| Pitcairn Island | 10A-11P | 11P-10A |
| Poland, People's Republic of | 7A-12 MID | 12 MID-7A |
| Portugal (Including Azores and Madeira Islands) | 7A-8P | 8P-7A |
| Qatar | 7A-1A | 1A-7A |
| Reunion Island | 6A-5P | 5P-6A |

**EXHIBIT A**

AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

TARIFF F.C.C. NO. 30
Original Page 85

Effective:  July 31, 2001

## 6.8.1.  Rate Periods - Mainland Service (continued)

| Country/Area | Standard | Economy |
|---|---|---|
| Romania, Socialist Republic of | 7A-2A | 2A-7A |
| Russia | 7A-2A | 2A-7A |
| Rwanda | 6A-5P | 5P-6A |
| | | |
| San Marino | 7A-6P | 6P-7A |
| Sao Tome | 6A-5P | 5P-6A |
| Saudi Arabia | 7A-1A | 1A-7A |
| Senegal Republic | 6A-5P | 5P-6A |
| Seychelles Islands | 6A-5P | 5P-6A |
| Sierra Leone | 6A-5P | 5P-6A |
| Singapore, Republic of | 10A-11P | 11P-10A |
| Slovakia | 7A-12 MID | 12 MID-7A |
| Slovenia, Republic of | 7A-12 MID | 12 MID-7A |
| Solomon Islands | 10A-11P | 11P-10A |
| Somali, Republic of | 6A-5P | 5P-6A |
| South Africa, Republic of | 6A-5P | 5P-6A |
| Spain (Including Balearic Islands, Canary Islands, Ceuta and Melilla) | 7A-6P | 6P-7A |
| Spanish Sahara | 6A-5P | 5P-6A |
| Sri Lanka, Democratic Socialist Republic of | 6A-6P | 6P-6A |
| St. Helena | 6A-5P | 5P-6A |
| St. Kitts | 7A-10P | 10P-7A |
| St. Lucia | 7A-10P | 10P-7A |
| St. Pierre & Miquelon | 7A-10P | 10P-7A |
| St. Vincent and The Grenadines | 7A-10P | 10P-7A |
| Sudan | 7A-2A | 2A-7A |
| Suriname, Republic of | 8A-12 MID | 12 MID-8A |
| Swaziland | 6A-5P | 5P-6A |
| Sweden | 7A-6P | 6P-7A |
| Switzerland | 7A-6P | 6P-7A |
| Syrian Arab Republic | 7A-2A | 2A-7A |
| Taiwan | 10A-11P | 11P-10A |
| Tajikistan | 7A-2A | 2A-7A |
| Tanzania | 7A-2A | 2A-7A |
| Thailand | 5P-11A | 11A-5P |
| Togo, Republic of | 6A-5P | 5P-6A |
| Tonga Islands | 9A-2A | 2A-9A |
| Trinidad & Tobago, Democratic Republic of | 7A-10P | 10P-7A |
| Tunisia | 6A-5P | 5P-6A |
| Turkey | 7A-6P | 6P-7A |
| Turkmenistan | 7A-2A | 2A-7A |
| Turks & Caicos Islands | 8A-11P | 11P-8A |
| Tuvalu | 10A-11P | 11P-10A |
| Uganda | 7A-2A | 2A-7A |
| Ukraine | 7A-2A | 2A-7A |

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                     Original Page 86
Bridgewater, NJ  08807
Issued:  July 30, 2001                                     Effective:  July 31, 2001

## 6.8.1.  Rate Periods - Mainland Service (continued)

| Country/Area | Standard | Economy |
|---|---|---|
| United Arab Emirates (Abu Dhabi, Ajman, Dubai, Fujairah, Ras al Khaimah, Sharjah, and Umm al Qaiwain) | 9P-3P | 3P-9P |
| United Kingdom (Including the Channel Islands, England, Isle of Man, Northern Ireland, Scotland and Wales) | 7A-6P | 6P-7A |
| Uruguay | 7A-12 MID | 12 MID-7A |
| Uzbekistan | 7A-2A | 2A-7A |
| Vanuatu, Republic of | 10A-11P | 11P-10A |
| Vatican City | 7A-6P | 6P-7A |
| Venezuela | 8A-12 MID | 12 MID-8A |
| Vietnam, Socialist Republic of | 5P-11A | 11A-5P |
| Wallis & Futuna Islands | 10A-11P | 11P-10A |
| Western Samoa | 10A-11P | 11P-10A |
| Yemen, Republic of (Including Aden & Almahrah) | 9P-3P | 3P-9P |
| Yugoslavia, Federal Republic of | 7A-12 MID | 12 MID-7A |
| Zaire, Republic of | 6A-5P | 5P-6A |
| Zambia | 6A-5P | 5P-6A |
| Zimbabwe | 6A-5P | 5P-6A |

EXHIBIT A

**AT&T COMMUNICATIONS**                                    **TARIFF F.C.C. NO. 30**
Adm. Rates and Tariffs                                              Original Page 87
Bridgewater, NJ  08807
Issued:  July 30, 2001                                      Effective:  July 31, 2001

## 6.8. Mainland Service from Foreign Countries or Areas other than Canada or Mexico (continued)

**6.8.2. Collect Calls Accepted -** To determine if a collect call can be made from a certain country or area locate the listing for that country or area in the following schedule.  In the schedule the terms "To" and "From" denote calls to and from the Mainland.  (For the purposes of this schedule, the term "From" does not apply)  When collect calls to the Mainland are allowed, the Person-to-Person rate applies.

| Country/Area | Collect Calls Accepted |
|---|---|
| Afghanistan | No |
| Albania, Socialist Republic of | To Mainland |
| Algeria | No |
| American Samoa | To/From |
| Andorra | No |
| Angola | No |
| Anguilla | To/From |
| Antarctica (Casey Base) | To Mainland |
| Antarctica (Scott Base) | To Mainland |
| Antigua (Including Barbuda) | To/From |
| Argentina | To/From |
| Armenia | To* Mainland |
| Aruba | To/From |
| Ascension Island | To/From |
| Australia | To*/From |
| Austria | To/From* |
| Azerbaijan | To* Mainland |
| Bahamas | To/From |
| Bahrain | To/From |
| Bangladesh, People's Republic of | No |
| Barbados | To/From |
| Belarus | To* Mainland |
| Belgium | To/From |
| Belize | To/From* |
| Benin, People's Republic of | No |
| Bermuda | To/From |
| Bhutan | No |
| Bolivia | To/From* |
| Bosnia-Hercegovena, Republics of | To/No |
| Botswana | To/From |
| Brazil | To/From |

* From designated telephones and/or through the use of a designated access number.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 88

Effective:  July 31, 2001

### 6.8.2.  Collect Calls Accepted - Mainland Service (continued)

| Country/Area | Collect Calls Accepted |
|---|---|
| British Virgin Islands  (Including Anegada, Camanoe Island,   Guana Island, Jost Van Dyke,   Little Thatch, Marina Cay,   Mosquito Island, North Sound,   Peter Island, Salt Island,   Tortola and Virgin Gorda) | To/From |
| Brunei | To/From |
| Bulgaria | To/From |
| Burkina Faso | To/From |
| Burma | No |
| Burundi | No |
| Cambodia | To Mainland |
| Cameroon, United Republic of | To Mainland |
| Cape Verde Islands | To Mainland |
| Cayman Islands | To/From |
| Central African Republic | No |
| Chad, Republic of | No |
| Chile | To/From |
| China, People's Republic of | To/From* |
| Christmas & Cocos Island | No |
| Colombia | To/From |
| Comoros, Federal and Islamic Republic of | No |
| Congo, Democratic Republic of | To Mainland |
| Congo, Republic of | No |
| Cook Islands | To/From |
| Costa Rica | To/From |
| Croatia, Republic of | To |
| Cuba | To Mainland |
| Cyprus | To/From |
| Czech Republic | To/From* |

*From designated telephones and/or through the use of a designated access number.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 89

Effective:  July 31, 2001

## 6.8.2.  Collect Calls Accepted - Mainland Service (continued)

| Country/Area | Collect Calls Accepted |
|---|---|
| Denmark | To/From* |
| Diego Garcia | No |
| Djibouti, Republic of | No |
| Dominica | To/From |
| Dominican Republic | To/From |
| Easter Island | To/From |
| Ecuador | To/From |
| Egypt, Arab Republic of | To Mainland |
| El Salvador | To/From |
| Equatorial Guinea, Republic of | No |
| Eritrea | To Mainland |
| Estonia | To* Mainland |
| Ethiopia | To Mainland |
| Faeroe Islands | To/From* |
| Falkland Islands | No |
| Fiji Islands | To |
| Finland | To/From* |
| France | To/From |
| French Antilles (Martinique, St. Barthelemy, and St. Martin) | To/From |
| French Guiana | To/From |
| French Polynesia (Including the Islands of Moorea and Tahiti) | To/From |
| Gabon Republic | To/From* |
| Gambia | To* Mainland |
| Georgia | To* Mainland |
| Germany, Federal Republic of (Including former German Democratic Republic) | To/From* |
| Ghana | To Mainland |
| Gibraltar | To/From |
| Greece | To/From* |
| Greenland | No |
| Grenada (Including Carriacou) | To/From |
| Guadeloupe | To/From |

*From designated telephones and/or through the use of a designated access number.

EXHIBIT A

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 90

Effective:  July 31, 2001

## 6.8.2.  Collect Calls Accepted - Mainland Service (continued)

Collect Calls
Country/Area                          Accepted

| Country/Area | Accepted |
|---|---|
| Guantanamo (U.S. Naval Base) | To/From |
| Guatemala | To/From |
| Guinea, People's Revolutionary Republic | To Mainland |
| Guinea-Bissau | No |
| Guyana | To Mainland |
| Haiti | To Mainland |
| Honduras | To/From |
| Hong Kong | To/From |
| Hungary | To/From* |
| Iceland | To/From |
| India | To Mainland |
| Indonesia | To/From |
| Iran | No |
| Iraq | To* Mainland |
| Ireland | To/From* |
| Israel | To/From* |
| Italy | To/From |
| Ivory Coast, Republic of | To/From |
| Jamaica | To/From* |
| Japan (Including Okinawa) | To/From |
| Jordan | To/From* |
| Kazakhstan | To* Mainland |
| Kenya, Republic of | To Mainland |
| Kiribati | To/From |
| Korea, Democratic People's Republic of | No |
| Korea, Republic of | To/From |
| Kuwait | To Mainland |
| Kyrgyzstan | To* Mainland |
| Laos | No |
| Latvia | To* Mainland |
| Lebanon | To Mainland |
| Lesotho | To Mainland |
| Liberia | To Mainland |
| Libyan Arab People's Socialist Jamahiriya | No |
| Liechtenstein | To/From |
| Lithuania | To* Mainland |
| Luxembourg | To/From |

*From designated telephones and/or through the use of a designated access number.

EXHIBIT A

AT&T COMMUNICATIONS                                    TARIFF F.C.C. NO. 30
Adm. Rates and Tariffs                                         Original Page 91
Bridgewater, NJ  08807
Issued:  July 30, 2001                                    Effective:  July 31, 2001

## 6.8.2.  Collect Calls Accepted - Mainland Service (continued)

|                                          | Collect Calls Accepted |
| --- | --- |
| Macao | To |
| Macedonia, Former Yugoslav Republic of | To |
| Madagascar, Democratic Republic of | To Mainland |
| Malawi | To/From |
| Malaysia | To/From |
| Maldives, Republic of | To/From |
| Mali, Republic of | No |
| Malta, Republic of | To/From |
| Marshall Islands | To/From |
| Mauritania, Islamic Republic of | No |
| Mauritius | No |
| Mayotte Island | No |
| Micronesia, Federated States of | To Mainland |
| Moldova | To* Mainland |
| Monaco | To |
| Mongolian People's Republic | No |
| Montserrat | To/From |
| Morocco, Kingdom of | To/From* |
| Mozambique | No |
| Namibia | To/From |
| Nauru | No |
| Nepal | No |
| Netherlands | To/From |
| Netherlands Antilles (Bonaire, Curacao, Saba St. Eustatius and St. Maarten) | To/From |
| Nevis | To/From |
| New Caledonia | To/From |
| New Zealand (Including Chatham Island) | To/From |
| Nicaragua | To/From |
| Niger, Republic of | No |
| Nigeria, Federal Republic of | To Mainland |
| Niue | To Mainland |
| Norfolk Island | To/From |
| Norway (Including Svalbard) | To/From* |
| Oman | To Mainland |

**AT&T COMMUNICATIONS**
Adm. Rates and Tariffs
Bridgewater, NJ  08807
Issued:  July 30, 2001

**TARIFF F.C.C. NO. 30**
Original Page 92

Effective:  July 31, 2001

## 6.8.2.  Collect Calls Accepted - Mainland Service (continued)

| Country/Area | Collect Calls Accepted |
|---|---|
| Pakistan | To Mainland |
| Palau, Republic of | To/From* |
| Panama, Republic of | To/From |
| Papua New Guinea | To/From |
| (Admiralty Islands, Bougainville, New Britain, and New Ireland) | |
| Paraguay | To/From |
| Peru | To/From |
| Philippines | To/From |
| Pitcairn Island | No |
| Poland, People's Republic of | To Mainland/From* |
| Portugal | To/From |
| (Including Azores and Madeira Islands) | |
| Qatar | To* Mainland |
| Reunion Island | From Mainland* |
| Romania, Socialist Republic of | To Mainland |
| Russia | To* Mainland |
| Rwanda | No |
| | |
| San Marino | To/From |
| Sao Tome | No |
| Saudi Arabia | To Mainland |
| Senegal Republic | To/From |
| Seychelles Islands | To/From |
| Sierra Leone | To Mainland |
| Singapore, Republic of | To/From |
| Slovakia | To/From* |
| Slovenia, Republic of | To/From |
| Solomon Islands | To/From* |
| Somali, Republic of | To Mainland |
| South Africa, Republic of | To/From |

* From designated telephones and/or through the use of a designated access number.

EXHIBIT A