| Account Number | Bill Close Date | Payment Due | | Page 1 |
|---|---|---|---|---|
| 051 788 3374 001 | 8/25/06 | 9/25/06 | at&t | |

DATAWAY DESIGNS

AT&T Business Service

| Total Current Charges | | Account Status | |
|---|---|---|---|
| LONG DISTANCE CHARGES | | PREVIOUS BALANCE | .00 |
| DIRECT DIALED | 9,407.26 | TOTAL CURRENT CHARGES | $11,534.67 |
| TOTAL LONG DISTANCE CHARGES | $9,407.26 | TOTAL AMOUNT DUE | $11,534.67 |
| TOTAL SURCHARGES | 1,322.66 | | |
| TOTAL TAXES | 804.75 | | |
| TOTAL CURRENT CHARGES | $11,534.67 | | |

### IMPORTANT MESSAGES ABOUT YOUR ACCOUNT

**Account Status**

Attention Customer! You are receiving this bill from AT&T because these calls were dialed on and completed over the AT&T network. Your preferred long distance carrier has not been changed. In the future, you will continue to receive a separate bill from AT&T for those calls that use the AT&T Network.
****
Please submit all telephone line or calling card additions, deletions or changes directly to AT&T, by calling the billing inquiry number on the first page of your bill.

**Regulatory News**

If your business makes outbound telephone solicitations, you must comply with federal do-not-call laws and regulations (47 C.F.R. 64.1200, and 16 C.F.R. 310) and any applicable state laws.

See next page for more news!

PLEASE MAKE CHECKS PAYABLE TO AT&T AND INCLUDE YOUR ACCOUNT NUMBER ON PAYMENT
MAKE SURE THAT THE AT&T P.O. BOX ADDRESS SHOWS THROUGH THE ENVELOPE WINDOW
AT&T WILL NO LONGER REPLY TO COMMENTS ON THIS DOCUMENT. SUBMIT ALL CORRESPONDENCE TO www.billcomplete.att.com

TO ENSURE PROPER CREDIT, PLEASE DETACH AND RETURN WITH REMITTANCE

004551 2 AB  .554 F19

DATAWAY DESIGNS
180 REDWOOD ST
SAN FRANCISC, CA 94102-3280


at&t

| | |
|---|---|
| Account Number: | 051 788-3374 001 |
| Bill Close Date: | 8/25/06 |
| Payment Due: | 9/25/06 |

Total Amount Due: $11,534.67

Amount Enclosed: $

☐ Check here for name/address/telephone number corrections only. See reverse side.

AT&T
P.O. BOX 78225
PHOENIX, AZ  85062-8225

0517883374001060000000115346700011534670000000003

SC#00-06

**EXHIBIT B**

AT&T1




Page 3

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| 051 788 3374 001 | 8/25/06 | 9/25/06 |

at&t

**DATAWAY DESIGNS**

### Surcharges

| ITEM | EXPLANATION | CHARGES |
|---|---|---|

SURCHARGES BILLED TO: 0517883374001
LONG DISTANCE
1. UNIVERSAL CONNECTIVITY CHARGE — 987.76
2. ADMINISTRATIVE EXPENSE FEE — 82.78
3. PROPERTY TAX ALLOTMENT — 140.17
4. FEDERAL REGULATORY FEE — 111.95

TOTAL LONG DISTANCE SURCHARGES: $1,322.66
TOTAL BILLED TO: 0517883374001  $1,322.66

TOTAL SURCHARGES: $1,322.66

### Taxes

| ITEM | EXPLANATION | CHARGES |
|---|---|---|

CHARGES BILLED TO: 0517883374001
LONG DISTANCE
5. UTILITY USERS TAX — 804.75

TOTAL LONG DISTANCE TAXES: $804.75
TOTAL BILLED TO: 0517883374001 $804.75

TOTAL TAXES: $804.75

### Call Detail

| No. | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|

LONG DISTANCE CALLS
LONG DISTANCE CHARGES BILLED TO: 051 788 3374 001
LONG DISTANCE CALLS BILLED TO: 415 882-8700

| 6. | JUL 24 | 4:53A | PHILIPPINE PH | 06324302509 | 419 | DDC | STAN | 2,415.06 |
| 7. | JUL 24 | 4:59A | PHILIPPINE PH | 06324317817 | 411 | DDC | STAN | 2,371.00 |
| 8. | JUL 24 | 5:03A | PHILIPPINE PH | 06324472954 | 1 | DDC | STAN | 9.50 |
| 9. | JUL 24 | 5:05A | PHILIPPINE PH | 06324472954 | 402 | DDC | STAN | 2,322.91 |
| 10. | JUL 24 | 5:08A | PHILIPPINE PH | 06324310199 | 395 | DDC | STAN | 2,288.79 |

TOTAL CHARGES  $9,407.26

TOTAL AT&T CALL CHARGES  $9,407.26



EXHIBIT B

AT&T2