

July 3, 2008

**SENT VIA U.S. MAIL**

Magistrate Judge Maria-Elena James
United States District Court
Northern District of California
San Francisco Division
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *AT&T Corp. v. Dataway, Inc.*
      *Case #07-2440-EDL*

Dear Magistrate James:

As discussed Mr. Aires and I herewith confirm the rescheduled date for the Settlement Conference in the above referenced case. Please calendar it as agreed for July 8, 2008, 3 p.m. to 5 p.m.

Mr. Aires and I would like you to forward the previously submitted Settlement Statements of both parties to Honorable Judge Vadas.

If you have any questions, please contact our office.

Sincerely,

Anne-Leith Matlock

1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
925.944.7131 p • 925.944.7138 f

matlocklawgroup@sbcglobal.net
www.matlocklawgroup.com

50 California St., Suite 1500
San Francisco, CA 94111
415.277.5499 p