Matlock Law Group, PC
Anne Leith Matlock, K.Brian Matlock
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Office: (925) 944-7131
Fax: (925) 944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Defendant/Counterplaintiff,
Dataway, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>PLAINTIFF,<br><br>v.<br><br>Dataway, Inc.<br><br>DEFENDANT.<br>―――――――――――――<br>Dataway, Inc.<br><br>COUNTERCLAIMANT<br><br>v.<br><br>AT&T Corp.<br><br>COUNTERDEFENDANT | **CASE NO. C07-02440 EDL**<br><br>**DEFENDANT AND COUNTERPLAINTIFF DATAWAY'S NOTICE OF MOTION AND MOTION FOR SANCTIONS**<br><br>**Date:  August 12, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: E** |

//
//

1  **PLEASE TAKE NOTICE THAT ON** August 12, 2008, at 9:00 a.m. or as soon
2  thereafter as the matter may be heard in the above-entitled Court, Defendant and
3  Counterplaintiff Dataway, Inc. (hereinafter "Dataway") will and hereby does move this Court
4  for an order imposing sanctions against Plaintiff and Counterdefendant AT&T for failure to
5  comply with the Court's prior Order for Discovery.
6  　　Based upon this notice of motion and motion pursuant to F.R.C.P. 37, the accompanying
7  Memorandum of Points and Authorities in Support of Defendant's Motion for Sanctions, and
8  the Declaration of Anne-Leith W. Matlock, Esq., in Support of Defendant's Motion, Dataway
9  seeks an Order for Sanctions to be imposed on Plaintiff and Counterdefendant AT&T for failure
10 to comply with the Court's prior Order for Discovery.

12 Dated: June 8, 2008                    MATLOCK LAW GROUP

14                                        By: _____

15                                        Anne-Leith Matlock, Esq.
16                                        Attorneys for Defendant/
                                          Counterclaimant Dataway, Inc.