Case 3:07-cv-02440-EDL   Document 103   Filed 07/08/2008   Page 1 of 2

**Matlock Law Group,** A Professional Corporation
Anne Leith W. Matlock, K. Brian Matlock
1485 Treat Blvd., Suite 200
Walnut Creek, CA 94597
Office: 925-944-7131
Fax: 925-944-7138
E-mail: anne-leith@matlocklawgroup.com

Attorneys for Defendant,
Dataway, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AT&T Corp.<br><br>　　　　　PLAINTIFF,<br><br>　　　v.<br><br>Dataway, Inc.<br><br>　　　　　DEFENDANT.<br><br>---<br>Dataway, Inc.<br><br>　　　　　COUNTERCLAIMANT<br><br>　　　v.<br><br>AT&T Corp.<br><br>　　　　　COUNTERDEFENDANT | **CASE NO. C07-02440 EDL**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS, AND AWARDING SANCTIONS** |

**THE MOTION FOR SANCTION OF DEFENDANT** and Counterplaintiff Dataway, Inc. (hereinafter "Dataway" or "Defendant") came on regular for hearing by the

Matlock Law Group, PC.

[PROPOSED] ORDER

1

CASE NO. C07-02440EDL

Court, on August 12, 2008, Anne-Leith Matlock, Esq., having appeared for Defendant, and Timothy Aires, having appeared for Plaintiff AT&T. After hearing the matter having been submitted to the Court for a ruling, the Court having read and considered the supporting and opposing memoranda and having heard and considered the arguments of counsels, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Sanctions hereby is GRANTED;

**IT IS ORDERED** that the Court is going to sanction Plaintiff pursuant to F.R.C.P. § 37(b)(2)(A) as follows:

a. Sanctions in the amount of $ 4,925.00 as determined in ¶ 6 of the Declaration of Anne-Leith W. Matlock shall be imposed on Plaintiff and Counterdefendant AT&T;

b. Defendant and Counterplaintiff's allegations in its Counterclaim and Answer that Plaintiff failed to respond to shall be deemed as admitted pursuant to F.R.C.P. 8(b)(6) and all defenses that Plaintiff and Counterdefendant could have raised shall be deemed as waived;

c. Plaintiff shall produce the required documents and/or an adequate privilege log satisfying procedural rules, in particular identifying the documents withheld and the parties involved by August 5th, 2008.

d. Until the order is obeyed, proceedings shall be stayed and Dataway's dispositive filing deadline, currently set for July 1, 2008, shall be postponed to August 19, 2008.

Dated: _____, 2008

Honorable Judge
ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER                                    CASE NO. C07-02440EDL