# CERTIFICATE OF SERVICE

I, Lesley D. Mejia, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On July 8, 2008, following ordinary business practice, I caused service of the following document(s):

1)  Defendant and CounterPlaintiff Dataway's Notice of Motion and Motion for Sanctions;
2)  Dataway's Memorandum of Points and Authorities in Support of Defendant's Motion for Sanctions;
3)  Declaration of Anne-Leith Matlock in Support of Defendant's Motion for Sanctions; and
4)  [Proposed] Order Granting Defendant's Motion for Sanctions, and Awarding Sanctions

to be served via Electronic Case Filing (ECF) and U.S. First Class Mail to:

Timothy Carl Aires, Esq.
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

Dated this 8th day of July, 2008.

Lesley D. Mejia