1  Matlock Law Group, PC
2  Anne Leith Matlock, K. Brian Matlock
   1485 Treat Blvd., Suite 200
3  Walnut Creek, CA 94597
   Office: 925-944-7131
4  Fax: 925-944-7138
   E-mail: anne-leith@matlocklawgroup.com
5
   Attorneys for Defendant,
6  DATAWAY, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | AT&T Corp.                          | CASE NO. C07-02440 EDL
13 |           PLAINTIFF,                |
   |                                     | DECLARATION OF ANNE-LEITH
14 |     v.                              | MATLOCK IN SUPPORT OF
   |                                     | DEFENDANT'S MOTION TO CHANGE
15 |                                     | TIME OF HEARING REGARDING
   | Dataway, Inc.                       | DEFENDANT'S MOTION FOR
16 |                                     | SANCTIONS AND OF DISPOSITIVE
   |                                     | MOTION FILING DEADLINE
17 |           DEFENDANT.                |
   |                                     | Date: July 22, 2008
18 |                                     | Time: 9:00 a.m.
   |                                     | Courtroom: E
19 | Dataway, Inc.
20
   |           COUNTERCLAIMANT
21
   |     v.
22
   | AT&T Corp.
23
   |           COUNTERDEFENDANT
24

25

26

27 //

28 //

---

I, ANNE-LEITH MATLOCK, declare:

1. I am an attorney at law licensed to practice before all Courts of the State of California and before the Courts of the Eastern and Northern District of California. I am a partner of the law firm Matlock Law Group, P.C., attorneys of record for Defendant and Counter-Claimant Dataway, Inc. (hereinafter "Dataway" or "Defendant").

2. On or about January 17, 2008, I filed a Motion to Compel Production of Documents, which was granted on May 21, 2008. The Court's Order for Discovery required Plaintiff to provide the requested documents, or to provide a privilege log indicating which documents had been withheld.

3. Plaintiff's Counsel Mr. Aires responded to the Court Order with a document entitled "Further Responses to Request for Production" that stated generic, vague and uniform objections of two types, either denying that AT&T was in possession of the requested documents or objecting and referring to the attached privileged log, the previously produced Bates Stamped Nos. AT&T 1 through 169 and the new large, unidentified document Bates Stamped Nos. 170 through 470. The privileged log does not comply with any requirements imposed by F.R.C.P. 26(b)(5) and The Honorable Judge Laporte's Standing Order, the old documents produced were deemed insufficient in the Court's last order and the new document lacks both title or identification page and an adequate table of contents, does not indicate what it is responsive to, what was actually produced, and whether all relevant portions have been provided.

4. After various unsuccessful attempts to contact Mr. Aires, he and I conducted a meet and confer on June 17, 2008. Besides our discussion regarding his response to the Court's Discovery Order, I suggested shortening the time for the hearing for sanctions but Mr. Aires was not responsive to my request.

5. As a result of Plaintiff's repeated failure to respond to Dataway's Request for Production, Matlock Law Group has had to devote considerable time and expense to attempt to obtain the requested documents and information, to bring its Motion for Sanctions and the instant motion.

1  6.  Due to Mr. Aires unresponsive and uncooperative behavior, and despite my
2  diligent efforts to conclude fact discovery in a timely manner, I was still not able to
3  complete discovery even though discovery cutoff was originally set for April 15, 2008
4  and dispotive motion filing deadline was re-set for July 1, 2008.

5  7.  Therefore, I respectfully request that this Court hear my motion for
6  sanctions as soon as possible to avoid additional delay in the prosecution of this matter
7  and to postpone the time in which Dataway may file dispositive motions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I could and would competently testify thereto, if called upon as a witness.

This Declaration is executed this eighth day of July, 2008, at Walnut Creek, California.

*/s/ Anne-Leith Matlock*

Anne-Leith Matlock, Esq.
Matlock Law Group, P.C.
Attorney for Dataway, Inc.

DECLARATION OF ANNE-LEITH MATLOCK IN
SUPPORT OF DATAWAY'S MOTION TO CHANGE TIME                    Case No. C07-02440 – EDL