1  **Matlock Law Group,** A Professional Corporation
   Anne Leith W. Matlock, K. Brian Matlock
2  1485 Treat Blvd., Suite 200
   Walnut Creek, CA 94597
3  Office: 925-944-7131
   Fax: 925-944-7138
4  E-mail: anne-leith@matlocklawgroup.com

5
   Attorneys for Defendant,
6  Dataway, Inc.

7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11
12  AT&T Corp.                          | CASE NO. C07-02440 EDL
13                 PLAINTIFF,
14         v.
15  Dataway, Inc.                       | [PROPOSED] ORDER GRANTING
                                        | DEFENDANT'S MOTION TO CHANGE
16                                      | TIME OF HEARING REGARDING
                                        | DEFENDANT'S MOTION FOR
17                 DEFENDANT.           | SANCTIONS AND OF DISPOSITIVE
                                        | MOTION FILING DEADLINE
18
19  Dataway, Inc.
20                 COUNTERCLAIMANT
21         v.
22  AT&T Corp.
23                 COUNTERDEFENDANT
24
25
26
27  //
28  //

---

Matlock Law Group, PC.

[PROPOSED] ORDER                         1                    CASE NO. C07-02440EDL

Defendant and Counterplaintiff Dataways's **MOTION TO SHORTEN TIME OF HEARING FOR MOTION FOR SANCTIONS** came on regular for hearing by the Court, on July 22, 2008, Anne-Leith Matlock, Esq., having appeared for Defendant, and Timothy Aires, having appeared for Plaintiff AT&T. After hearing the matter having been submitted to the Court for a ruling, the Court having read and considered the supporting and opposing memoranda and having heard and considered the arguments of counsels, and good cause appearing,

**IT IS ORDERED** that the time for hearing Defendant's Motion for Sanctions hereby is shortened and set for July 22, 2008 at 9 a.m.

**IT IS ORDERED** that the last day for filing dispositive motion, currently set for July 1, 2008, is hereby extended to August 19, 2008, and the day to hear Dataway's dispositive motions, currently set for August 5, 2008, is hereby extended to September 23, 2008.

Dated: July ___, 2008

                                                Honorable Judge
                                         ELIZABETH D. LAPORTE
                                       United States Magistrate Judge