## Timothy Carl Aires

| | |
|---|---|
| **From:** | "Timothy Carl Aires" <tca@arlawyers.com> |
| **To:** | <anne-leith@matlocklawgroup.com> |
| **Cc:** | "Chase Hayford" <chayford@arlawyers.com>; "Bethune, Gary" <gbethune@bethunelaw.com> |
| **Sent:** | Tuesday, June 17, 2008 4:41 PM |
| **Subject:** | AT&T v. Dataway |

We talked this afternoon for about 45 minutes about the privilege log and the production. You seemed surprised that the Court order on your discovery motion allows me to categorize, rather than itemize, materials that are subject to objection. I asked you to give me a recognized definition of "category" and an example of how you want me to prepare the privilege log and I would consider it. I asked you to articulate for me how a more specific itemization would benefit anyone and I would consider it. I suggested to you that an informal conference with the Court, rather than more expensive law and motion practice, might prove beneficial. You asked me for the table of contents for the manuals my client produced. I told you I would look for them. As it turns out, you already have the tables of contents in the production as ATT240 and ATT412. We agreed to speak again in several days. Thank you.

- Timothy Carl Aires

EXHIBIT A