**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge Nandor J. Vadas**

Date: **7/8/2008**

**C07-2440 EDL (NJV)**

**AT&T Corporation v. Dataway, Inc.**

Attorneys: Pltf: Timothy Carl Aires   Client: Walid S. Abdul-Rahim
            Def: K. Brian Matlock     Client: Francisco Molieri

                                        Time: 3:00 p.m. - 4:30 p.m.

Deputy Clerk: **LASHANDA SCOTT**            Reporter: **Not Reported**

**PROCEEDINGS:**                                    **RULING:**

1.  Settlement Conference                            Matter Held
2.  _____              _____

 ( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Case did not settle.

(  ) ORDER TO BE PREPARED BY:   Pltf ____ Deft ____ Court_____

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Pltf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court
Notes: _____