# CERTIFICATE OF SERVICE

I, Lesley D. Mejia, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On July 11, 2008, following ordinary business practice, I caused service of the following document(s):

1) Dataway's Reply to Plaintiff and Counterdefendant's Opposition to Defendant and Counterplaintiff's Motion for Change of Time for Hearing Dataway's Motion for Sanctions and for Dispositive Motion Filing Deadline, and Opposition to AT&T's Request for Award of Attorney Fees and Expenses

to be served via Electronic Case Filing (ECF) and U.S. Mail to:

Timothy Carl Aires, Esq.
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

Dated this 11th day of July, 2008.

*Lesley D. Mejia*
Lesley D. Mejia

CERTIFICATE OF SERVICE

CASE NO. C07-02440EDL