IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP,     No. C-07-02440 EDL

    Plaintiff,     **ORDER DENYING DATAWAY'S MOTION TO CHANGE TIME**

  v.

DATAWAY INC,

    Defendant.

    On May 21, 2008, this Court issued an order requiring AT&T Corporation to produce certain documents and a privilege log no later than May 27, 2008. In that order, the Court extended the date for filing dispositive motions to July 1, 2008, and on July 1, 2008, AT&T filed a motion for summary judgment. On July 8, 2008, over one month after the discovery compliance deadline and one week after the summary judgment filing deadline, Dataway, Inc. filed a motion for sanctions arguing that AT&T has not complied with this Court's May 21, 2008 order. Also on July 8, 2008, Dataway also filed a motion to shorten time to hear its motion for sanctions, along with a request to extend the deadline for filing dispositive motions. Good cause not having been shown, Dataway's request to shorten time on its motion and its request to extend the deadline for filing dispositive motions are DENIED. AT&T's motion for summary judgment will be heard on the regular schedule on August 5, 2008. Dataway's motion for sanctions will be heard on the regular schedule on August 12, 2008.

    **IT IS SO ORDERED.**

Dated: July 15, 2008

                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge