1

<u>FIRST SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE</u>

2

3      REQUEST IS HEREBY MADE pursuant to <u>Federal Rules of Evidence</u>, Rule 201 that

4    this Court take judicial notice of the following:

5

6      11.    <u>In the Matter of 2000 Biennial Regulatory Review; Policy and Rules</u>

7    <u>Concerning the International, Interexchange Marketplace, Report and Order</u>, IB Docket No.

8    00-202, FCC 01-93 (rel. Mar. 20, 2001) (International Detariffing Order), a true and correct

9    copy of which is attached hereto as Exhibit "F".

10

11   DATED: July 22, 2008          AIRES LAW FIRM

12

13                                By: _____

14                                     Timothy Carl Aires, Esq.
                                       Attorney for Plaintiff and Counterdefendant,
                                       AT&T CORP.

15

16

17

18

19

20

21

22

23

24

25

26

27

28