Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California 92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff and Counterdefendant,
AT&T CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| AT&T CORPORATION, | Case No. C07-02440 MMC |
| Plaintiff, | FEDERAL RULE OF CIVIL PROCEDURE, RULE 26(a) DISCLOSURES - FIRST SUPPLEMENT |
| v. | |
| DATAWAY INC. and dba DATAWAY DESIGNS, | [F.R.C.P., Rules 26(a)(1), (e)(1)] |
| Defendants. | |

Plaintiff and Counterdefendant AT&T Corporation, by and through its counsel of record, hereby makes its Federal Rules of Civil Procedure, Rules 26(a)(1), (e)(1) disclosures - first supplement - as follows:

(A)   Individuals likely to have discoverable information:

Daniela Carswell

Alice H. Eads

Barbara Keith

James Lake

Simon Lewis

Francis Molieri

RULE 26(a) DISCLOSURES - FIRST SUPPLEMENT
1

EXHIBIT G

1         Crystal Smith

2         Karen Stanley

3         Jessica Yee

5         (B)    Additional documents supporting the claim and defenses are attached hereto, Bates Stamp Nos. AT&T82 through AT&T169.

8         (C)    Damages: $11,534.67, together with prejudgment interest of $5.69 per day from September 25, 2006 using the rate of 18% per annum pursuant to AT&T Tariff F.C.C. No. 1, Section 2.5.4, plus costs of suit, including reasonable attorney's fees pursuant to AT&T Tariff F.C.C. No. 1, Section 2.5.3(E).

13         (D)    No insurance policies exist.

15 DATED: April 7, 2008        AIRES LAW FIRM

By: _____
Timothy Carl Aires, Esq.
Attorney for Plaintiff and Counterdefendant,
AT&T CORPORATION

---
RULE 26(a) DISCLOSURES - FIRST SUPPLEMENT
2

EXHIBIT G

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Timothy Carl Aires, am employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address is: 180 Newport Center Drive, Suite 260, Newport Beach, California 92660.

On April 7, 2008, I served the document entitled: *Federal Rule of Civil Procedure, Rule 26(a) Disclosures - First Supplement* on all interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Anne Leith-Matlock, Esq. (anne-leith@matlocklawgroup.com)
Matlock Law Group, PC
1485 Treat Boulevard, Suite 200
Walnut Creek, CA 94597

(check applicable paragraphs)

__X__ (BY MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On this date, the above-named correspondence was placed for deposit at Newport Beach, CA and placed for collection and mailing following ordinary business practices.

__ (BY PERSONAL SERVICE) I caused such document to be served by hand on the addressee.

__ (BY EXPRESS SERVICE) I caused such document to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

__ (State) I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (Federal) I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2008 _____
                                                Signature of Declarant

---

RULE 26(a) DISCLOSURES - FIRST SUPPLEMENT
3

EXHIBIT G