1  Matlock Law Group, PC
2  Anne Leith Matlock, K. Brian Matlock
   1485 Treat Blvd., Suite 200
3  Walnut Creek, CA 94597
   Office: 925-944-7131
4  Fax: 925-944-7138
   E-mail: anne-leith@matlocklawgroup.com
5
6  Attorneys for Defendant,
   DATAWAY, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  AT&T Corp. | CASE NO. C07-02440 EDL |
| 13              PLAINTIFF, | |
| 14        v. | DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE TIME OF HEARING OF DEFENDANT'S MOTION TO STRIKE REPLY OF COUNTERDEFENDANT AT&T TO COUNTERCLAIM OF COUNTERCLAIMANT DATAWAY INC. |
| 15  Dataway, Inc. | |
| 16 | |
| 17              DEFENDANT. | |
| 18 | |
| 19  Dataway, Inc. | Date: August 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: E |
| 20              COUNTERCLAIMANT | |
| 21        v. | |
| 22  AT&T Corp. | |
| 23              COUNTERDEFENDANT | |
| 24 | |
| 25 | |

26

27  //

28  //

---

Matlock Law Group, PC

1

DECLARATION OF ANNE-LEITH MATLOCK IN
SUPPORT OF DATAWAY'S MOTION TO CHANGE TIME                    Case No. C07-02440 – EDL

1    I, ANNE-LEITH MATLOCK, declare:

2    1.    I am an attorney at law licensed to practice before all Courts of the State of California and before the Courts of the Eastern and Northern District of California. I am a partner of the law firm Matlock Law Group, P.C., attorneys of record for Defendant and Counter-Claimant Dataway, Inc. (hereinafter "Dataway" or "Defendant").

3    2.    On October 17, 2007 Dataway filed and served its Answer and Counterclaims to AT&T's Complaint for Damages with supporting documents.

4    3.    AT&T did not respond to this pleading till July 16, 2008, 170 days after the actual due date of this pleading. See Dataway's Motion to Strike p.2-4, Docket No. 116.

5    4.    On July 1, 2008 AT&T filed a Motion for Summary Judgment which Dataway opposed on July 16, 2008, the day before AT&T filed its answer/reply. In the Opposition to AT&T's Motion for Summary Judgment, Dataway demonstrated that AT&T's failure to respond resulted in an admission of the averment pursuant to Fed. R. Civ. P. 8(b)(6).

6    5.    Filing of the untimely AT&T reply/answer (Docket No. 115) cannot be sustained by a proper legal basis and is not warranted by existing law. AT&T's late answer/reply is unreasonable and scandalous, has only served to cause unnecessary delay in this case, and, as argued in Dataway's Motion to Strike, this Court should strike AT&T's reply/answer in its entirety.

7    6.    An order striking AT&T's reply is necessary before the Court decides on the question if summary judgment should be entered and in whose favor. It is crucial for the determination

8    7.    of undisputed facts and consequently the merit of the causes of action claimed by the parties.

9    8.    To avoid additional delay in the prosecution of this matter, I attempted to obtain a stipulation to request a change of time regarding the hearing date of Dataway's Motion to Strike. I had prepared a stipulation and accompanying documents pursuant to Civil Local Rule 6-2(a) and wanted to discussed this issue with Mr. Aires, Esq., in a Meet

and Confer on July 24, 2008 at around 4 p.m.. Timothy Aires, Esq., denied my request and the conference remained unsuccessful.

8. Therefore, I respectfully request that this Court grants Dataway's Motion to Change Time of the hearing of Dataway's Motion to Strike so that a decision on the motion to strike can be taken as soon as possible.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I could and would competently testify thereto, if called upon as a witness.

This Declaration is executed this twenty-fourth day of July, 2008, at Walnut Creek, California.

*/s/ Anne-Leith Matlock*

Anne-Leith Matlock, Esq.
Matlock Law Group, P.C.
Attorney for Dataway, Inc.