# CERTIFICATE OF SERVICE

I, Lesley D. Mejia, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Matlock Law Group, A Professional Corporation, 1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597. I am personally familiar with the business practice of Matlock Law Group, A Professional Corporation.

On July 24, 2008, following ordinary business practice, I caused service of the following document(s):

1) *DATAWAY'S MOTION TO CHANGE TIME OF HEARING OF DEFENDANT'S MOTION TO STRIKE REPLY OF COUNTERDEFENDANT AT&T CORP. TO COUNTERCLAIM OF COUNTERCLAIMANT DATAWAY INC.* and
2) *DECLARATION OF ANNE-LEITH MATLOCK IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE TIME OF HEARING REGARDING DEFENDANT'S MOTION FOR SANCTIONS AND OF DISPOSITIVE MOTION FILING DEADLINE*

to be served via Electronic Case Filing (ECF), and U.S. Mail addressed to:

Timothy Carl Aires, Esq.
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at Walnut Creek, California.

Dated: July 24 2008

*Lesley D. Mejia* (signature)
Lesley D. Mejia

---

CERTIFICATE OF SERVICE

CASE NO. C07-02440EDL