# EXHIBIT A

```
 1            Are you also planning to bring into evidence
 2   the other piece, the production of documents?
 3            MR. AIRES:  I'm just going to do what I'm
 4   going to do.
 5            I left my jacket in the car --
 6            (Addressing the reporter) By the way,
 7   everything is on the record, by the way.
 8            I left my jacket in the car with two
 9   Chihuahuas and a pug.
10            And I didn't realize it until I got to the
11   airport (indicating hole in jacket cuff).
12            MS. MATLOCK:  They won?
13            MR. AIRES:  It's a Hugo Boss.
14            Actually, Hugo is one of our Chihuahuas.  And
15   so, Hugo was not happy he was not the boss.  So, he
16   decided to destroy my jacket, no doubt.
17       Q.   Let me know when you've had -- have you had a
18   fair and adequate opportunity to review that which has
19   been marked as Exhibit 1?
20       A.   I'm confused.  I don't understand --
21            MS. MATLOCK:  What is it that you're asking
22   him to do?
23            MR. AIRES:  I asked him to review Exhibit 1.
24       Q.   Have you had a fair and adequate opportunity
25   to review that which has been heretofore marked for
```

DEPOSITION OF FRANCISCO J. MOLIERI - VOLUME I

```
 1        A.    Yes, that's right.
 2        Q.    Had you, in fact, reviewed the responses to
 3   interrogatories prior to the time that you filed the
 4   Verification?
 5        A.    We had gone over those verbally.
 6        Q.    You went over it verbally?
 7        A.    Uh-huh.
 8        Q.    That's a "yes"?
 9        A.    Yes, it is.
10        Q.    So, the answer is you didn't read it before
11   you signed -- read the responses before you signed the
12   Verification; is that right?
13        A.    That's right.
14              MS. MATLOCK:    (Addressing the witness) Were
15   you sent the --
16              MR. AIRES:    Counsel, I am taking my testimony.
17              You're going to have an opportunity --
18              MS. MATLOCK:    Then I will have an opportunity
19   to --
20              MR. AIRES:    -- to take and ask whatever you
21   want to ask --
22              MS. MATLOCK:    Absolutely.
23              MR. AIRES:    -- and you can do it on the
24   record, in the hallway, in the car, on BART.  I don't
25   care.
```

DEPOSITION OF FRANCISCO J. MOLIERI - VOLUME I