## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date: August 12, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-02440 EDL

**Title:**   AT&T CORPORATION  v. DATAWAY, INC.

**Attorneys:**   Plaintiff: Timothy Carl Aires   Defendant: Anne-Leith Matlock

**Deputy Clerk:**   Lili M. Harrell   **Court Reporter:** Kathy Wyatt
(Time: 9:55am- 10:15am)

**PROCEEDINGS:**   **RULINGS:**

Plaintiff's Motion for Summary Judgment   Submitted
Defendant's Motion for Sanctions
Defendant's Motion to Strike

**ORDERED AFTER HEARING:**
   Parties stipulate to extend date for completion of expert discovery to 9/20/08.

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:   Plaintiff submits Letter to Secretary, Federal Communications Commission, to Court.

cc: