**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT&T CORP.,

        Plaintiff,                                                                  No. C-07-2440 EDL

        v.                                                                               JUDGMENT

DATAWAY, INC.,

        Defendant.

_____/

      This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

   IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of August 14, 2008, AT&T' Motion for Summary Judgment is GRANTED.

Dated: August 14, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge