## REQUEST FOR JUDICIAL NOTICE

REQUEST IS HEREBY MADE pursuant to Federal Rules of Evidence, Rule 201 that this Court take judicial notice of the following:

1. This Court's order granting the motion of Plaintiff and Counterdefendant AT&T Corp. for summary judgment entered August 14, 2008 (Docket No. 130).

2. This Court's Judgment entered August 14, 2008 (Docket No. 131).

3. (Proposed) Amended Judgment lodged August 14, 2008 (Docket No. 132).

DATED: August 18, 2008          AIRES LAW FIRM

By: _____
Timothy Carl Aires, Esq.
Attorney for Plaintiff and Counterdefendant,
AT&T CORP.