1  Timothy Carl Aires, Esq. (138169)
   AIRES LAW FIRM
2  180 Newport Center Drive, Suite 260
   Newport Beach, California 92660
3  (949) 718-2020
   (949) 718-2021 FAX
4
   Attorneys for Plaintiff and Counterdefendant,
5  AT&T CORP.

6

7

8                UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | AT&T CORP.,                        ) Case No. C07-02440 EDL
                                        )
12 |        Plaintiff,                  ) NOTICE OF MOTION AND MOTION
                                        ) OF PLAINTIFF AND COUNTER-
13 | v.                                 ) DEFENDANT AT&T CORP. FOR
                                        ) ORDER AWARDING REASONABLE
14 | DATAWAY INC. dba DATAWAY           ) ATTORNEY'S FEES AND OTHER
   | DESIGNS,                           ) RELATED NONTAXABLE EXPENSES
15 |                                    ) AS ITEMS OF COSTS OF SUIT;
   |        Defendants.                 ) MEMORANDUM OF POINTS AND
16 | _____   ) AUTHORITIES; REQUEST FOR
                                          JUDICIAL NOTICE; DECLARATION
17                                        OF TIMOTHY CARL AIRES

18                                        [F.R.C.P., Rule 54(d)]

19                                        DATE:   September 23, 2008
                                          TIME:   9:00 a.m.
20                                        CTRM:   E, 15th Floor

21

22        PLEASE TAKE NOTICE that at 9:00 a.m. on September 23, 2008 in Courtroom E,

23 15th Floor of this Court, located at 450 Golden Gate Avenue, San Francisco, California

24 94102, the motion of Plaintiff and Counterdefendant AT&T Corp. for order awarding

25 Plaintiff and Counterdefendant AT&T Corp. attorney's fees ($87,400.00) and other

26 nontaxable related expenses ($2,062.40) totaling $89,462.40 as items of costs of suit, will

27 be brought on for hearing.

28 ///

The motion is made pursuant to Federal Rules of Civil Procedure, Rules 54(d) on the grounds that: (1) Judgment having been entered in its favor, AT&T Corp. is the party prevailing in this action; (2) A party prevailing in an action involving a contract which includes a valid agreement for an attorney's fee award is entitled to recover reasonable attorney's fees as an item of costs of suit; (3) A filed tariff binds both the carrier and the customer with the force of law; (4) AT&T Tariff F.C.C. No. 30, Section 3.5.14 provides as follows: "In the event that the Company incurs fees or expenses, including attorney's fees, in collecting or attempting to collect any charges owed to the Company, the customer will be liable to the Company for the payment of all such fees and expenses reasonably incurred."; (5) The reasonable value of the attorney's fees incurred in this action by AT&T Corp. is $87,400.00; and (6) Related nontaxable expenses totaling $2,062.40 have been incurred.

The motion is based on this notice of motion, the memorandum of points and authorities in support thereof, the accompanying request for judicial notice, the accompanying declaration of Timothy Carl Aires, and upon such oral argument as may be presented at the hearing of this motion.

DATED: August 19, 2008        AIRES LAW FIRM

By: _____
Timothy Carl Aires, Esq.
Attorney for Plaintiff and Counterdefendant,
AT&T CORP.