# REQUEST FOR JUDICIAL NOTICE

REQUEST IS HEREBY MADE pursuant to Federal Rules of Evidence, Rule 201 that this Court take judicial notice of the following:

1. Counterclaim of Counterclaimant Dataway Inc. (Docket No. 31).

2. Unilateral Case Management Statement filed by Dataway Inc. on November 2, 2007 (Docket No. 40).

3. Unilateral Case Management Statement filed by Dataway Inc. on April 9, 2008 (Docket No. 83).

4. AT&T Tariff F.C.C. No. 30, a certified copy of which was lodged with this Court on August 12, 2008.

DATED: August 19, 2008        AIRES LAW FIRM

By: _____
Timothy Carl Aires, Esq.
Attorney for Plaintiff and Counterdefendant,
AT&T CORP.

1