AT&T COMMUNICATIONS
Adm. Rates and Tariffs
Bridgewater, NJ 08807
Issued: March 31, 2008

TARIFF F.C.C. NO. 30
11th Revised Page 36
Cancels 10th Revised Page 36
Effective: April 1, 2008

## BUSINESS TELECOMMUNICATIONS SERVICE

### 3.5. PAYMENTS AND CHARGES (continued)

**3.5.11. Other Miscellaneous Rates And Charges** - The following rates and charges apply to recover amounts AT&T is required by governmental authorities to, either directly or indirectly, collect from or pay to others in support of statutory or regulatory programs, plus associated administrative costs.

    **A.**    **Property Tax Allotment** — Services provided pursuant to this tariff are subject to an undiscountable monthly Property Tax Allotment (PTA) charge. Based on billing availability, the PTA charge is applied to the Customers total net interstate and international charges after the application of all applicable discounts and credits. For Customer bills dated on or after April 1, 2007 the PTA will be 2.48%.

    **B.**    **Federal Regulatory Fee** — Beginning with bills rendered on or after April 1, 2008 a Federal Regulatory Fee of 2.06% will be applied to all interstate and US billed international charges, (I) (C) excluding taxes, subject to billing availability, to recover amounts paid to the federal government for regulatory costs and telecommunications services for the hearing impaired.

**3.5.12. Return Check Charge - Return Check Fee** - An administrative charge may be applied to a residence or business Customer bill for each occasion that a check, bank draft, or an electronic funds transfer item is returned for the reason of insufficient funds or no account.

|  | Administrative Charge |
|---|---|
| - Per occasion (Return Check Fee) | $25.00 |

**3.5.13. Advance Payment** – The Company may require a Customer or applicant who cannot establish credit satisfactory to the Company to make an advance payment as a condition of continued or new service. The Company reserves the right to require from an applicant for new or continued service, advance payments of estimated usage charges, as well as other charges as may be deemed necessary by the Company for safeguarding its interests.

**3.5.14. Collection Fees** – In the event the Company incurs fees or expenses, including attorney's fees, in collecting or attempting to collect any charges owed to the Company, the Customer will be liable to the Company for the payment of all such fees and expenses reasonably incurred.

**3.5.15. Restoral of Disconnected Service** – If service has been suspended or discontinued for nonpayment, service will be reestablished upon receipt of all charges due, which includes charges for services and facilities during the period of suspension and which may include a service restoral fee. If the Customer has a history of payments returned for insufficient funds, the Company may require payment by cash, money order or certified check. If such payment is made by personal check, restoral of service will be effected upon bank clearance of the check.

EXHIBIT A