## SCHEDULE OF ATTORNEY ACTIVITY

| Date | Activity | Hours |
|---|---|---|
| 5/6/2007 | PREPARE COMPLAINT | 1.2 |
| 8/1/2007 | PREPARE REQUEST FOR DEFAULT | 0.7 |
| 10/17/2007 | REVIEW AND ANALYZE ANSWER AND COUNTERCLAIM | 1.2 |
| 10/17/2007 | TELCON W/ B&A RE: COUNTERCLAIM | 0.4 |
| 11/1/2007 | LEGAL RESEARCH RE: CASES PROVIDED BY B&A PERTAINING TO FILED RATE DOCTRINE | 3.2 |
| 11/4/2007 | TELCON W/ B&A RE: COUNTERCLAIM | 0.2 |
| 11/5/2007 | PREPARE MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM | 2.3 |
| 12/7/2007 | REVIEW OPPOSITION OF DATAWAY TO MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM | 1.3 |
| 12/20/2007 | LEGAL RESEARCH RE: DECISIONS AND AUTHORITIES CITED BY COUNTERCLAIMANT | 1.8 |
| 12/21/2007 | PREPARE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM | 1.6 |
| 1/14/2008 | TELCON W/ B&A RE: COUNTERCLAIM | 0.2 |
| 1/15/2008 | PREPARE FOR AND APPEAR AT HEARING ON MOTION TO DISMISS COUNTERCLAIM FOR FAILURE TO STATE A CLAIM | 8.7 |
| 1/16/2008 | TELCON W/ B&A RE: COUNTERCLAIM | 0.2 |
| 1/24/2008 | TELCON W/ B&A RE: COUNTERCLAIM | 0.2 |
| 1/25/2008 | PREPARE FOR AND APPEAR AT MEDIATION | 6.1 |
| 2/19/2008 | PREPARE OBJECTIONS TO REQUEST FOR PRODUCTION | 0.6 |
| 2/25/2008 | E-MAIL EXCHANGE W/ OPC RE: COUNTERCLAIM | 0.2 |
| 3/9/2008 | PREPARE INTERROGATORIES RE: COUNTERCLAIM | 1.4 |
| 3/10/2008 | PREPARE REQUEST FOR PRODUCTION OF DOCUMENTS RE: COUNTERCLAIM | 1.2 |
| 3/29/2008 | PREPARE DEPOSITION NOTICE AND REQUEST TO PRODUCE DOCUMENTS DIRECTED TO DATAWAY | 0.4 |
| 3/29/2008 | PREPARE DEPOSITION NOTICE AND REQUEST TO PRODUCE DOCUMENTS DIRECTED TO FRANCISCO MOLIERI | 0.4 |
| 3/29/2008 | PREPARE DEPOSITION NOTICE AND REQUEST TO PRODUCE DOCUMENTS DIRECTED TO SIMON LEWIS | 0.4 |

EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 3/31/2008 | TELCON W/ B&A RE: COUNTERCLAIM | 0.2 |
| 4/1/2008 | LEGAL RESEARCH RE: COUNTERCLAIM FOR BREACH OF EXPRESS CONTRACT | 2.1 |
| 4/1/2008 | LEGAL RESEARCH RE: COUNTERCLAIM FOR BREACH OF ORAL CONTRACT | 1.8 |
| 4/1/2008 | LEGAL RESEARCH RE: COUNTERCLAIM FOR FRAUDULENT INDUCEMENT OF CONTRACT | 2.2 |
| 4/1/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |
| 4/1/2008 | E-MAIL EXCHANGE W/ OPC RE: COUNTERCLAIM | 0.4 |
| 4/1/2008 | REVIEW AND ANALYZE ADDITIONAL DOCUMENTS SUPPLIED BY B&A RE: COUNTERCLAIM | 1.2 |
| 4/1/2008 | PREPARE FIRST SUPPLEMENTAL DISCLOSURE OF INFORMATION RE: COUNTERCLAIM | 0.3 |
| 4/2/2008 | LEGAL RESEARCH RE: COUNTERCLAIM FOR FOR "SLAMMING" | 2.3 |
| 4/2/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |
| 4/3/2008 | LEGAL RESEARCH RE: COUNTERCLAIM FOR "TORTIOUS INTERFERENCE" | 2.6 |
| 4/3/2008 | LEGAL RESEARCH RE: VIABILITY OF FILED RATE DOCTRINE FEDERAL PREEMPTION IN WAKE OF TING v. AT&T | 2.9 |
| 4/4/2008 | LEGAL RESEARCH RE: VIABILITY OF FILED RATE DOCTRINE FEDERAL PREEMPTION IN WAKE OF TING v. AT&T | 2.7 |
| 4/4/2008 | LEGAL RESEARCH RE: 47 C.F.R. §61.19 | 2.8 |
| 4/4/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.2 |
| 4/7/2008 | PREPARE NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT | 0.5 |
| 4/7/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |
| 4/8/2008 | PREPARE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 2.7 |
| 4/8/2008 | PREPARE DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 1.1 |
| 4/9/2008 | TELCON W/ B&A RE: COUNTERCLAIM | 0.3 |
| 4/9/2008 | PREPARE FIRST COMPLAINT RE: VIOLATION OF LOCAL ADR RULES | 1.4 |
| 4/9/2008 | PREPARE SEPARATE STATEMENT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW | 1.2 |



EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 4/10/2008 | PREPARE SECOND COMPLAINT RE: VIOLATION OF LOCAL ADR RULES | 1.1 |
| 4/11/2008 | PREPARE THIRD COMPLAINT RE: VIOLATION OF LOCAL ADR RULES | 1.2 |
| 4/14/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.2 |
| 4/14/2008 | REVIEW AND ANALYZE RESPONSES TO INTERROGATORIES RE: COUNTERCLAIM | 0.6 |
| 4/14/2008 | REVIEW AND ANALYZE RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS RE: COUNTERCLAIM | 0.4 |
| 4/14/2008 | REVIEW AND ANALYZE DOCUMENTS PRODUCED IN RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS RE: COUNTERCLAIM | 1.1 |
| 4/15/2008 | PREPARE FOR AND APPEAR AT STATUS CONFERENCE | 3.2 |
| 4/15/2008 | PREPARE FOR AND ATTEND DEPOSITION OF FRANCISCO MOLIERI | 2.4 |
| 4/15/2008 | PREPARE FOR AND ATTEND DEPOSITION OF SIMON LEWIS | 2.1 |
| 4/15/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.2 |
| 4/24/2008 | REVIEW AND ANALYZE TRANSCRIPT FROM DEPOSITION OF FRANCISCO MOLIERI | 1.2 |
| 4/25/2008 | REVIEW AND ANALYZE TRANSCRIPT FROM DEPOSITION OF SIMON LEWIS | 1.1 |
| 4/28/2008 | PREPARE OPPOSITION TO MOTION TO COMPEL FURTHER RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS | 3.6 |
| 4/28/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |
| 4/29/2008 | PREPARE FOR AND ATTEND DEPOSITION OF PAM TYLER | 4.3 |
| 4/29/2008 | PREPARE FOR AND ATTEND DEPOSITION OF JESSICA YEE | 4.2 |
| 5/7/2008 | PREPARE CONFIDENTIAL MANDATORY SETTLEMENT CONFERENCE STATEMENT | 1.4 |
| 5/8/2008 | REVISE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 1.1 |
| 5/9/2008 | REVISE SEPARATE STATEMENT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 1.2 |
| 5/19/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |
| 5/20/2008 | PREPARE FOR AND ATTEND HEARING ON MOTION TO COMPEL FURTHER RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS | 3.6 |
| 5/20/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |

EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 5/21/2008 | LEGAL RESEARCH RE: VIABILITY OF FILED RATE DOCTRINE FEDERAL PREEMPTION IN WAKE OF TING v. AT&T | 3.7 |
| 5/21/2008 | REVIEW AND ANALYZE DOCUMENTS WITH VIEW TOWARD GENERATING PRIVILEGE LOG | 2.1 |
| 5/21/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |
| 5/21/2008 | REVIEW PRIVILEGE LOG | 0.4 |
| 5/22/2008 | E-MAIL EXCHANGE W/ B&A RE: COUNTERCLAIM | 0.1 |
| 5/23/2008 | TELEPHONE CONFERENCE W/ STEIN | 1.9 |
| 5/27/2008 | E-MAIL TO STEIN | 0.1 |
| 5/27/2008 | FURTHER REVIEW AND ANALYSIS OF DOCUMENTS TO BE PRODUCED | 1.8 |
| 5/27/2008 | FURTHER REVISION OF PRIVILEGE LOG | 1.1 |
| 6/17/2008 | E-MAIL TO BETHUNE | 0.1 |
| 6/17/2008 | TELEPHONE CONFERENCE W/ STEIN | 0.9 |
| 6/17/2008 | TELEPHONE CONFERENCE W/ OPC | 0.7 |
| 6/17/2008 | E-MAIL TO OPC | 0.1 |
| 6/20/2008 | E-MAIL TO BETHUNE | 0.1 |
| 6/20/2008 | REVISE MOTION FOR SUMMARY JUDGMENT | 0.9 |
| 6/23/2008 | E-MAIL TO BETHUNE | 0.1 |
| 6/24/2008 | LEGAL RESEARCH RE: MOTION FOR SUMMARY JUDGMENT | 1.6 |
| 6/26/2008 | E-MAIL TO STEIN | 0.1 |
| 6/26/2008 | E-MAIL TO STEIN | 0.1 |
| 6/27/2008 | E-MAIL TO STEIN | 0.1 |
| 6/27/2008 | E-MAIL TO BETHUNE | 0.1 |
| 6/27/2008 | E-MAIL TO BETHUNE | 0.1 |
| 6/27/2008 | E-MAIL TO MAHOWALD | 0.1 |
| 6/29/2008 | LEGAL RESEARCH RE: MOTION FOR SUMMARY JUDGMENT | 2.8 |
| 6/30/2008 | E-MAIL TO BETHUNE | 0.1 |
| 6/30/2008 | E-MAIL TO BETHUNE | 0.1 |
| 6/30/2008 | E-MAIL TO MAHOWALD | 0.1 |



EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 7/1/2008 | TELEPHONE CONFERENCE W/ ADAMSKI RE: TARIFF 30 ISSUE | 0.1 |
| 7/1/2008 | FINALIZE MOTION FOR SUMMARY JUDGMENT | 8.6 |
| 7/3/2008 | TELEPHONE CONFERENCE W/ CLERK RE: SETTLEMENT CONFERENCE | 0.1 |
| 7/3/2008 | REVIEW E-MAIL FROM OPC MATLOCK RE: SETTLEMENT CONFERENCE | 0.1 |
| 7/3/2008 | REVIEW LETTER FROM OPC MATLOCK RE: SETTLEMENT CONFERENCE | 0.1 |
| 7/7/2008 | PREPARE FOR SETTLEMENT CONFERENCE | 2.1 |
| 7/8/2008 | ATTEND SETTLEMENT CONFERENCE | 8.8 |
| 7/9/2008 | REVIEW AND ANALYZE MOTION FOR DISCOVERY SANCTIONS | 1.1 |
| 7/9/2008 | REVIEW AND ANALYZE EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DISCOVERY SANCTIONS | 0.7 |
| 7/9/2008 | PREPARE OPPOSITION TO EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DISCOVERY SANCTIONS | 2.2 |
| 7/11/2008 | REVIEW REPLY TO OPPOSITION TO EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DISCOVERY SANCTIONS | 0.6 |
| 7/14/2008 | LEGAL RESEARCH RE: EXPERT WITNESS DISCLOSURE | 0.9 |
| 7/15/2008 | REVIEW AND ANALYZE ORDER DENYING EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DISCOVERY SANCTIONS | 0.3 |
| 7/15/2008 | E-MAIL TO STEIN | 0.1 |
| 7/15/2008 | PREPARE EXPERT WITNESS DISCLOSURE | 0.4 |
| 7/15/2008 | REVIEW AND ANALYZE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 2.6 |
| 7/16/2008 | PREPARE REPLY TO COUNTERCLAIM | 2.1 |
| 7/17/2008 | REVIEW AND ANALYZE TARIFF 30 | 1.6 |
| 7/18/2008 | REVIEW AND ANALYZE "IN THE MATTER OF 2000 BIENNIAL REGULATORY REVIEW; POLICY AND RULES CONCERNING THE INTERNATIONAL, INTEREXCHANGE MARKETPLACE, REPORT AND ORDER, IB DOCKET NO. 00-202, FCC 01-93 (REL. MAR. 20, 2001) (INTERNATIONAL DETARIFFING ORDER)" AND CASES AND MATERIALS CITED THEREIN | 5.5 |
| 7/19/2008 | LEGAL RESEARCH RE: ISSUES RAISED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 4.9 |
| 7/20/2008 | LEGAL RESEARCH RE: ISSUES RAISED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 3.2 |
| 7/21/2008 | REVIEW AND ANALYZE STRIKE MOTION | 1.2 |


EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 7/22/2008 | PREPARE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | 6.7 |
| 7/22/2008 | LEGAL RESEARCH RE: ISSUES RAISED BY MOTION FOR DISCOVERY SANCTIONS | 3.1 |
| 7/22/2008 | PREPARE OPPOSITION TO MOTION FOR DISCOVERY SANCTIONS | 2.6 |
| 7/23/2008 | REVIEW AND ANALYZE SUPPLEMENTAL DECLARATION FILED IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 1.3 |
| 7/23/2008 | LEGAL RESEARCH RE: ISSUES RAISED BY SUPPLEMENTAL DECLARATION FILED IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 2.8 |
| 7/24/2008 | REVIEW AND ANALYZE EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON STRIKE MOTION | 0.8 |
| 7/25/2008 | PREPARE OPPOSITION TO EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON STRIKE MOTION | 2.5 |
| 7/25/2008 | REVIEW AND ANALYZE ORDER DENYING, IN PART, AND GRANTING, IN PART, EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR DISCOVERY SANCTIONS | 0.3 |
| 7/29/2008 | LEGAL RESEARCH RE: ISSUES RAISED BY STRIKE MOTION | 3.4 |
| 7/29/2008 | TELEPHONE CONFERENCE W/ OPC MATLOCK RE: EXPERT DEPOSITION SCHEDULING | 0.3 |
| 7/29/2008 | LEGAL RESEARCH RE: EXPERT DEPOSITION SCHEDULING | 1.1 |
| 7/30/2008 | PREPARE OPPOSITION TO STRIKE MOTION | 2.7 |
| 7/30/2008 | PREPARE EVIDENTIARY OBJECTIONS TO EVIDENCE OFFERED IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 2.1 |
| 8/1/2008 | E-MAIL TO STEIN RE: EXPERT DEPOSITION SCHEDULING | 0.3 |
| 8/1/2008 | E-MAIL TO OPC MATLOCK RE: PROTECTIVE ORDER – EXPERT DEPOSITION SCHEDULING | 0.3 |
| 8/1/2008 | PREPARE DEPOSITION NOTICE RE: EXPERT WITNESS | 0.4 |
| 8/6/2008 | LEGAL RESEARCH RE: RECENT DEVELOPMENTS | 3.4 |
| 8/11/2008 | PREPARE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISCOVERY SANCTION, AND STRIKE MOTION | 4.4 |
| 8/11/2008 | E-MAIL TO STEIN RE: EXPERT DEPOSITION SCHEDULING | 0.1 |
| 8/12/2008 | ATTEND HEARING ON MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISCOVERY SANCTION, AND STRIKE MOTION | 8.6 |
| 8/12/2008 | E-MAIL TO STEIN RE: OUTCOME OF HEARING ON MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISCOVERY SANCTION, AND STRIKE MOTION | 0.1 |



EXHIBIT B

| Date | Description | Hours |
|---|---|---|
| 8/14/2008 | REVIEW AND ANALYZE COURT'S ORDER ON MOTION FOR SUMMARY JUDGMENT, MOTION FOR DISCOVERY SANCTION, AND STRIKE MOTION | 0.8 |
| 8/14/2008 | REVIEW AND ANALYZE COURT'S JUDGMENT | 0.1 |
| 8/14/2008 | PREPARE (PROPOSED) AMENDED JUDGMENT | 0.2 |
| 8/14/2008 | LEGAL RESEARCH RE: PUBLICATION OF DECISION ON MOTION FOR SUMMARY JUDGMENT | 1.7 |
| 8/14/2008 | PREPARE REQUEST FOR PUBLICATION OF DECISION ON MOTION FOR SUMMARY JUDGMENT | 0.6 |
| 8/14/2008 | TELEPHONE CONFERENCE W/ OPC MATLOCK RE: NECESSITY OF AMENDED JUDGMENT AND PAYMENT OF ATTORNEY'S FEES AND COSTS | 0.3 |
| 8/18/2008 | LEGAL RESEARCH RE: NECESSITY OF AMENDED JUDGMENT | 1.9 |
| 8/18/2008 | PREPARE MOTION FOR ORDER CORRECTING OR AMENDING JUDGMENT | 1.6 |
| | TOTAL TIME | 218.5 |


EXHIBIT B