**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT&T CORPORATION,

       Plaintiff,

       v.

DATAWAY, INC.,

       Defendant.
_____/

No. C07-02440 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Order Correcting Judgment or, alternatively, Amending Judgment and Motion for Order Awarding Reasonable Attorney's Fees and Other Related Nontaxable Related Expenses noticed for September 23, 2008 has been **rescheduled to September 30, 2008 at 2:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: August 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Lili M. Harrell
      Courtroom Deputy