AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

AT&T CORP.  )
            )
       v.   )  Case No.: C07-02440 EDL
            )
DATAWAY INC. dba DATAWAY DESIGNS  )
            )

## Bill of Costs

Judgment having been entered in the above entitled action __08/14/2008__ against __DATAWAY INC. dba DATAWAY DESIGNS__,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 350.00 |
| Fees for service of summons and subpoena | 85.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) DEPOSITION TRANSCRIPTS | 1,121.70 |
| TOTAL | $ 1,556.70 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☑ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: TIMOTHY CARL AIRES

For: AT&T CORP.                                    Date: 08/26/2008
          Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

          By: _____
Clerk of Court        Deputy Clerk                              Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



**DIABLO VALLEY REPORTING SERVICES**
Certified Shorthand Reporters



PAID
4/21

DATE: 4/30/08

No. of pages including this cover sheet: _____

TO: Chase Hayford (Aires Firm)

FROM: Diablo Valley Reporting Services (Dottie)

TO FAX NO.: (949) 718-2020

SPECIAL INSTRUCTIONS:

Invoice # 136954 — Per Your Request for remittance — Transcript will be sent upon receipt of same —
Thanks,
D. Malone

2121 N. California Blvd.
Suite 310
Walnut Creek, CA 94596
(925) 930-7388
Fax: (925) 935-6957

Diablo Valley Reporting Services
2121 N. California Boulevard Suite 310
Walnut Creek, CA 94596
(925) 930-7388   Fax (925) 935-6957

# COURT REPORTING
# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136954 *** | 04/30/08 | 01-44694 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/29/08 | SOKOJA | C0702440EDL |

**CASE CAPTION**

AT&T vs. Dataway, Inc.

**TERMS**

Timothy Carl Aires
Aires Law Firm
180 Newport Center Drive Suite 260
Lewport Beach, CA 92660

```
1 COPY OF TRANSCRIPT OF:                                           295.50
  Pamela Tyler

1 COPY OF TRANSCRIPT OF:                                           117.70
  Jessica Yee
                                                                 ========
                                       T O T A L   D U E >>>>     413.20
```

TAX ID NO.: 68-0259693                                      (949) 718-2020

Please detach and return this portion with your payment

Timothy Carl Aires
Aires Law Firm
180 Newport Center Drive
Suite 260
Lewport Beach, CA 92660

Invoice No.: 136954 ***
Date        : 04/30/08
**TOTAL DUE** :   413.20

Job No.  : 01-44694
Case No. : C0702440EDL
AT&T vs. Dataway, Inc.

Remit To: **Diablo Valley Reporting Services**
          **P. O. Box 4517**
          **Walnut Creek, CA 94596**

# Jane GROSSMAN REPORTING Services

CERTIFIED SHORTHAND REPORTERS

1939 Harrison Street, Suite 460, Oakland, California 94612

**PAID 4/32**

Timothy Carl Aires
Aires Law Group
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| AIRENE01 | 04/30/2008 |

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| 708.50 | .00 | .00 |
| 90 DAYS | 120 DAYS & OVER | TOTAL DUE |
| .00 | .00 | 708.50 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 04/21/2008 | 28813 | 708.50 | 04/15/2008 | Francisco J. Molieri | AT&T Corp. vs. Dataway, Inc. |

*Molieri – 427.60*
*Lewis – 280.90*

TAX ID NO.: 94-2783527

*Please detach bottom portion and return with payment.*

Timothy Carl Aires
Aires Law Group
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660

Account No.: AIRENE01
Date       : 04/30/2008

**TOTAL DUE** : 708.50

Remit To:  **Jane Grossman Reporting Services**
           **Tel. (510) 444-4500  Fax (510) 444-3700**
           **1939 Harrison Street, Suite 460**
           **Oakland, CA 94612**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Timothy Carl Aires, am employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address is: 180 Newport Center Drive, Suite 260, Newport Beach, California 92660.

On August 26, 2008, I served the document entitled: *Bill of Costs* on all interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Anne Leith-Matlock, Esq. (anne-leith@matlocklawgroup.com)
Matlock Law Group, PC
1485 Treat Boulevard, Suite 200
Walnut Creek, CA 94597

(check applicable paragraphs)
  X  (BY MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and the fact that correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business; On this date, the above-named correspondence was placed for deposit at Newport Beach, CA and placed for collection and mailing following ordinary business practices.

  __  (BY PERSONAL SERVICE) I caused such document to be served by hand on the addressee.

  __  (BY EXPRESS SERVICE) I caused such document to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

  __  (State) I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  X  (Federal) I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 26, 2008      _____
                                         Signature of Declarant